**FILED**

MAY 0 8 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

24 CV - 216 JDR - CDL

(1) Linh Tran Stephens, an individual;
*Plaintiff,*

Vs.

(2) CHILD SUPPORT SERVICES OF
OKLAHOMA DEPARTMENT OF HUMAN
SERVICES (CSS of OKDHS),
*and*
(3) CHARLES SCHWAB AND CO., INC.,
(4) Cierra Freeman, in individual capacity
and official capacity as court-appointed
attorney for child-support enforcement,
(5) Mary Johnmeyer, in individual capacity
and in official capacity as legal counsel of
Charles Schwab,
(6) Renee Banks, in individual capacity
and official capacity as CSS Director,
(7) Jason Hoenshell, in individual capacity
and in official capacity as Oklahoma FIDM
Coordinator,
(8) Emmalene Stringer, in individual
capacity and in official capacity as State's
attorney for CSS,
(9) DOES #1-10 known but unidentified
CSS employees,
(10) DOES #11-20 known but unidentified
Charles Schwab and Co., Inc., employees
*Defendants.*

Case No.: _____

Judge: _____

**EXPEDITED HEARING REQUESTED**
**JURY TRIAL DEMANDED**
–CLAIM #1: VERIFIED COMPLAINT FOR
DAMAGES, REQUEST FOR INJUNCTION
RELIEF, AND CLAIM FOR EXEMPTION TO
STOP ALL GARNISHMENT, LEVYING, AND
LIQUIDATION;
–CLAIM #2: FDCPA (Fair Debt Collection
Practices Act, 15 U.S.C. § 1692, et seq.)
–CLAIM #3: MAIL AND WIRE FRAUD; BANK
FRAUD; IMPOSTERORS IMPERSONATING
IRS AGENT, PRETEND TO BE JUDGES, 18
U.S.C. § 912)
–CLAIM #4: R.I.C.O. CONSPIRACY,
Conspiracy Against Rights (18 U.S.C. §241)
–CLAIM #5: Violation of Civil Rights (42
U.S.C. §1983) and Deprivation of Rights
Under Color of Law (18 U.S.C. §242) -
Fourteenth Amendment
–CLAIM #6: Violation of Civil Rights (42
U.S.C. §1983) and Deprivation of Rights
Under Color of Law (18 U.S.C. §242) -
Fourth Amendment - Unwarranted Seizure
of bank accounts' money, of bank info, and
of Plaintiff (False imprisonment, Unlawful
Arrest 25 CFR § 11.404)
–CLAIM #7: Fraudulently obtained bank
accounts information not disclosed to
anyone; Confidentiality of financial records
(12 U.S.C § 3403)
–CLAIM #8: Deprivation Of Rights Under
Color Of Law (18 USC §242 and §1201 and
§641) and 22 USC §7102(1) - Abuse or
threatened abuse of law or legal process
(Unlawfully Converting the Courts and CPS
and CSS into an instrument of crime),
Malicious Prosecution, Harassments,
–CLAIM #9: IIED claim (intentional infliction
of emotional distress) 18 U.S.C. § 2340

Page 1 out of 33 followed by 9 exhibits

–CLAIM #10: <u>Misappropriation of State Funds</u> 18 U.S.C. §§ 643, 644, 648, 649, 650, 651, 652, and 653
–CLAIM #11: Extortion, Abusive Debt-Collection Practices
–CLAIM #12: Defamation (alleging Plaintiff is an abuser and irresponsible not supporting her first born daughter) 28 U.S.C. § 4101(1)

<u>**VERIFIED COMPLAINT FOR DAMAGES, REQUEST FOR INJUNCTION RELIEF, AND CLAIM FOR EXEMPTION TO STOP ALL GARNISHMENT, LEVYING, AND LIQUIDATION**</u>

<u>**\*\*\*Notice to Principal is Notice to Agent and Notice to Agent is Notice to Principal\*\*\***</u>

<u>I. INTRODUCTION:</u>

1. This is a federal claim for financial damages and personal injuries brought by an individual consumer for Defendants' violations of the **Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.** (hereinafter "FDCPA"), which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices. This is also a claim for damages against Defendants for conspiring and committing the following crimes against Plaintiff: Frauds including mail and wire fraud, bank fraud, imposters impersonating IRS agent or Federal Judges (**18 U.S.C. § 912**), violation of civil rights under color of law (4th Amendment <u>and</u> 14th Amendment) **42 U.S.C. §1983**, deprivation of rights under color of law **18 U.S.C. §242**, violation of privacy **12 U.S.C. §3403** (confidentiality financial records), IIED (intentional infliction of emotional distress) **18 U.S.C. § 2340**, misappropriation of public fund (**18 U.S.C. §§ 643, 644, 648, 649, 650, 651, 652, and 653)**, Extortion, Abusive Debt-Collection Practices, Defamation **28 USC § 4101(1)** (alleging Plaintiff is an abuser and irresponsible not supporting her first born daughter), <u>Malicious Prosecution **(falsely imprisonment 25 CFR § 11.404 and unlawful arrests** in unconstitutional debtor-jail for two months</u> despite Plaintiff's inability to pay, despite clear breach-of-contract and clear violation of

Page 2 out of 33 followed by 9 exhibits

judicial-estoppel of child support order where fraudulent custody change was in 2021, yet child support order erroneously applied all the way back to 2017 against Plaintiff's objection followed by imputation of Plaintiff's income without meeting any burden of proof for imputation required by law, and many other crimes too many to list here (see claims herein and claims listed on page 1 top right corner).

<u>II. THE PARTIES:</u>

2. Plaintiff: Linh Tran Stephens, is a natural person with citizenship of Viet Nam residing in the State of Oklahoma, mailing address 11063 S Memorial Dr Ste D #235, Tulsa, OK 74133-7366; Tel: 817-631-3223; email: <u>linhstephens7@gmail.com</u>.

3. Defendants #1 and #2 listed below are corporations engaged in the business of collecting unvalidated debts in this state with its principal place of business located as below. The principal purpose of Defendants is the collection of debts using mails and telephone or email, and Defendants regularly attempt to collect debts alleged to be due another. Defendants #4-9 listed below are natural persons employed by Defendant #1 or Defendant #2 as a collector at all times relevant to this complaint. These Defendants are "debt collectors" as defined by FDCPA, 15 U.S.C. §1692a(6). At the present time, Plaintiff does not know the true names and capacities of Defendants sued as "DOES 1 through 10" or "DOES 11 through 20", inclusive, and Plaintiff therefore sues these Defendants by such fictitious names. Plaintiff will seek leave of Court to amend this complaint to allege their true names and capacities when ascertained.

4. Defendant #1: CHILD SUPPORT SERVICES OF OKLAHOMA DEPARTMENT OF HUMAN SERVICES (CSS of OKDHS), P.O. Box 27068, Tulsa OK 74149,  or Oklahoma Centralized Support Registry, P.O. Box 268849, Oklahoma City, OK 73126; Tel: 405-522-2273; email: <u>OCSS.contact.TulsaEast@okdhs.org</u>

5. Defendant #2: CHARLES SCHWAB AND CO., INC., 3000 Schwab Way, Westlake, TX

76262; Tel: 1800-435-4000; email: TPLPLevy@schwab.com

6. Defendant #3: Cierra Freeman, an individual in her personal capacity, and in official capacity as court-appointed attorney for child support enforcement, Boeheim Freeman Law, 616 S Boston Ave, Suite 307, Tulsa OK 74119; Tel: 918-884-7791; email: cfreeman@boeheimfreeman.com

7. Defendant #4: Mary Johnmeyer, an individual in her personal capacity, and in official capacity as legal counsel of Charles Schwab and Co., Inc.; 3000 Schwab Way, Westlake, TX 76262; Tel: 800-435-4000; email: TPLPLevy@schwab.com

8. Defendant #5: Renee Banks, an individual in her personal capacity, and in official capacity as CSS Director, PO Box 248822, Oklahoma City, OK 73124; Tel: 918-295-3500; email: renee.banks@okdhs.org

9. Defendant #6: Jason Hoenshell, an individual in his personal capacity, and in official capacity as Oklahoma FIDM Coordinator, PO Box 248822, Oklahoma City, OK 73124; Tel: 405-982-1530; email: jason.hoenshell@okdhs.org

10. Defendant #7: Emmalene Stringer, an individual in her personal capacity, and in official capacity as State's Attorney for CSS, 3666 N Peoria Ave, Tulsa, OK 74106, or PO BOX 27068, Tulsa, OK 74149; Tel: 918-295-3500, Fax: 918-430-2364, email: emmalene.stringer@okdhs.org and OCSS.contact.TulsaEast@okdhs.org

11. Defendant #8: DOES #1-10 known but unidentified employees of OKDHS CSS

12. Defendant #9: DOES #11-20 known but unidentified employees of Charles Schwab and Co., Inc.

<u>III. JURISDICTION AND VENUE</u>:

13. Jurisdiction of this Court for FDCPA complaint arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337, its Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202. Jurisdiction is also conferred by 28 U.S.C. §1331 (Federal Question Jurisdiction) because

Page 4 out of 33 followed by 9 exhibits

the claims for relief derive from the United States Constitution and the laws of the United States, including Violation of Civil Rights (42 U.S.C. §1983) and Deprivation of Rights Under Color of Law (18 U.S.C. §242) and **Confidentiality of financial records (12 U.S.C § 3403)**.

14. Independently, even "if" without Federal Question Jurisdiction above, jurisdiction for this case is conferred by 28 U.S.C. § 1332 because (a) there is diversity of citizenship as Plaintiff has Vietnamese citizenship while Defendants have citizenship of the United States, and the amount at stake is more than $75,000 as Plaintiff is currently 40 years old, thus many years away from retirement and she does NOT consent to forced early-retirement.

15. Because there are both federal question jurisdiction *and* diversity jurisdiction in this case, Plaintiff may also include relevant claims in complaint that would not independently belong in federal court because a federal court's authority to hear related non-federal claims is called **supplemental jurisdiction (28 U.S.C. §1367)**.

16. The acts and omissions complained of herein occurred in the County of Tulsa, and it is believed that majority of living Defendants and living non-retiring Plaintiff currently reside in the County of Tulsa at the time of the occurrences herein.

17. Venue is proper in the U.S. District Court for the Northern District of Oklahoma because the defendants transact business here and the conduct complained of occurred here.

18. The Rooker-Feldman doctrine does NOT bar the exercise of subject matter jurisdiction over this case. Obviously, Plaintiff's claims were NOT a de facto appeal from lower court orders.

<u>IV. SUMMARY OF ALLEGATIONS</u>:

**<u>CLAIM FOR EXEMPTION TO STOP ALL GARNISHMENTS & ALL 12 CLAIMS ON PAGE 1</u>**

19. Plaintiff states under the penalty of perjury under state laws that the statements/ allegations/ pleadings set forth therein are true and correct to the best of her knowledge and belief:

20. Plaintiff is a living breathing woman individual with all her rights reserved, who is NOT dead to have her retirement account being passed onto any children. Her last living will and

testament specified that she left behind $1,000.00 for her daughter G.L.Stephens (of the fraudulent child support case) if Plaintiff passes away—which Plaintiff is still alive and is 40 year-old today and NOT retiring, and NOT consenting to being forced early-retirement by Defendants.

21. Plaintiff has NEVER disclosed any financial information to OKDHS CSS other than her bank of america print-out final balance of $0.00, and her court appointed attorney is simply a "dictionary only attorney" (named **Cierra Freeman, Defendant #3**) without any power of attorney nor ability to file anything or any consent on Plaintiff's behalf, but somehow CSS illegally obtained the information and the bank accounts numbers of other banks e.g. Charles Schwab retirement account, possibly by collusions between lawyers and DHS employees who are not judges yet pretending to be judges, <u>violating exclusionary rules of evidence which is based in constitutional rights</u>, it is a court-created remedy and deterrent, not an independent constitutional right—the purpose of the rule is to deter law enforcement officers from conducting searches or seizures in violation of the **Fourth Amendment** and to provide remedies to defendants whose rights have been infringed. These alleged orders to levy and liquidate all Plaintiff's IRA accounts are VOID court orders as the judge did NOT sign off on any of them. Even after requesting proof of the actual order signed by a judge, Defendants did NOT produce any proof. These alleged orders are being produced fraudulently by lawyers and by DHS administrative employees thus are all **frauds and R.I.C.O. Conspiracy (Racketeering Influenced and Corrupt Organizations)**.

22. Alleged child-support debt of OAH No.: 23-00313-73, OK IV-D FGN: 000948641001 Stephens vs. Stephens was already finalized in January 2016 in the state of Oregon "Jeep and Trailer [fully loaded] in lieu of child support from Mother to Father", and that finalized divorce/agreement/court-order/court-decree was incorporated into Oklahoma Court on 07/11/2017. Plaintiff did NOT agree to any **breaching of that contract**. Plaintiff requested

numerous times for **offset and counterclaims** to CSS but were deprived of any due process.

23. Plaintiff remarried in 2017 to a nonparty to this case and a nonparty to the child-support case. All of Plaintiff's Charles Schwab accounts in dispute (which are currently all being liquidated) were all earned during the subsequent marriage from Summer of 2018 to 2020 and onward, and therefore belong to that marriage's marital asset, and that second marriage is still alive and healthy and is NOT a party to any divorce nor child-support proceeding.

24. Specifically, all of the accounts were retirement accounts (one was 401k rollover IRA, another was regular IRA, another was Roth IRA), except one small brokerage account of $472.69 because Plaintiff has NOT contributed to retirement since she was laid off by Indian Health Services Cherokee Nation (as a federal employee) and prior to that only worked for the Veteran Affairs office and worked for U.S. Navy, all federally protected retirements.

25. All of Plaintiff's retirement accounts are federally protected from child support before retirement age, yet ignored and violated by Defendants who **literally started to liquidate Plaintiff's accounts today May 07, 2024 @ 10AM Central Time [see <u>Exhibit 08</u> for evidence of crimes committed against Plaintiff without Plaintiff's consent while ignoring Plaintiff's continual objection and rebuttal]** against Plaintiff's numerous FINAL NOTICES and CEASE AND DESIST CERTIFIED LETTERS+email+phone calls+faxes+complaints, **liquidation started even before the "Administrative Review Hearing regarding levying and liquidation" that has NOT even taken place, which was scheduled two day from now, for May 09, 2024 @ 08:30AM**. These actions showed that the Defendants have pre-decided to commit frauds together, preplanning to deprive Plaintiff of due process rights, therefore showing willfulness and carefully planned violation of rights.

26. These Charles Schwab accounts especially the highest value one (the one ending in **x2605 Rollover IRA is NOT a marital asset** with the ex-husband Adam Sylvester Stephens, who

allegedly is the father of the child while Father and OKDHS refusing Plaintiff's demand for

paternity testing numerous times in court filed under FD-2015-2228.

27. For the first time Plaintiff was made of levying attempt was on <u>Apr 10, 2024, at 06:51</u>, where

TPLP Levy <TPLPLevy@schwab.com> emailed Plaintiff:

> "Re:    Tax Levy/Order to Withhold/Freeze of Assets/Lien Notice/Restraining Notice
> Account Number(s) ending in 2605 / 5472 / 8811 / 4317 Scheduled Levy Payment Date:
> 04/30/2024
>         Dear Client: Charles Schwab & Co., Inc. ("Schwab") has received the enclosed
> document.  As required by law we have frozen the assets in your account(s), up to the
> amount specified in the document, and will deliver those proceeds to the agency on the
> specified payment date.  If your account contains enough cash to pay the levy in full, you
> will be allowed to access any cash and securities above that amount. However, if there
> is not enough cash available in your account(s) to cover the full amount of the levy, all
> securities in your account(s) will be frozen and further activity will be limited to the
> sale/closure of existing investment positions, until the levy is resolved.  The restriction,
> which will adversely affect your ability to make deposits and withdrawals, may also
> impact your use of available margin, Schwab One® checking, or VISA debit card
> features.  As a courtesy, we have included an Explanation of a Levy, to help you better
> understand how your account(s) will be affected. In order for the restrictions to be
> removed, you must obtain a Release Notice from the issuing agency.  Unless we receive
> a Release Notice from the issuing agency, we are required by law to comply with the
> demands as outlined in the document.  The Release Notice should be faxed to Schwab
> at 888-368-6355 before payment is due. If you have additional questions or feel this
> notice has been issued in error, you must contact the issuing agency directly at the
> number listed on the document.  Schwab will only act on instructions provided by the
> agency itself. We regret having to take this action, but we are required to comply with the
> law.  You should advise your portfolio manager or financial planner about the restrictions
> to your account. Respectfully, Legal Services"

Whose attached alleged "court order" was sim Jo ply a three-pages letter from DHS CSS [see

**Exhibit 01**], which said:

> "Notice of Levy **56 O.S. §240.22 through 240.22G**. Amount of Levy: $ 64,445.92 (This
> amount may not include all delinquent support owed and/or interest owed as of the date
> this levy is paid.)  All accounts associated with the above named person, including but
> not limited to, the following accounts: xxxxx2605.
> You are notified that all property, rights to property, monies, and credits belonging to the
> obligor, or for which you are obligated to the obligor, and currently in your possession are
> levied in the amount listed above. This levy attaches to the following types of accounts
> and funds of the obligor: a demand deposit account, checking or negotiable withdrawal
> order account
> saving account, individual retirement account (IRA); time deposit account; money market

mutual fund account or brokerage accounts; public and private retirement funds, including any retirement plan benefiting self-employed individuals; union retirement fund; railroad retirement; and any other type of account or retirement plan.

Notice of Right to Garnish Federal Benefits

This levy was issued by Oklahoma Human Services, Child Support Services, pursuant to authority to attach or seize assets of noncustodial parents in financial institutions, 42 U.S.C. §666.

**Accordingly, the financial institution is hereby notified that the procedures established under 31 CFR Part 212 for identifying and protecting Federal benefits deposited to accounts at financial institutions do not apply to this garnishment order.**

The financial institution should comply with the terms of this order, including instructions for withholding and retaining any funds deposited to any accounts) covered by this order pending further order of Child Support Services.

Upon receipt of the levy, you shall immediately freeze all accounts of the obligor, up to the amount of the levy. You must notify CSS if the account(s) has been closed. You shall hold the encumbered funds for twenty-one (21) days. You shall suspend any and all activity with respect to and payments from the levied accounts up to the amount levied. Additional deposits may be made into the accounts), but no withdrawals may be made upon deposits or other property during the 21-day holding period.

Twenty-one (21) days after receiving the levy, you shall remit the funds to CSS, up to the amount of the levy, unless CSS has notified you that the levy has been released in part or in full. Payments shall be made payable to Oklahoma Human Services and shall be annotated with the obligor's name, Social Security Number, and child support family group number ("FGN").

This levy will remain in effect for sixty (60) days from the date of receipt or until the amount due is paid in full to CSS. You shall remit any additional deposit made to a levied account, up to the amount of the levy, for a period of sixty (60) days after receiving the levy.

You may charge a fee not to exceed $20.00 for each levied account, which shall be deducted from such account prior to remitting any payments to CSS. Any remittance to CSS should equal or exceed the minimum remittance amount of 50.00. If the amount of the remittance does not equal or exceed $50.00, do not remit to CSS.

Any person or institution who fails or refuses to surrender property subject to this levy shall be liable in a sum equal to the value of the property not so surrendered, together with costs and fees.

[NO SIGNATURE OF ANY PERSON, AND NO JUDGE'S NAME NOR SIGNATURE]

Renee Banks

Director, Child Support Services Oklahoma Human Services"

28. Emphasized the following facts: despite OKDHS quoted "Accordingly, the financial institution is hereby notified that the procedures established under 31 CFR Part 212 for identifying and protecting Federal benefits deposited to accounts at financial institutions do not apply to this garnishment order" they ignored their own words, and this Rollover IRA account x2605 is my

federal retirement from Cherokee Nation Indian Health Services that rolled over from

**Lincoln Retirement Services Company, LLC**, which is EXEMPTED FROM ALL

GARNISHMENT. This has been relayed over and over to all Defendants who seemed to

ignore the federal laws and think they are above the law!

29. To which Plaintiff replied on <u>Apr 10, 2024, 9:56 AM</u>:

> "First of all that's NOT a court order but just a crazy lunatic and thief named Renee Banks who is a thief and a liar and works for OKDHS, likely the same convicted felon like their DHS caseworker Bridget O'Brien/Menser with her DHS job. If it was a court order, it would have a proper court listed, an FILED DATE and signature of a district judge that is NOT special judge (as I have objected to special judges rulings because those judges cannot address more than $1,000 of disputes) from outside family court and from outside of OKDHS such as civil desk division elected district judges. Third, child support order is currently on appeal (see attached case No. DF-120849) so they are NOT to be enforced ( except for the purpose of violating laws and theft ) and you do NOT want to participate to any of it else you shall be liable for damages alongside with these Oklahoma criminals. Please consult with your legal department and let me know if you have any questions. Even contempt of child support is also on appeal too, case No. DF-122022 (see attached) You guys need to Cease and Desist freezing or levying anything related to this NONCOURTORDER from OKDHS. Despite having no money, it is the principle that counts, and you must stop obeying an alleged order from a nobody of DHS—NOT a court order. You must do what is right and just. Sincerely, Linh Stephens"

And additionally same date, Plaintiff emailed on <u>Apr 10, 2024, 12:37 PM</u>

> "Please provide valid judgment ID # filed with county court clerk office and also the court order for levying of banks from district court judge with a VALID SEAL OF THE COURT and VALID SIGNATURE of a Judge. While you're verifying, you MUST UNFREEZE my accounts IMMEDIATELY to avoid liability. First of all, what you attached and alleged to be a Court Order is NOT a court order but just a letter from a crazy lunatic and thief named Renee Banks who is a thief and a liar and works for OKDHS, likely the same convicted felon like their DHS caseworker Bridget O'Brien/Menser with her DHS job who was fired by now from her job. If it was a court order, it would have a proper court listed, an FILED DATE STAMP and SIGNATURE of a district judge and a SEAL of the Court. Second of all, a judge for such an order must NOT be a special judge (as I have objected to special judges rulings because those judges cannot address more than $1,000 of disputes) and must be from outside family court and from outside of OKDHS; such as civil desk division with elected district judge names. Third, the child support order is currently on appeal (see attached case No. DF-120849) so they are NOT to be enforced ( except for the purpose of violating laws and theft ) and you do NOT want to participate in any of it, else you shall be liable for damages alongside these Oklahoma criminals. Please consult with your legal department and let me know if you have any questions. Even contempt of child support is also on appeal too, case No. DF-122022 (see attached) AGAIN, You guys need to Cease and Desist freezing or levying anything

related to this NONCOURTORDER from OKDHS. Despite having no money, it is the principle that counts, and you must stop obeying an alleged order from a nobody of DHS—NOT a court order. You must do what is right and just. Sincerely,"

30. Defendant Charles Schwab defendants replied on <u>Apr 10, 2024, 12:55 PM</u>

"We received your inquiry regarding the levy on your Schwab account. For questions regarding the levy, please contact the levying agency. Schwab is legally obligated to comply with a levy, and can only take direction from the levying agency. In order to release the tax levy, Schwab either needs to be able to pay off the levy in full or empty the account; or, if the levy has been satisfied, you can request that the agency send Schwab a Release of Levy notice. A notice can be faxed or mailed to the address listed below. Restrictions will remain in place until further instructions are received from the same court or government agency that issued the levy. Thank you, Operational Services | Third Party Legal Process Main (877) 243-9263 Fax (888) 368-6355 Charles Schwab & Co. Inc./TD Ameritrade, Inc. Attn: Third Party Legal Process PO Box 981484 El Paso, TX 79998"

31. Plaintiff replied to Charles Schwab defendants on <u>Apr 10, 2024, 1:57 PM</u>

"What Tax LEVY are you talking about? I paid my taxes every year. Did you actually look at the LETTER you attached to me that is NOT a Court Order, if so what is the name of the Judge and what is the court date and where was the hearing about this alleged "levy court order"? Thank you and have a wonderful day! Sincerely,"

Proof that no tax owed by me can be found in IRS transcripts of 2022 and 2023, in Oklahoma tax return 2023 which are attached under redacted **Exhibit 06**, by contacting the IRS and Oklahoma Tax Commission, by NOT impersonating IRS Agent and Oklahoma Commission Tax Agent. These Defendants are committing a crime violating **18 U.S. Code § 912**, which said "Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, or in such pretended character demands or obtains any money, paper, document, or thing of value, shall be fined under this title or imprisoned", as **these Defendants impersonated IRS Agent levying falsely alleged tax, and these Defendants also impersonated Judges claiming there is a levying/liquidating order for child-support, pretending their typed-letters from CSS employee are Judge's orders for child support—yet no seal of the Court, no file-stamp, no wet signature and name of any Judge on them. There was no such**

**court-order existed nor served to Plaintiff nor held in any Court; Plaintiff repeatedly requested Defendants to prove Court Order signed by a legitimate judge, and they have failed to do so because they are imposters (of Federal Judge if <u>IRS</u> tax levying involved).**

32.  On <u>April 22, 2024</u>, Plaintiff mailed, faxed, and emailed the following to Defendants at CSS and CC: many authorities including but not limited to: (3) **CWS Appeals Unit** Oklahoma Department of Human Services, P.O. Box 25352, Oklahoma City, OK 73125 CWS.appeals@okdhs.org; (4) **Oklahoma Commission on Children and Youth (OCCY)**, 2915 N Classen Blvd #300, Oklahoma City, OK 73106, (5) **Oklahoma Attorney General Gentner Drummond**, 313 NE 21st Street, Oklahoma City, OK 73105 (6) Tulsa County District Court, **Presiding District Judge Dawn Moody**, 500 S Denver Ave, Tulsa OK 74103 (7) **Tulsa Grand Jury**, 15 W 6th St Ste 1000, Tulsa, OK 74119 (8) **Tulsa County Clerk's Office**, 218 W. 6th St., 7th Floor, Tulsa, OK 74119 (9) **Tulsa County County Commissioners**, 218 W. 6th St., 7th Floor, Tulsa, OK 74119:

> "DEMAND FOR JUSTICE AND ADMINISTRATIVE REVIEW RE: BANK LEVY AND CHILD-SUPPORT AMOUNT; DEMAND TO CEASE AND DESIST;
> RE: Letter of Notice of Levy and Right to Administrative Review received on Friday, 04/19/2024 in mailbox, whose footnote referenced "CSF02 v9 U82539/TUE Pkg 2024040908075700-001" Dated: April 21, 2024 To Whom This May Concern,
> Today, April 21, 2024, is two calendar days from the date "The Letter" (Notice of Levy and Right to Administrative Review) was received by this individual named Linh Tran Stephens. I disagree with the levy and with the **alleged child support amount $64,445.92**, and therefore **demand** a thorough, complete, and honest review within 15 days from the date above <u>**in front of a NONspecial judge and in common law courts**</u> since alleged child support amount is larger than $10,000 amount (forbade by O.S. §20-123 Jurisdiction of special judges) and since I have been objecting to having a special judge for my case pursuant to O.S. § 20-124.
> It is to my belief and information that the Oklahoma child support order and demand for payment is a rush to judgment into a default judgment, and both are a violation of my constitutionally protected rights. **Please validate this alleged claim against me by having it signed by a man or woman and notarized under a penalty of perjury and send the sealed original to me.**
> I refuse to contract with the State, DHS, any of its agencies. By completing and returning the attached protesting/refuting form per your instruction in "The Letter", it does NOT mean that I am contracting nor having any implied contracts in any shape or form with any of the aforementioned. Any past alleged contracts between us were fraudulent because of your actions and omissions; they were without my consent, without my

knowledge, and definitely without informing me nor providing any due-process to me, while you guys deprived my substantive rights, constitutional rights, unalienable rights, etc. AGAIN, I am NOT agreeing to, have NOT agreed to, and will NEVER agree to have any contract with OKDHS or any of its entities/agencies/corporations or its personnel. I have NEVER approved any violation or waiver of rights against me or against my daughter–any lawyers, any DHS employee, any transcript, or any documents saying otherwise is fraudulent, fake, altered, likely photoshopped, or done without my expressed written notarized consent. <u>"Implied consent" WITHOUT being fully informed, served, court-reporter-recorded, notarized, signed is NOT consent. Signing under threats, duress, misinformation also is NOT consent</u>.

There are an active appeals (DF-120849 and DF-122022 in Oklahoma Supreme Court) against these **unlawful child-support orders (my parental rights are protected by the U.S. Constitution and must NOT be infringed upon, and my divorce/custody does NOT meet any SSA title iv criteria**), therefore OKDHS CSS who is NOT above the law must cease and desist from enforcing unlawful and erroneous orders, especially when there are active appeals in higher courts. Attorney General Drummond said, "The Legislature is vested with policymaking authority. I will not allow any state agency, board or commission to usurp the Legislature's rightful role, even if they have the best of intentions."

**My inability to pay and undue hardship are irrefutable as well.** I did NOT agree to pay child support despite my personal circumstances–that makes the child support order unconstitutional, especially for an unlawful and malicious order that inflated/fabricated numbers against my actual income while deflated against his actual income, actual numbers in tax documents (most updated one 2023 in attached Exhibits) and in actual accountant's records, and judicial estoppel violation of STANDING finalized divorce/custody/child-support decree/order/judgment of 2016 ("Jeep and Trailer in lieu of child support") which I NEVER agreed to be modified without fair compensation/offsets/ returns of properties, without fair second-accord-and-satisfaction, without proven me abusive to deserve less than 50/50 custody, without proven alleged title IV services was provided at all to my case to me the indigent mother, the alleged obligor, being unjustly ordered to enrich the already rich father whose custody should be taken away as his previous children ALL spoke against him per OKDHS records except 1 out of 7 (Alexis) who never lived with father (only lived with paternal grandmother). **I was deemed indigent and affirmed indigent (after overruling ex-husband's Objection-Motion of Mother's In Forma Pauperis) by superior Court Order of Oklahoma Supreme Court case No. DF - 120849 on 01/23/2023 on page 2 (attached Exhibits), and affirmed again indigent by U.S. District Court Northern District of Oklahoma, case No. 23-CV-553-GKF-SH on 02/01/2024 (see its Federal Court Order open to the public and attached Exhibits), and by David L. Moss Criminal Justice Center, inmate ID # DLM # 1282383 on 03/07/2024 (their 30-day mark for decision regarding indigent-status for inmates), as I have received Indigent Supplies while in jail there–time served as I cannot bond myself out either due to being indigent!** Remember also, the sole custody order by Adam Sylvester Stephens SR was obtained by fraud-upon-the-court (without due process, without substantive rights, violating my unalienable rights), his witness Bridget O'brien who disqualified herself being a felon for hurting children (Bridget Menser is her maiden name, is a felon for hurting children per CF-1999-2911) and she was also impeached by evidence and NEVER showed up for final trial of 02/2024, thereby father lost his case but Judge April Seibert abused her discretions and took custody away from good/fit/loving mother like me, thus violating my

Page 13 out of 33 followed by 9 exhibits

equal protection rights, substantive rights, civil rights, etc.

If ignoring my demand for justice & administrative review and **if NOT providing a hearing within 15 days from the date of this letter, your OKDHS Department and each employee in your individual capacity and everyone above you in the State are automatically consented that you all have been willfully harming this individual Linh Tran Stephens,** violating all my rights under colors of law, and you have been willfully committing frauds via complicit or omission or accomplice, **failure to protect me and my daughter, failure of fiduciary duties, failure to supervise, violating 15 U.S.C. 1673(a)**, actively participating in breach-of-contract against original child-support contract/decree/judgment/court-order signed by a judge in Oregon State in January 2016 and was upheld/signed again on 07/11/2016 by Oklahoma Judge, etc.

Your harassment and malicious persecutions and harassments via phone calls, mails, collection methods, hurting my credit score reports, levying ('frozen') my banks, telling U.S Passport Department to take away my U.S. Passports robbing me of freedom, putting me in jail in David L. Moss Criminal Justice Center for debtor-imprisonment (unconstitutional and cruel/unusual punishment), rendering my work license useless as no one will hire a wrongfully-substantiated child-abuser ever, etc., must CEASE AND DESIST and return JUSTICE TO ME, else you are WILLFULLY committing crimes against me, liability of severe harm, emotional/physical distress/torment against me!

I also demand that you mail me the Oath of Office, Public Official Bond Certificate and its monetary amount (74 O.S. § 85.29 Schedule of Amounts of Surety Required), or the equivalent Errors and Omissions and Malpractice Insurance (if you are an attorney or judge) of all DHS employees/supervisors/attorneys that touched my case. ANY deprivation of any of my rights MUST CEASE AND DESIST IMMEDIATELY ELSE FACE LIABILITY FOR YOU, THE COUNTY, AND THE STATE. I trust that you don't want to be criminally charged for frauds against the federal government via SSA title IV-D nor wanting to face qui-tam lawsuits among other civil rights lawsuits."

Above Letter dated 4/21/2024 with its four attached Exhibits **[see Exhibit 02]** including the filled out **Request for Administrative Review of Bank Levy form (whose relevant proof of service certified mail receipt will be attached also under Exhibit 02 by Plaintiff today)** to which Defendant Emmalene Stringer of CSS perjured herself to the local Tulsa court in her filing in FD-2015-2228 falsely alleging "Mother has failed to return that form" on page 2 of her court filing on May 03, 2024 "DEPARTMENT OF HUMAN SERVICES' COMBINED RESPONSE TO MOTHER'S REQUEST TO STOP GARNISHMENT AND UNDUE HARDSHIP EXEMPTION CLAIM AND MOTHER'S DEMAND FOR JUSTICE AND ADMINISTRATIVE REVIEW RE: BAN EVY AND CHILD SUPPORT AMOUNT; DEMAND TO CEASE AND AST FILED APRIL 22, 2024". Again, proof that it was sent is USPS tracking # 7022 2410 0002 8190 1322 and 7022

2410 0002 8190 1339 and email inboxes [see Exhibit 02].

**33. There was NEVER any reply or answer to any of the above questions of law and of rights from Plaintiff from any of the defendants.**

34. Then evening of April 30th, 2024, Plaintiff received email from Charles Schwab TPLP Levy <TPLPLevy@schwab.com> and has NOT received any mail of same from Charles Schwab:

> "* IMMEDIATE ACTION REQUESTED *
> RE:     Tax Levy/Notice of Levy on Charles Schwab Account No(s). 2605/ 5472 / 8811 / 4317 Dear Client(s): Charles Schwab & Co., Inc. ("Schwab") has received the enclosed notice directing Schwab to liquidate securities in your account(s) referenced above.  Notification of this notice was first mailed to you on April 10, 2024. As a courtesy, Schwab will refrain from acting upon the order for a short period to give you an opportunity to liquidate securities to generate enough cash to satisfy the notice. However, if Schwab does not receive instructions from you by May 7, 2024, Schwab shall execute security sales in alphabetical order until sufficient cash has been generated to satisfy the order. The sale of securities may have a significant impact upon your future portfolio performance and may cause tax consequences for which you will be responsible. Please contact us at (800) 435-4000 to liquidate sufficient security positions in your account(s) to satisfy the order. Sincerely, Operational Services Charles Schwab & Co., Inc. Enclosure"

Which has attached letter [**Exhibit 03**] from CSS that is obviously NOT a court order, **which was NOT served upon Plaintiff by CSS** despite its back-dated April 09, 2024 and sent directly only to Charles Schwab which forwarded to me on April 30th, 2024 via email attachment:

> "Dear Ms. Johnmeyer, Please liquidate assets belonging to Mrs. Stephens to satisfy our financial institution levy action. **Please begin by liquidating** the assets found in **account number 2605** in alphabetical order until Mrs Stephens' child support obligation has been met or until no funds are available. Thank you for your assistance with this matter. If you have any questions you may contact me at (405) 982-1530. Sincerely, Jason Hoenshell, Oklahoma FIDM Coordinator, PO Box 248822, Oklahoma City, OK 73124."

35. Plaintiff replied to email above on May 01, 2024 @ 10:38 AM to Charles Schwab, its TPLP email, and also to OKDHS OCSS ocss.contact.tulsaeast@okdhs.org @ 11:18 AM

> "I will sue you guys in federal courts if you DON'T STOP THIS RIGHT NOW because what you called an "order" in your attachment is NOT an order but simply a letter from administrative department and its employee, which is NOT signed by any court nor any judge and has NOT been filed in any courts! Additionally, account x2605 is my retirement account Roth IRA of Cherokee Nation (Indian Health Services) employment and I'm 40 year-old, NOT retirement age. Last but

not least, it is against federal laws to liquidate retirement accounts for any kind of debt including child support! Sources listed below are protected and cannot be garnished per state laws and federal laws: Public Employee's Retirement Funds – 74 O.S. § 923, AND Interest in Retirement, Pension and Profit Sharing Plans 60 O.S. § 327, 60 O.S. § 328...."

36. On May 01, 2024 at around 2:00PM, Plaintiff even went to the local Charles Schwab branch in Tulsa, Oklahoma to escalate things up with its manager, and to file an internal complaint with Charles Schwab against its lawyer committing frauds and needed to be investigated, and gave them notice by bringing this drafted lawsuit in my hand and asked Charles Schwab to cease and desist, giving them plenty of warning and notices, which they ignored/complicit.

37. Next, Plaintiff received a letter from CSS and Emmalene Stringer on May 02, 2024 [**Exhibit 04**]: "Notice of Administrative Review Decision - Levy Child Support Services (CSS) has reviewed the levy of your accounts). The following decision was made [**BLATANT ABUSE OF POWER AND ABUSE OF PROCESS WITHOUT A HEARING AS PLAINTIFF HAS ALREADY DEMANDED PER HER LETTER OF APRIL 21, 2024**]: No change is necessary. The levy will remain in effect... If you do not agree with this decision, you must make a written request for a hearing [**AGAIN!?! Plaintiff already did this but was ignored, this is deceptive practices by CSS Defendant to get defaulted judgment and is abusive of Plaintiff's precious time and opportunistic cost were forever lost and could never get back**] to the child support office indicated below within twenty (20) days of the date of this notice. The request for a hearing may be submitted by email, fax, or mail to the office listed below. If you fail to request a hearing within 20 days, you waive your right to a hearing and this decision shall stand as the final agency determination.If you do not agree with this decision, you must make a written request for a hearing to the child support office indicated below within twenty (20) days of the date of this notice. The request for a hearing may be submitted by email, fax, or mail to the office listed below. If you fail to request a hearing within 20 days, you waive your right to a hearing and this decision shall stand as the final

agency determination."

38. Notice how the letter dated April 21, 2024 the Plaintiff demanded a hearing numerous times, yet was completely ignored by Defendant CSS per above paragraphs 29, 31, and 32. Defendant CSS then send a second letter in hope that Plaintiff would "fail to reply" to the same thing, and also in hope to wear out Plaintiff from paperwork strain, time strain, and monetary strain of printing, paper, and stamps, and certified mailing. This is harassment and malicious in nature!

39. On May 01, 2024, Plaintiff certified emailed, and faxed and certified mailed her *FINAL NOTICE OF CLAIM OF IMPENDING HARM AND TRESPASS* after several notices being *ignored by Renee Banks, Jason Hoenshell, Emmalene Stringer, and Mary Johnmeyer et. al. personally and via their respective employer/agency/entity*, which said:

> To: (1) **CSS DEPARTMENT** OF HUMAN SERVICES STATE OF OKLAHOMA (3666 N Peoria Ave)
> PO Box 27068, Tulsa, OK 74149; OCSS.CONTACT.TULSAEAST@okdhs.org; Fax: 918-430-2364;
> ATTN: **Emmalene Stringer** (CSS Attorney), **Renee Banks** (Director);
> (2) ATTN: **Jason Hoenshell** (Oklahoma FIDM Coordinator) @ PO Box 248822, Oklahoma City, OK 73124, renee.banks@okdhs.org, Jason.Hoenshell@okdhs.org; Emmalene.Stringer@okdhs.org,
> (3) **OKLAHOMA CENTRALIZED SUPPORT REGISTRY**, PO BOX 268849, Oklahoma City, OK 73126;
> (4) **CHARLES SCHWAB & CO., INC.**, 3000 Schwab Way, Westlake, TX 76262,
> ATTN: **Mary Johnmeyer** (legal services) and "**TPLPLevy@schwab.com**"
> CC : see certificate of service at the end
>
> Dated: May 01, 2024
>
> RE: (1) "**Tax Levy**/Order to Withhold/Freeze of Assets/Lien Notice/Restraining Notice Account Number(s) ending in 2605 /xxxx/xxxx/xxxx Scheduled Levy Payment Date: 04/30/2024" from Charles Schwab with attached letter #2 below and **said they will liquidate x2605 by 05/07/2024 (while DHS scheduled their fake administrative hearing 05/09/2024 after the liquidation date)**
> (2) "Obligor Linh Stephens, Oklahoma case number 948641001, Charles Schwab Account number …2605", where Jason Hoenshell (Oklahoma FIDM Coordinator) wrote to Mary Johnmayer (lawyer of Charles Schwab), "**Please liquidate the assets found in account number x2605** in alphabetical order until Mrs. Stephens' child support

Page 17 out of 33 followed by 9 exhibits

obligation has been met or until no funds are available"--without service of process to me/Linh Tran Stephens from Jason Hoenshell (I got this letter from the bank 21 days later).

(3) "Notice of Administrative Review Decision - Levy dated <u>April 24, 2024</u>" ["the letter"] whose footnote referenced "CSF08 v8 U82539/TUE Pkg 2024042408062805-001" which was received on 04/29/2024 in mailbox

(4) "Letter of Notice of Levy and Right to Administrative Review dated April 21, 2024" whose footnote referenced "CSF02 v9 U82539/TUE Pkg 2024040908075700-001"

Dear Sir/Madam and Entities that you work for:

Please cease and desist from attempting wrongful seizure of bank account ending x2605, from trying to liquidate it, which is a retirement account that is federally protected, also please stop your fraudulent activity as there was **no IRS letter sent to Charles Schwab and no debt owed to IRS** (my accountant and the IRS have confirmed this) about tax-levying, and there was **no court order** by any judges with any court (there were no documents file-stamped) in Letters from OKDHS to Charles Schwab legal team falsely alleging these are legitimate court orders and "the law"–these are letters sent personally from DHS employees Renee Banks and Jason Hoenshell <u>fraudulently pretend to be judicial members/judges giving a court-order</u> and then the lawyers from Charles Schwab, specifically Mary Johnmeyer, "**TPLPLevy@schwab.com**", and others that are unknown to me at this time, <u>fraudulently pretend to work on behalf of IRS</u>, alleging "collecting tax for IRS" per their "**tax levy**" letterhead **despite no tax owed by me, and despite aforementioned** <u>individuals and entities that do NOT work for the IRS nor did they receive any letters from the IRS instructing them to do so</u>.

I contend that this account, which you are fraudulently attempting to liquidate and garnish is a **Rollover IRA (which are exempted from garnishment)** account that was rolled-over from a**Federal Employer: Cherokee Nation Indian Health Services** and received at Charles Schwab on 10/14/2020 from **Lincoln Retirement Services Company, LLC**, after I was laid off from the Indian Health Services after working for them from 2018 to September of 2020. I went on to collect unemployment benefits and was next self-employed with LLCs.

This Charles Schwab account also does NOT belong to the ex-husband Adam Sylvester Stephens of <u>Stephens vs. Stephens child support case</u> as incorrectly asserted by the opposing party and by OKDHS. That divorce, custody, and child support were finalized in January 2016 in the state of Oregon. I remarried in 2017 to another individual who is NOT a party to the child support case. Any retirement account during this subsequent marriage and ongoing marriage CANNOT be garnished to pay for a child from a previous marriage that was finalized. My current spouse did NOT adopt G.L.Stephens–the child of an alleged child support case against me and the same child who was given sole custody to her biological father who is actively barring me from seeing her. As my current spouse (nonparty to the child support case and nonparty to the divorce) has an interest in this marital asset retirement account ending in x2605, any

attempts to liquidate, levy, or garnish it should be ceased and desisted. In the event of a future divorce, this retirement account would be subject to equitable distribution. We did NOT consent to the violation of any of our rights for the account to be liquidated/garnished.

I am NOT retired, I am NOT dead but still very alive. My last will and testament said I will leave $1,000.00 (one thousand dollars) for my daughter G.L.S. if I die, not the whole retirement account. I do NOT meet SSA title IV-D criteria nor criteria to be put on child support garnishment. Again, I am 40 years old and NOT at retirement age. I have NOT, did NOT, do NOT, and will NOT consent to early retirement-withdrawal nor its penalty nor the violation of any of my rights nor for anyone/any entities to liquidate, garnish, or levy my federally protected accounts. **Alleged implied consent (e.g. without written court-transcripts) or alleged default consent (e.g. without proper service) is considered fraud especially when I am contesting such!!!**

Furthermore, my most recent only source(s) of income was from Peace Joy Clinic PLLC up until 02/07/2024, which does NOT do banking with Charles Schwab, and if any income, it goes into another bank outside of Charles Schwab.

All the money in any of my bank accounts is **completely exempt** from debt collection.

If you attempt to restrain/garnish/liquidate/levying my exempt funds, you will cause me a severe hardship. **If you attempt to restrain/garnish/liquidate and levying my exempt funds in disregard of this notice, I reserve the right to seek compensation from you for any damages** caused by the restraint/levying/liquidation/garnishment.

**This letter is NOT meant in any way to be an acknowledgment that I owe this money (the alleged debt).** Thank you for your attention to this matter.

Sincerely,.."

40. On May 7, 2024, at 07:54, CSS ocss.contact.tulsaeast@okdhs.org emailed Plaintiff: "Good morning, I have attached the link for the hearing on Thursday, May 9th which will start at 8:30am.  Please use the link below to join that says "join the meeting now".  You should be able to join as a guest without downloading the application.  You will then wait in the lobby until the Judge lets you in.  **If you fail to join the hearing by 8:30am, you may be held in default.** Microsoft Teams Need help? Join the meeting now Meeting ID: 259 442 085 972 Passcode: uQbcLB, Dial-in by phone +1 405-898-0717,,823842882# United States, Oklahoma City Find a local number Phone conference ID: 823 842 882# Join on a video conferencing device Tenant key: 831653214@t.plcm.vc Video ID: 111 039 917 5"

41. Plaintiff replied immediately via same method of emailing on Tuesday, May 7, 2024 8:49 AM

Dear OKDHS, I DEMAND A COURT REPORTER AND A VIETNAMESE

TRANSLATOR THERE IN CASE THERE ARE WORDS I DON'T UNDERSTAND CLEARLY. Additionally you better let my ADA advocates in as Kim Hall approved my ADA request already (American disability act) else you are willfully violating American Disability Act **[many times before CSS have violated Plaintiff's ADA rights without remorse]** and shall be sued. My advocates are CC above and could be any of them that will be available. I'm OBJECTING to any and all default as default means lack of due process of law, presence of fraud-upon-the-court, and is also unconstitutional/unlawful! I always show up, and if I "allegedly" don't show up from your end, it is simply because you guys block me out of the hearing, mess with internet signal, mute me, kidnap me, or there is a medical emergency as your pattern of practice with other cases. Let it be clear on the record that I am always objecting to all your illegal activities and to any violation of my rights as I am a living breathing person (NOT an entity and not a corporation and not your slave) with all my God given rights to parent (which your department failed to prove me abusive) and to support my child without any state interference/restraint. Every day you separating me from my daughter, I am charging you $500/day for damages and you are defaulting today if NOT returning my daughter to my house TODAY 05/07/2024 where you unlawfully taken her from me since 12/03/2021. AGAIN, "if" you don't see me in that fake hearing of yours, you better call me on my cell phones to ensure I am let into the hearing (else you guy and your crooked DHS department is defaulted $2million debt charged to you by we the people for not letting me in and for violations of rights under color of law)—you better make tremendous efforts to find out why I am not in that hearing and reschedule the hearing as there is always a legitimate reason "if" I don't show up **because facts are:** I always show up and stand up against evil, and evil always run from me and from Jesus Christ Holy Spirit living in me. Sincerely, Linh Tran Stephens cell phone 817-631-3223 LinhStephens7@gmail.com

~~~ Food gained by fraud tastes sweet, but one ends up with a mouth full of gravel (Proverbs 20:17). Do not trust in extortion or put vain hope in stolen goods; though your riches increase, do not set your heart on them (Psalms 62:10). "Woe [judgment is coming] to those judges who issue evil statutes, And to those [magistrates] who constantly record unjust and oppressive decisions, Now what will you do in the day of [God's] punishment, And in the storm of devastation which will come from far away? To whom will you flee for help? And where will you leave your wealth [for safekeeping]?" (Isaiah 10:1, 3 AMP). "and this is what the Lord of Heaven's Armies says: I am sending this curse into the house of every thief [THEFT] and into the house of everyone who swears falsely using my name [PERJURY]. And my curse will remain in that house and completely destroy it—even its timbers and stones." (Zechariah 5:4). "You twist justice, making it a bitter pill for the oppressed. You treat the righteous like dirt... Therefore, though you build beautiful stone houses, you will never live in them. Though you plant lush vineyards, you will never drink wine from them. For I know the vast number of your sins and the depth of your rebellions. You oppress good people by taking bribes and deprive the poor of justice in the courts. Do what is good and run from evil so that you may live!.. Hate evil and love what is good; turn your courts into true halls of justice. Perhaps even yet the Lord God of Heaven's Armies will have mercy on the remnant of his people...I hate all your show and pretense— the hypocrisy of your religious festivals and solemn assemblies... Away with your noisy hymns of praise! I will not listen to the music of your harps. Instead, I want to see a mighty flood of justice, an endless river of righteous living." (Amos 5:7, 11-12, 14-15, 21, 23-24 NLT). The Lord detests double standards; he is not pleased by dishonest scales (Proverbs 20:23). "He has told you, O man, what is good; and what does the Lord require of you but to do justice, and to love

kindness, and to walk humbly with your God?" (Micah 6:8). Those who plant injustice will harvest disaster, and their reign of terror will come to an end (Proverbs 22:8). Woe to those who call evil good and good evil, who put darkness for light and light for darkness, who put bitter for sweet and sweet for bitter… who acquit the guilty for a bribe, but deny justice to the innocent (Isaiah 5:20,23). "Whoever causes one of these little ones who believe in Me to stumble, it would be better for him to have a heavy millstone hung around his neck, and to be drowned in the depth of the sea", Jesus said (Matthew 18:6). The greedy bring ruin to their households, but the one who hates bribes will live (Proverbs 15:27). People do not despise a thief if he steals to satisfy his appetite when he is hungry, but if he is caught, he will pay sevenfold; he will give all the goods of his house (Proverbs 6:30-31). May the Lord judge between you and me. And may the Lord avenge the wrongs you have done to me, but my hands will not touch you (1Samuel 24:12). If you said, "But we knew nothing about this," does not He who weighs the heart perceive it? Does not He who guards your life know it? Will He not repay everyone according to what they have done? (Proverbs 24:12). GOD said "I will take revenge; I will pay them back. In due time their feet will slip. Their day of disaster will arrive, and their destiny will overtake them."' (Deuteronomy 32:35). My enemies did their best to kill me, but the Lord rescued me. The Lord is my strength and my song; he has given me victory. I will not die; instead, I will live to tell what the Lord has done (Psalm 118:13-14,17). "Don't be intimidated in any way by your enemies. This will be a sign to them that they are going to be destroyed but that you are going to be saved, even by God himself." (Philippians 1:28). "If anyone does attack you, it will not be my doing; whoever attacks you will surrender to you… But in that coming day no weapon turned against you will succeed. You will silence every voice raised up to accuse you. These benefits are enjoyed by the servants of the Lord; their vindication will come from me. I, the Lord, have spoken!" (Isaiah 54:15,17). "God blesses those who hunger and thirst for justice, for they will be satisfied" (Matthew 5:6) ~~~"

42. **As a result of these acts, Plaintiff suffered headaches, lost weight, nausea, embarrassment, mental anguish, emotional distress, interruption of work, closure of small businesses, lost time, and expenses, inability to visit dying relatives in Viet Nam, inability to travel and have freedom to travel to Canada or adjacent countries with family/relatives/friends or business trips, damage to Plaintiff's reputation.**

43. **CLAIM FOR UNDUE HARDSHIP EXEMPTION AND REQUEST TO STOP ALL GARNISHMENT, LEVYING, LIQUIDATION**: Per law, any money from any of the sources listed below is protected and CANNOT be garnished, and my Charles Swab accounts all of them including the one ending in x2605 Rollover IRA account retirement account started during Cherokee Nation employment (Indian Health Services federal employee) are

EXEMPTED, as it is also considered **public employee's retirement**:

A.  Social Security benefits
*42 U.S.C. § 407.*
B.  Supplemental security income
*42 U.S.C. § 1383(d)i*
C.  Unemployment benefits
*40 O.S. § 2-303.*
D.  Workmen's Compensation benefits
*85A O.S. § 10.*
E.  Welfare benefits
*56 O.S. § 173.*
F.  Veteran's benefits
38 U.S.C. § 3101, 31 O.S. § 7.
G.  Police Pension Funds
*11 O.S. § 50-124.*
H.  Firemen's Relief & Pension Fund
*11 O.S. § 49-26.*
I.   County Employee's Retirement
System Funds – *19 O.S. § 959.*
J.  **Public Employee's Retirement
Funds – 74 O.S. § 923.**
K.  Teacher's Annuities or Retirement
Allowance – *70 O.S. § 17-109.*
L.  Railroad Retirement Act Annuities and pension payments
*45 U.S.C. § 231(m).*
M.  U.S. Civil Service Retirement and Disability Pension Fund Payments
*5 U.S.C. § 8346.*
N. U.S. Civil service Survivor Annuities
*5 U.S.C § 8346.*
O. **Interest in Retirement, Pension and Profit Sharing Plans**
*60 O.S. § 327, 60 O.S. § 328.*
P. The Wages of Seamen
*46 U.S.C. § 601.*
Q. Funds vested in the Alien Property Custodian – *50 U.S.C. Appx. § 9(f).*
R. Prepaid Burial Benefits
*36 O.S. § 6125.*
S. Proceeds of Group-Life Insurance Policy – *36 O.S. § 3632, 4026.*
T. Alimony, support, separate maintenance, or child support necessary for support of judgment debtor or dependent – *31 O.S. § 1.1.*
U. **Personal wage exemption because of undue hardship – *31 O.S. § 1.1.***

44.  Funds that are exempt (check one):

All funds listed above all applied or applicable.

The amount of money that is exempt is: <u>$ all of whatever is levied up in my bank accounts</u>

and all of whatever has been liquidated via fraud and via deprivation of rights and abusive debt-collection practices and FDCPA violations

45. Check if applicable:

   __X__ Check here if you are attaching proof of your funds being exempt and proof of your undue hardship (**Exhibit 05**): (1) **Letter of Being laid off from Cherokee Nation Indian Health Services (CN IHS) end of 09/2020, (2) evidence of CN exempted-from-garnishment-and-child-support retirement account 401k from Lincoln Financial (earned as marital asset during another marriage who is nonparty to child-support case and we are not divorced and do not have child support case) after being laid off has to be rolled over into Rollover IRA account x2605 with Charles Schwab; (3) Unemployment benefits 2020-2021; (4) tax returns and schedule C of 2022 and 2023 showing financial hardship.**

   **See also [Exhibit 09] for additional evidence of exemption of bank account x2605**

46. If garnishment is for money you earn, what pay period do you say is exempt?

   Starting: October 2020, and ending ONGOING including today

47. **INCOME AND EXPENSE WORKSHEET**

Dated: April 21, 2024                     Case Number: as above

Creditor: Child Support Services of Oklahoma Department of Human Services, and Oklahoma Centralized Support Registry, PO BOX 268849, OKLAHOMA CITY, OK 73126
Garnished Debtor: Linh Stephens

| | |
|---|---|
| **UNDUE HARDSHIP** | Amount of Garnishment **$64,445.92** |
| Total Family Members: **3** | # of Children and ages: 1, age(s): 10 y/o for this case; |
| Bank account balances: | $ 0.00 |

Monthly wages net: zero dollars;

**ADJUSTED GROSS INCOME negative $ below zero dollars**, specifically (-11,948.00) in 2023 tax year filed on April 15, 2024, and prior to that was (-12,163.00) in 2022 tax year filed by certified and licensed accountant, see IRS Transcripts Record of Account, its first 2 pages of

2023 and first 2 pages of 2022 [**Exhibit 06**]

Additional Sources of Income:        $0.00        Source:

Alimony/Child Support Income:        $0.00

     **Total Monthly Income:**        $negative and fluctuates, see small business Schedule C

Housing Expenses:

    Rent:                        $1030.00        Electricity:        $200.00

    Natural Gas:                $90.00        Water & Trash        $70.00

    Telephone:                $350.00        Med. Ins.:        $0.00

    Medication:                $don't keep track of over the counter meds

Food:

    Food:                        $500.00

    School lunches:                $0.00        Baby formula:        $0.00

Clothing:

    Clothing:                $0.00        Laundry:        $0.00

Transportation:

    Car Payment:                $unable to afford car                Gas:    $100.00

    Car Insurance:                $60.00        Bus:        $0.00

Other expenses:                $600 visitations related to child $150/hour

Source of Other expense: unlawful custody order change despite no abuse proven

**Total Monthly Expenses:**        **$3,000.00 or more,** not including small business debts/expenses

## V. CLAIM FOR RELIEF FOR ALL 12 CLAIMS LISTED ABOVE:

48. Plaintiff repeats and realleges and incorporates by reference all paragraphs above. Defendants violated the FDCPA. Defendants' violations include, but are not limited to, the following: (a) The Defendants violated **15 U.S.C. § 1692c(b)** by contacting a third party, the Plaintiff's banks, employer/workplace (with numerous phone calls and mails), credit report agencies, passport department, work licensing agency, etc., without the Plaintiff's prior consent, also without disclosures of where Plaintiff banks thus privacy has been breached also by Defendants, who fraudulently use court-appointed attorney "standby counsel" impostering as full power of attorney over Plaintiff waiving all her rights and her privacy (b) The Defendants violated **15 U.S.C. § 1692(c)** by contacting the Plaintiff after the Plaintiff had requested the Defendants cease all harassments and persecution towards the Plaintiff. (c) The Defendants violated 15 U.S.C. **§ 1692g(b)** by failing to provide verification of the debt and continuing its debt collection efforts after the Plaintiff had disputed the debt in writing within thirty days of receiving notice of the **15 U.S.C. § 1692g** debt validation rights. As a result of the above violations of the FDCPA, the Defendants are liable to the Plaintiff for declaratory judgment that defendants' conduct violated the FDCPA, injunctive relief, and Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

49. Previously Defendant CSS has done the same pattern of deception as this time: pretending to schedule a hearing promising "due process", and then when Plaintiff showed up for the hearing to contest about passport being suspended for alleged child support order with extensive preparation, submitted clear and convincing evidence, turned into CSS prior to hearing, then CSS Attorney Emmalene Stringer Defendant #8 argued "no jurisdiction" in the administrative court the very court that she scheduled the hearing for and the very court she told Plaintiff that has jurisdiction and not family court, again to deny due process, to delay justice, to waste Plaintiff's time, money, and energy, to waste tax-payers' hard-earned

money (**misappropriation of public fund**), after denying same passport suspension hearing to be addressed in family court, so then there is no actual hearing ever to be taken anywhere–See Passport Letter dated March 02, 2023, and subsequent Administrative order filed May 03, 2023 in **Exhibit 07**. This is obstruction of justice!

50. Plaintiff reserves her right to amend this Verified Complaint any time during the lawsuit.

<u>VI. JURY TRIAL DEMAND</u>:

51. Please take notice that Plaintiff demands trial by jury in this action

<u>VII. EXPEDITED TRIAL REQUEST</u>:

52. Plaintiff requests for Expedited Trial to prevent further damages and additional risks to Plaintiff including but not limited to: unwanted forced-early-retirement with unwanted tax penalties and false income inflation from liquidation of exempted assets, additional false imprisonment and unlawful arrests, malicious prosecution, intentional harassment and intentional infliction of emotional and physical and financial injury, permanent physical health damages, ongoing effect of imputed income despite zero evidence presented for purposefully underemployment (while Defendant CSS ignoring Plaintiff's tax paperwork from IRS, Plaintiff's actual earnings, and reliable witnesses), ongoing harassments and discriminations by all Defendants.

53. Plaintiff requests the Court to approve the accompanying pauper affidavit (pauper status affirmed by Oklahoma Supreme Court in 2023 even after Father of child filed objection to plaintiff's pauper affidavit), issue Summons, and to be served by <u>U.S. Marshalls</u>.

<u>VIII. PRAYER</u>:

54. WHEREFORE, Plaintiff Linh Tran Stephens respectfully prays that judgment be entered against the Defendants for the following:

A. Judgments for General damages and special Judgment that Defendants' conduct and failure to act caused egregious/severe injuries to Plaintiff in no event less than **$500,000,000**

**(500 million dollars)**, including *compensatory, nominal, punitive (for IIED), special and/or consequential* **damages** that are reasonably foreseeable, and damages for detriment certain to result in the future—examples of which include but not limited to:

a. Overpayment of child support by way of conventional child support that unjustly enriches Defendant Adam Sylvester Stephens and unjustly enriches the State of Oklahoma;

b. Opportunistic investment loss: Financial losses from alternatively the values of the properties in cash would be put in high-interest investment accounts producing profits for Plaintiff, or giving out as personal loans with 10% to 20% interest all these years;

c. Loss of costly time and energy from work for preparing and attending hearings;

d. Court costs, transcripts costs, and fees;

e. Plaintiff's mental anguish and emotional distress and other injuries mentioned extensively above in paragraph 42 and much more shall be disclosed at jury trial date;

f. Damage to Plaintiff's reputation in the community and nationwide

g. Permanent damage to Plaintiff's lifelong career as a general medical practitioner.

B. As against the individual-being Defendants, **punitive damages** as allowed by law;

C. Declaratory judgment that defendants' conduct violated the FDCPA and injunctive relief for the defendants' violations; its actual damages; its **Statutory damages** pursuant to 15 U.S.C. § 1692k.; its Costs and reasonable attorney's fees equivalent or opportunistic cost lost pursuant to 15 U.S.C. § 1692k.;

D. Grant Plaintiff's **Claim for Undue Hardship Exemption** and Grant Plaintiff's **Request to Stop All Garnishment, Levying, Liquidation**–which has been completely prevented from being heard from all lower courts since its initial filing 04/22/2024 in family court and

by OKDHS CSS' fabricative response filed May 03, 2024 [see paragraph 32 above]

E. "Future damages" per *23 OK Stat § 23-9.3*, meaning damages that are incurred after the date of judgment for:

   a. medical, health care, or custodial care services;

   b. Additional and compounded physical pain and mental anguish, or physical impairment;

   c. continuing of loss of consortium, companionship, or society, or

   d. loss of earnings and loss of potential earnings while being harassed in courts

   e. loss of all future earning potential for the rest of Plaintiff's life

F. Pre-judgment and post-judgment interest, pursuant to State Statute *12 OK Stat § 12-727.1 (2022) Interest on judgments rendered on or after January 1, 2005*, on damages at the statutory annual interest rate, and continuing until judgment from this civil lawsuit;

G. A Summary Judgment drafted by Plaintiff and NOT by Defendants;

H. For Injunctive Relief, both preliminary and permanent, as allowed by law and/or by **supplemental jurisdiction (28 U.S.C. §1367)**, including but not limited to:

   a. ordering offending Defendants to end **harassments** (including unlawful Child-Support Collection practices/efforts via OKDHS CSS; malicious prosecution by Tulsa County for Indirect Contempt of Court charges for child support) and **defamation** of Plaintiff (including but not limited defamation alleging "contempt of court", "not paying child support", "willful violation of court order", "abusive parent with substantiation of abuse" without any evidence and without any witnesses during any trial including jury trial);

   b. Vacate *Child Support Order* of October 14, 2022 and *Order Modifying The Decree of Dissolution of Marriage* of February 20, 2024 that breached previous contracts of

Page 28 out of 33 followed by 9 exhibits

child support finalized in another State and previously upheld by previous judges of Tulsa County Court;

c.  uphold original Child Support Contract of January 2016 in Oregon and upheld in Oklahoma 07/2017 and again in 2019 to comply with judicial estoppel

d.  ordering there shall never be any child support order to be issued against Mother unless Father give Mother back her paid-in-full brand-new-fully-loaded Jeep Wrangler and brand-new fully loaded Baja 18-feet Trailer;

e.  ordering the reversal of Defendant's passport-suspension/revocation and licensures-suspension stemmed from OKDHS CSS' persecutory actions

I.  Attorneys, consultants, paralegals, legal research fees, court costs, and other costs pursuant to 42 U.S.C. §1983, and any other appropriate statute;

J.  Costs of suit incurred herein;

K.  For such other and further relief as the Court deems just and proper.

Linh Tran Stephens, or Stephens:Linh-Tran
Reserving all my rights without prejudice **UCC 1-308**,
In propria persona, sui juris, a natural living woman,
Attorney-in-fact, Agent, Acting as Fiduciary and Beneficiary of LINH TRAN STEPHENS;
11063 S Memorial Dr Ste D #235, Tulsa, OK 74133-7366
Cell # (817) 631-3223; LinhStephens7@gmail.com

**VERIFICATION  12 O.S. 246**

STATE OF <u>OKLAHOMA</u>    )
                          ) *ss*
COUNTY OF <u>TULSA</u>      )

Pursuant to Title 18 USC 1001, I, Linh Tran Stephens, states under the penalty of perjury under state laws that the statements/allegations/pleadings set forth herein are true and correct to the best of my knowledge and belief,

Dated <u>07 MAY 2024</u>

*Linh Stephens* Linh Tran Stephens

**SUBSCRIBED** and sworn to before me this _07_ day of _May_, 20_24_ by _Linh Tran Stephens_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared remotely before me.

STATE OF _MINNESOTA_    )
                        ) ss
COUNTY OF _SHERBURNE_  )

                                        _Melissa K. Vagle_____
                                        **NOTARY PUBLIC**: *Melissa K Vagle*



MELISSA K VAGLE
Notary Public
State of Minnesota
My Commission Expires
January 31, 2028

My commission expires: _01/31/2028_

CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 07, 2024.

*Linh Stephens* Linh Tran Stephens

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 08th day of May, 2024, a true, correct, and exact copy of the above and foregoing instrument was filed face-to-face with Court Clerk at United States District Court Northern District of Oklahoma, 333 W 4th St, Suite 411,Tulsa, OK 74103; previously efiling and In Forma Pauperis (IFP) were approved on 02/01/2024 in another case 23-CV-553-GKF-SH, thus Court Clerk to issue summons and to direct U.S. Marshall to serve on all defendants listed above and copied below.

1. Defendant #1: CHILD SUPPORT SERVICES OF OKLAHOMA DEPARTMENT OF HUMAN SERVICES (CSS of OKDHS), P.O. Box 27068, Tulsa OK 74149,  or Oklahoma Centralized Support Registry, P.O. Box 268849, Oklahoma City, OK 73126; Tel: 405-522-2273; email: OCSS.contact.TulsaEast@okdhs.org
2. Defendant #2: CHARLES SCHWAB AND CO., INC., 3000 Schwab Way, Westlake, TX 76262; Tel: 1800-435-4000; email: TPLPLevy@schwab.com
3. Defendant #3: Cierra Freeman, an individual in her personal capacity, and in official capacity as court-appointed attorney for child support enforcement, Boeheim Freeman Law, 616 S Boston Ave, Suite 307, Tulsa OK 74119; Tel: 918-884-7791; email: cfreeman@boeheimfreeman.com
4. Defendant #4: Mary Johnmeyer, an individual in her personal capacity, and in official capacity as legal counsel of Charles Schwab and Co., Inc.; 3000 Schwab Way, Westlake, TX 76262; Tel: 800-435-4000; email: TPLPLevy@schwab.com
5. Defendant #5: Renee Banks, an individual in her personal capacity, and in official capacity as CSS Director, PO Box 248822, Oklahoma City, OK 73124; Tel: 918-295-3500; email: renee.banks@okdhs.org
6. Defendant #6: Jason Hoenshell, an individual in his personal capacity, and in official capacity as Oklahoma FIDM Coordinator, PO Box 248822, Oklahoma City, OK 73124; Tel: 405-982-1530; email: jason.hoenshell@okdhs.org
7. Defendant #7: Emmalene Stringer, an individual in her personal capacity, and in official capacity as State's Attorney for CSS, 3666 N Peoria Ave, Tulsa, OK 74106, or PO BOX 27068, Tulsa, OK 74149; Tel: 918-295-3500, Fax: 918-430-2364, email: emmalene.stringer@okdhs.org and OCSS.contact.TulsaEast@okdhs.org
8. Defendant #8: DOES #1-10 known but unidentified employees of OKDHS CSS
9. Defendant #9: DOES #11-20 known but unidentified employees of Charles Schwab and Co., Inc.

*/s/ Linh Stephens, or Stephens:Linh-Tran*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

<table>
<tr><td>

1) Linh Tran Stephens, an individual;
    *Plaintiff,*
Vs.

(2) CHILD SUPPORT SERVICES OF
OKLAHOMA DEPARTMENT OF HUMAN
SERVICES (CSS of OKDHS),
*and*
(3) CHARLES SCHWAB AND CO., INC.,
(4) Cierra Freeman, in individual capacity
and official capacity as court-appointed
attorney for child-support enforcement,
(5) Mary Johnmeyer, in individual capacity
and in official capacity as legal counsel of
Charles Schwab,
(6) Renee Banks, in individual capacity
and official capacity as CSS Director,
(7) Jason Hoenshell, in individual capacity
and in official capacity as Oklahoma FIDM
Coordinator,
(8) Emmalene Stringer, in individual
capacity and in official capacity as State's
attorney for CSS,
(9) DOES #1-10 known but unidentified
CSS employees,
(10) DOES #11-20 known but unidentified
Charles Schwab and Co., Inc., employees
    *Defendants.*

</td><td>

Case No.: _____

Judge: _____


**EXPEDITED HEARING REQUESTED**
**JURY TRIAL DEMANDED**


**VERIFIED COMPLAINT FOR DAMAGES,**
**REQUEST FOR INJUNCTION RELIEF, AND**
**CLAIM FOR EXEMPTION TO STOP ALL**
**GARNISHMENT, LEVYING, AND**
**LIQUIDATION**

</td></tr>
</table>

**[PROPOSED] ORDER ON CLAIM FOR EXEMPTION**
**AND ORDER TO DISBURSE**

NOW on this _____ day of _____, 2024, this matter comes on for hearing upon the Plaintiff's Claim for Exemption and Request for Expedited Jury Trial. The Court having reviewed the pleadings, and otherwise being fully advised in the premises **FINDS, ORDERS, ADJUDGES, AND DECREES:**

____ Defendant's claim for exemption is approved. Funds held by the Court Clerk, Plaintiff, or Garnishee are ordered released to Defendant within _____ days of the date of this Order.

____ Defendant's claim for exemption is denied.

____ Defendant's claim for exemption is approved in part. Plaintiff may keep $_____ of

Defendant's funds. Funds over this amount held by the Court Clerk, Plaintiff, or Garnishee are ordered released to Defendant within _____ days of the date of this Order.

_____ The Court orders that Plaintiff may only be allowed to garnish $_____ from each of Defendant's pay periods, for not more than 180 days from the date of filing of the garnishment affidavit.

_____ Plaintiff and Defendant agree and the Court Orders that Defendant shall make payments starting the _____ day of _____, 20_____, in the amount of $_____, continuing every:

- 2 weeks
- Month
- Other _____

    Until the judgment, interest, and all costs allowed by law have been paid in full.

_____ Other _____

    _____

    _____

Dated this _____ day of _____, 20_____.


_____
JUDGE OF U.S. DISTRICT COURT OF
NORTHERN DISTRICT OF OKLAHOMA

Page 33 out of 33 followed by 9 exhibits

# EXHIBIT 01

CSS
3666 N PEORIA AVE
PO BOX 27068
TULSA, OK 74149



State of Oklahoma
Oklahoma Human Services
Child Support Services
oklahoma.gov/okdhs
www.okbenefits.org
(918) 295-3500
FAX: (918) 430-2364
Date of Mailing:
FGN:000948641001



LINH TRAN STEPHENS
11063 S Memorial Dr

Suite D # 235

Tulsa, OK 74133

### Notice of Levy and Right to Administrative Review

Child Support Services (CSS) has levied (frozen) your Financial Institution account(s). This means your Financial Institution must hold the money in your account to pay the past-due support plus interest that you owe.

Your account is frozen because CSS records show that you owe past-due child support equal to at least three months of support. CSS can levy your account even if you have been making regular payments on the past-due support. CSS can levy your account even it is a joint account.

**If you disagree with the levy, you must request a review within 15 days from the date above.** Complete and return the attached form. If you do not request a review in this time period, you give up your right to a review and this notice will become a final agency action.

CSS will review your request when we receive it. We will notify you of the results of the administrative review. If your claim is denied, you will have 20 days to request an administrative hearing.

**Notice to joint account holder:** If you are claiming ownership of the levied funds, you may request an administrative review by completing and returning this form within 15 days of the above-stated date. Any supporting documentation should accompany your request for a review. If you do not request a review, you give up your rights to a review.

1

FGN: 000948641001

LINH TRAN STEPHENS
Date of Mailing:



### Request for Administrative Review of Bank Levy

***If you disagree with this levy, you have 15 days from the date of mailing to return this form**. You may return this form by email, fax, or mail to the office listed below. Your request for a review must be made in writing.* **CSS will not review the action over the telephone.** Return this form to CSS at the address below if you believe that:

- you are not the person ordered to pay support in this case;
- you do not owe three months of past-due child support;
- the amount taken by the levy is more than you owe; or
- any reason that would legally justify release of the levy.

We may need additional information from you. Please tell us how to contact you:

| Name | Social Security Number |
|---|---|
| Street Address | Phone |
| City        State   Zip | Work Phone |

☐ The amount of past-due support I owe is $ _____ (attach documents, including payment receipts, in support of your claim); or

☐ The seized funds should not be levied because they do not belong to me. (Explain your claim below and attach paperwork to help prove your claim, such as bank statements, conservator papers, trust papers or other proof that the money does not belong to you.)

Explain: _____

Other: _____
_____
_____
_____

Return To: CSS
3666 N PEORIA AVE
PO BOX 27068
TULSA, OK 74149

(918) 295-3500
FAX: (918) 430-2364
OCSS.CONTACT.TULSAEAST@OKDHS.ORG

2

CSF02 v9          U82539/TUE          Pkg 2024040908075700-001



State of Oklahoma
Oklahoma Human Services
Child Support Services
oklahoma.gov/okdhs
www.okbenefits.org
(918) 295-3500
FAX: (918) 430-2364
FGN: 000948641001
Date of Mailing:



### Notice of Levy
### 56 O.S. §§240.22 through 240.22G
### Obligor Copy

---

To:  Charles Schwab & Co., Inc.
9800 Schwab Way

Lone Tree, CO 80124

**Obligor's Name:**
LINH TRAN STEPHENS

**FGN:** 000948641001
**SSN:** ▉▉▉▉▉5094

**Amount of Levy:** $ 64,445.92

(This amount may not include all delinquent support owed and/or interest owed as of the date this levy is paid.)

### Account Numbers

---

All accounts associated with the above named person, including but not limited to, the following accounts: ▉▉▉2605.

You are notified that all property, rights to property, monies, and credits belonging to the obligor, or for which you are obligated to the obligor, and currently in your possession are levied in the amount listed above. **This levy attaches to the following types of accounts and funds of the obligor: a demand deposit account; checking or negotiable withdrawal order account; savings account; individual retirement account (IRA); time deposit account; money market mutual fund account or brokerage accounts; public and private retirement funds, including any retirement plan benefiting self-employed individuals; union retirement fund; railroad retirement; and any other type of account or retirement plan.**

3

CSF02 v9          U82539/TUE     Pkg 2024040908075700-001

# EXHIBIT 02



From: Linh Tran Stephens, 8214 E 111TH PL S Unit 100, Bixby, OK 74008-2452, FD-2015-2228
To:     CSS DEPARTMENT OF HUMAN SERVICES STATE OF OKLAHOMA (3666 N Peoria Ave)
         PO Box 27068, Tulsa, OK 74149; OCSS.CONTACT.TULSAEAST@okdhs.org ,
         renee.banks@okdhs.org ; Fax: 918-430-2364; CC: see certificate of service below

### DEMAND FOR JUSTICE AND <u>ADMINISTRATIVE REVIEW</u> RE: <u>BANK LEVY AND CHILD-SUPPORT AMOUNT</u>; DEMAND TO CEASE AND DESIST;

<u>RE</u>: Letter of Notice of Levy and Right to Administrative Review received on Friday, 04/19/2024 in mailbox, whose footnote referenced "CSF02 v9        U82539/TUE    Pkg 20240409080757ou/dou"
<u>Dated: April 21, 2024</u>

To Whom This May Concern,

Today, April 21, 2024, is two calendar days from the date "**The Letter**" (*Notice of Levy and Right to Administrative Review*) was received by this individual named Linh Tran Stephens. I **disagree with the levy and with the alleged child support amount $64,445.92, and therefore demand a thorough, complete, and honest review** within 15 days from the date above in front of a NONspecial judge and in common law courts since alleged child support amount is larger than $10,000 amount (forbade by *O.S. §20-123 Jurisdiction of special judges*) and since I have been objecting to having a special judge for my case pursuant to *O.S. § 20-124*.

It is to my belief and information that the Oklahoma child support order and demand for payment is a rush to judgment into a default judgment, and both are a violation of my constitutionally protected rights. **Please validate this alleged claim against me by having it signed by a man or woman and notarized under a penalty of perjury** and send the sealed original to me.

I refuse to contract with the State, DHS, any of its agencies. By completing and returning the attached protesting/refuting form per your instruction in "The Letter", it does NOT mean that I am contracting nor having any implied contracts in any shape or form with any of the aforementioned. Any past alleged contracts between us were fraudulent because of your actions and omissions; they were without my consent, without my knowledge, and definitely without informing me nor providing any due-process to me, while you guys deprived my substantive rights, constitutional rights, unalienable rights, etc. AGAIN, I am NOT agreeing to, have NOT agreed to, and will NEVER agree to have any contract with OKDHS or any of its entities/agencies/corporations or its personnel. I have NEVER approved any violation or waiver of rights against me or against my daughter–**any lawyers, any DHS employee, any transcript, or any documents saying otherwise is fraudulent, fake, altered, likely photoshopped, or done without my expressed written notarized consent.** "Implied consent" WITHOUT being fully informed, served, court-reporter-recorded, notarized, signed is NOT consent. Signing under threats, duress, misinformation also is NOT consent.

There are an **active appeals (DF-120849 and DF-122022 in Oklahoma Supreme Court)** against these unlawful child-support orders (my parental rights are protected by the U.S. Constitution and must NOT be infringed upon, and my divorce/custody does NOT meet any SSA title iv criteria), therefore **OKDHS CSS who is NOT above the law must cease and desist** from enforcing unlawful and erroneous orders, especially when there are active <u>appeals</u> in higher courts. **Attorney General Drummond said**, "*The Legislature is vested with policymaking authority. I will not allow any state agency, board or commission to usurp the Legislature's rightful role, even if they have the best of intentions.*"

My inability to pay and undue hardship are irrefutable as well. I did NOT agree to pay child support despite my personal circumstances–that makes the child support order unconstitutional, especially for an unlawful and malicious order that inflated/fabricated numbers against my *actual*

From: Linh Tran Stephens, 8214 E 111TH PL S Unit 100, Bixby, OK 74008-2452; <u>FD-2015-2228</u>
To:    CSS DEPARTMENT OF HUMAN SERVICES STATE OF OKLAHOMA (3666 N Peoria Ave)
       <u>PO Box 27068, Tulsa, OK 74149;</u> OCSS.CONTACT.TULSAEAST@okdhs.org ,
       renee.banks@okdhs.org ; Fax: 918-430-2364; <u>CC</u>: see certificate of service below

### DEMAND FOR JUSTICE AND <u>ADMINISTRATIVE REVIEW</u> RE: <u>BANK LEVY AND CHILD-SUPPORT AMOUNT</u>; DEMAND TO CEASE AND DESIST;

<u>RE</u>: Letter of Notice of Levy and Right to Administrative Review received on Friday, 04/19/2024 in mailbox, whose footnote referenced "CSF02 v9       U82539/TUE   Pkg 2024040908075700-001"
<u>Dated: April 21, 2024</u>
To Whom This May Concern,

Today, April 21, 2024, is two calendar days from the date "**The Letter**" (*Notice of Levy and Right to Administrative Review*) was received by this individual named Linh Tran Stephens. **I disagree with the levy and with the alleged child support amount $64,445.92, and therefore demand a thorough, complete, and honest review** within 15 days from the date above in front of a NONspecial judge and in common law courts since alleged child support amount is larger than $10,000 amount (forbade by *O.S. §20-123 Jurisdiction of special judges*) and since I have been objecting to having a special judge for my case pursuant to *O.S. § 20-124*.

It is to my belief and information that the Oklahoma child support order and demand for payment is a rush to judgment into a default judgment, and both are a violation of my constitutionally protected rights. **Please validate this alleged claim against me by having it signed by a man or woman and notarized under a penalty of perjury** and send the sealed original to me.

I refuse to contract with the State, DHS, any of its agencies. By completing and returning the attached protesting/refuting form per your instruction in "The Letter", it does NOT mean that I am contracting nor having any implied contracts in any shape or form with any of the aforementioned. Any past alleged contracts between us were fraudulent because of your actions and omissions; they were without my consent, without my knowledge, and definitely without informing me nor providing any due-process to me, while you guys deprived my substantive rights, constitutional rights, unalienable rights, etc. AGAIN, I am NOT agreeing to, have NOT agreed to, and will NEVER agree to have any contract with OKDHS or any of its entities/agencies/corporations or its personnel. I have NEVER approved any violation or waiver of rights against me or against my daughter–**any lawyers, any DHS employee, any transcript, or any documents saying otherwise is fraudulent, fake, altered, likely photoshopped, or done without my expressed written notarized consent.** "Implied consent" WITHOUT being fully informed, served, court-reporter-recorded, notarized, signed is NOT consent. Signing under threats, duress, misinformation also is NOT consent.

There are an **active appeals (DF-120849 and DF-122022** in Oklahoma Supreme Court)** against these unlawful child-support orders (my parental rights are protected by the U.S. Constitution and must NOT be infringed upon, and my divorce/custody does NOT meet any SSA title iv criteria), therefore **OKDHS CSS who is NOT above the law must cease and desist** from enforcing unlawful and erroneous orders, especially when there are active appeals in higher courts. **Attorney General Drummond said,** "*The Legislature is vested with policymaking authority. I will not allow any state agency, board or commission to usurp the Legislature's rightful role, even if they have the best of intentions.*"

My inability to pay and undue hardship are irrefutable as well. I did NOT agree to pay child support despite my personal circumstances–that makes the child support order unconstitutional, especially for an unlawful and malicious order that inflated/fabricated numbers against my *actual*

income while deflated against his actual income, actual numbers in tax documents (most updated one 2023 in *attached **Exhibits***) and in *actual* accountant's records, and judicial estoppel violation of STANDING finalized divorce/custody/child-support decree/order/judgment of 2016 ("Jeep and Trailer in lieu of child support") which I NEVER agreed to be modified without fair compensation/offsets/ returns of properties, without fair second-accord-and-satisfaction, without proven me abusive to deserve less than 50/50 custody, without proven alleged title IV services was provided at all to my case to me the indigent mother, the alleged obligor, being unjustly ordered to enrich the already rich father whose custody should be taken away as his previous children ALL spoke against him per OKDHS records except 1 out of 7 (Alexis) who never lived with father (only lived with paternal grandmother). I was deemed indigent and *affirmed* indigent (after overruling ex-husband's Objection-Motion of Mother's In Forma Pauperis) by *superior* Court Order of <u>Oklahoma Supreme Court case No. **DF - 120849**</u> on <u>01/23/2023</u> on page 2 (*attached **Exhibits***), and *affirmed again* indigent by <u>U.S. District Court Northern District of Oklahoma, case No. **23-CV-553-GKF-SH**</u> on <u>02/01/2024</u> (see its Federal Court Order open to the public and *attached **Exhibits***), and by <u>David L. Moss Criminal Justice Center</u>, inmate ID # **DLM # 1282383** on <u>03/07/2024</u> (their 30-day mark for decision regarding indigent-status for inmates), as I have *received Indigent Supplies while in jail there*–**time served** as I *cannot* bond myself out either due to being indigent! Remember also, the sole custody order by Adam Sylvester Stephens SR was obtained by fraud-upon-the-court (without due process, without substantive rights, violating my unalienable rights), his witness **Bridget O'brien** who disqualified herself being a felon for hurting children (**Bridget Menser is her maiden name, is a felon for hurting children per CF-1999-2911**) and she was also impeached by evidence and NEVER showed up for final trial of 02/2024, thereby father lost his case but Judge April Seibert abused her discretions and took custody away from good/fit/loving mother like me, thus violating my equal protection rights, substantive rights, civil rights, etc.

　　**If ignoring my demand for justice & administrative review and if NOT providing a hearing within 15 days from the date of this letter, your OKDHS Department and each employee in your individual capacity and everyone above you in the State are automatically consented** that you all have been willfully harming this individual Linh Tran Stephens, violating all my rights under colors of law, and you have been willfully committing frauds via complicit or omission or accomplice, failure to protect me and my daughter, failure of fiduciary duties, failure to **supervise**, violating **15 U.S.C. 1673(a)**, actively participating in breach-of-contract against original child-support contract/decree/judgment/court-order signed by a judge in Oregon State in January 2016 and was upheld/signed again on 07/11/2016 by Oklahoma Judge, etc.

　　Your harassment and malicious persecutions via phone calls, mails, collection methods, hurting my credit score reports, <u>levying ('frozen') my banks</u>, <u>telling U.S Passport Department to take away my U.S. Passports robbing me of freedom</u>, <u>putting me in jail in David L. Moss Criminal Justice Center for debtor-imprisonment (unconstitutional and cruel/unusual punishment)</u>, <u>rendering my work license useless as no one will hire a wrongfully-substantiated child-abuser ever</u>, etc., must CEASE AND DESIST and return JUSTICE TO ME, else you are WILLFULLY committing crimes against me, liability of severe harm, emotional/physical distress/torment against me!

　　I also demand that you mail me the **Oath of Office**, **Public Official Bond Certificate** and its monetary amount (*74 O.S. § 85.29 Schedule of Amounts of Surety Required*), or the equivalent **Errors and Omissions and Malpractice Insurance** (if you are an attorney or judge) of <u>all</u> DHS employees/supervisors/attorneys that touched my case. ANY deprivation of any of my rights MUST CEASE AND DESIST IMMEDIATELY ELSE FACE LIABILITY FOR YOU, THE COUNTY, AND THE

STATE. I trust that you don't want to be criminally charged for frauds against the federal government via SSA title IV-D nor wanting to face qui-tam lawsuits among other civil rights lawsuits.

Sincerely,

*Linh Stephens*

Linh Tran Stephens, or Stephens:Linh-Tran
Reserving all my rights without prejudice/recourse **UCC 1-308**,
In propria persona, sui juris, a natural living woman,
Attorney-in-fact, Agent, Acting as Fiduciary of LINH TRAN STEPHENS [POA in County Recorder],
Mailing address: 11063 S Memorial Dr, Ste D #235, Tulsa, Oklahoma 74133
LinhStephens7@gmail.com
**VERIFICATION 12 O.S. 246**
STATE OF OKLAHOMA          )
                          ) ss
COUNTY OF TULSA           )
I, Linh Stephens, swear under the penalty of perjury under the penalty of perjury under state laws that the statements/allegations/pleadings set forth therein are true and correct to the best of my knowledge/belief,
Signed 21st day of April, 2024, in Tulsa County, Oklahoma,

*Linh Stephens*  Linh Stephens

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 21st day of April, 2024, a true, correct, and exact copy of the above and foregoing instrument was
filed into FD-2015-2228 for records/review purposes, mailed, faxed, and emailed to:
(1) OKDHS CSS, PO Box 27068, Tulsa, OK 74149, renee.banks@okdhs.org,
OCSS.CONTACT.TULSAEAST@okdhs.org , fax 918-430-2364; and additionally:
(2) Oklahoma Child Support Services Attn: Center for Customer Services, Capitol Station, Box 53552, Oklahoma City OK 73152;
(3) CWS Appeals Unit Oklahoma Department of Human Services, P.O. Box 25352, Oklahoma City, OK 73125 CWS.appeals@okdhs.org;
(4) Oklahoma Commission on Children and Youth (OCCY), 2915 N Classen Blvd #300, Oklahoma City, OK 73106,
(5) Oklahoma Attorney General Drummond, 313 NE 21st Street, Oklahoma City, OK 73105
(6) Tulsa County District Court, District Judge **Dawn Moody** Presiding Judge, 500 S Denver Ave, Tulsa OK 74103
(7) Tulsa Grand Jury, 15 W 6th St Ste 1000, Tulsa, OK 74119
(8) Tulsa County Clerk's Office, 218 W. 6th St., 7th Floor, Tulsa, OK 74119
(9) Tulsa County County Commissioners, 218 W. 6th St., 7th Floor, Tulsa, OK 74119

*Linh Stephens* Linh Stephens

Case 4:24-cv-00216-JDR-CDL    Document 2 Filed in USDC ND/OK on 05/08/24    Page 44 of 90

ORIGINAL

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

| | | FILED |
|---|---|---|
| IN RE THE MARRIAGE OF: | ) | SUPREME COURT |
| LINH TRAN STEPHENS, | ) | STATE OF OKLAHOMA |
| | ) | |
| Appellant, | ) | JAN 23 2023 |
| | ) | JOHN D. HADDEN |
| v. | ) | CLERK |
| | ) | No. 120,849 |
| ADAM SYLVESTER STEPHENS, | ) | |
| | ) | |
| Appellee. | ) | |

| Rec'd (date) | 1-23-23 |
|---|---|
| Posted | |
| Mailed | |
| Distrib | |
| Publish ____ yes _X_ no | |

ORDER

Appellee's Motion to Dismiss Appeal for lack of an appealable order is granted in part, and denied in part. 12 O.S. 2021, §§ 952 & 953.

The motion to dismiss is granted as to the October 17, 2022 order awarding temporary child support in accordance with the temporary custody order and the October 31, 2022 order denying Appellant's objection and motion to recalculate. Such orders are interlocutory and not immediately appealable. *S.W. v. Duncan,* 2001 OK 39, ¶ 11, 24 P.3d 846. Moreover, the orders do not fall into any of the statutory or rule-based categories of orders appealable by right. *See* 12 O.S. 2021, §§ 952(b)(2), 993(A), and Rule 1.60, *Oklahoma Supreme Court Rules,* Tit. 12, ch. 15, App. 1. *See also Kantor v. Kantor,* 1994 OK 132, ¶ 2, 886 P.2d 480.

**More unlawful Order by lower court for RECORDS TO BE SEALED (01-17-2023)**

To the extent Appellant challenges the November 2, 2022 order sealing records, Appellee's motion to dismiss is denied. The order sealing records is the functional equivalent of an injunction, therefore the appeal of this order shall proceed

as an appeal from an order appealable by right. *Collier v. Reese,* 2009 OK 86, ¶ 11, 222 P.3d 966. *See* Rule 1.60(c), *Oklahoma Supreme Court Rules,* Tit. 12, ch. 15, App. 1.

Appellant will have the opportunity to seek review of the October 17, 2022 and October 31, 2022 orders upon a final adjudication of the parties' motions to modify custody filed in the district court case. Appellee's Objection to Appellant's Pauper's *Mother = Appellant* Affidavit is denied.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 23RD DAY OF JANUARY, 2023.

_____
CHIEF JUSTICE

ALL JUSTICES CONCUR

-2-

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

LINH TRAN STEPHENS,

　　　　　　Plaintiff,

v.

APRIL SEIBERT,
GIL PILKINGTON, JR., and
ADAM SYLVESTER STEPHENS,

　　　　　　Defendants.

Case No. 23-CV-553-GKF-SH

## ORDER

Before the court is the Motion for Leave to Proceed *in Forma Pauperis* and Supporting Affidavit [Doc. 4] of plaintiff Linh Tran Stephens. She states that her monthly gross pay is less than $0.00, she received a $200.00 gift within the past twelve months, she has $0.00 in her checking account and $20.00 in cash, and that her total monthly expenses equal $3,270.00. [*Id.*]. Having reviewed the affidavit, the court finds that plaintiff is entitled to proceed without full prepayment of the $350.00 filing fee and $52.00 administrative fee. Plaintiff's motion [Doc. 4] is therefore granted.

Plaintiff is advised that the court shall dismiss all or part of the Complaint if it is determined that (A) the allegation of poverty is untrue; or (B) that the action: (1) is frivolous or malicious, (2) fails to state a claim on which relief can be granted, or (3) seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2).

IT IS THEREFORE ORDERED that plaintiff's Motion for Leave to File In Forma Pauperis [Doc. 4], is granted.

Form **1040** Department of the Treasury-Internal Revenue Service
**U.S. Individual Income Tax Return** **2023** OMB No. 1545-0074 IRS Use Only-Do not write or staple in this space.

| For the year Jan. 1–Dec. 31, 2023, or other tax year beginning | , 2023, ending | See separate instructions. |
|---|---|---|

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Linh T | Stephens | XXX-XX-XXXX |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| | | XXX-XX-XXXX |

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.

**8214 E 111th PL S Unit 100**

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| Bixby | OK | 74008-2452 |

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You   ☐ Spouse

**Filing Status**
Check only one box.
☐ Single
☐ Married filing jointly (even if only one had income)
☒ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: X▨▨▨▨ H▨

**Digital Assets**
At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)   ☐ Yes   ☒ No

**Standard Deduction**
Someone can claim:   ☐ You as a dependent   ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness   You:** ☐ Were born before January 2, 1959   ☐ Are blind   **Spouse:** ☐ Was born before January 2, 1959   ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here .. ☐

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions)    1i | | |
| z | Add lines 1a through 1h | 1z | |

| 2a | Tax-exempt interest .... | 2a | | b | Taxable interest ......... | 2b | |
|---|---|---|---|---|---|---|---|
| 3a | Qualified dividends .... | 3a | | b | Ordinary dividends ....... | 3b | |
| 4a | IRA distributions ...... | 4a | | b | Taxable amount ......... | 4b | |
| 5a | Pensions and annuities ... | 5a | | b | Taxable amount ......... | 5b | |
| 6a | Social security benefits ... | 6a | | b | Taxable amount ......... | 6b | |

**Standard Deduction for—**
● Single or Married filing separately, $13,850
● Married filing jointly or Qualifying surviving spouse, $27,700
● Head of household, $20,800
● If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| c | If you elect to use the lump-sum election method, check here (see instructions)   ☐ | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | |
| 8 | Additional income from Schedule 1, line 10 | 8 | (11,948) |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | (11,948) |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | (11,948) |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 | 13,850 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 13,850 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 0 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**   Form **1040** (2023)
EEA

FGN: 000948641001



LINH TRAN STEPHENS
Date of Mailing:

## Request for Administrative Review of Bank Levy

**If you disagree with this levy, you have 15 days from the date of mailing to return this form**. You may return this form by email, fax, or mail to the office listed below. Your request for a review must be made in writing. **CSS will not review the action over the telephone.**
Return this form to CSS at the address below if you believe that:
- you are not the person ordered to pay support in this case;
- you do not owe three months of past-due child support;
- the amount taken by the levy is more than you owe; or
- any reason that would legally justify release of the levy.

We may need additional information from you. Please tell us how to contact you:

| | |
|---|---|
| **Linh Tran Stephens** | **x5094** |
| Name | Social Security Number |
| **8214 E 111th PL S Unit 100** | **817-631-3223 (cell)** |
| Street Address | Phone |
| **Bixby,**  **OK**  **74008-2452** | N/A |
| City  State  Zip | Work Phone |

**X** The amount of past-due support I owe is $ 0.00 (zero) _____ (attach documents, including payment receipts, in support of your claim); or

☐ The seized funds should not be levied because they do not belong to me. (Explain your claim below and attach paperwork to help prove your claim, such as bank statements, conservator papers, trust papers or other proof that the money does not belong to you.)

Explain: child support orders were unlawful, abuse of discretions where discretions not allowed, imputed income without just cause failing laws for imputation; without proper jurisdiction; without equal protection rights, and malicious, ignoring actual incomes and tax paperwork; SEE ATTACHED LETTER dated 04/21/2024 "DEMAND FOR JUSTICE AND ADMINISTRATIVE REVIEW RE: LEVYING BANKS AND CURRENT CHILD SUPPORT AMOUNT; DEMAND TO CEASE AND DESIST" for actual extensive details. I am deemed indigent by superior courts of Oklahoma Supreme Court, Federal Court Northern District of Oklahoma, also by David L Moss Criminal Justice Center; I met undue hardship exemption criteria; my tax returns since 2021 including 2023 were all below poverty line and mostly below zero dollars. It is to my belief and information that the Oklahoma child support order and demand for payment is a rush to judgment into a default judgment, and both are a violation of my constitutionally protected rights.  Please validate this alleged claim against me by having it signed by a man or woman and notarized under a penalty of perjury and send the sealed original to me.

Return To: CSS
   3666 N PEORIA AVE
   PO BOX 27068
   TULSA, OK 74149

   (918) 295-3500
FAX: (918) 430-2364
   OCSS.CONTACT.TULSAEAST@OKDHS.ORG

2

CSF02 v9      U82539/TUE    Pkg 2024040908075700-001

# EXHIBIT 03



**OKLAHOMA DEPARTMENT OF HUMAN SERVICES**
**OKLAHOMA CHILD SUPPORT SERVICES**
**Center for Coordinated Programs**
P.O. Box 248822
Oklahoma City, OK 73124
Customer Assistance: 1-800-522-2922
FAX (405)-522-4570

_www.okdhs.org_



April 9, 2024

Mary Johnmeyer
Charles Schwab and Co., Inc.
Legal Services
3000 Schwab Way
Westlake TX 73136

Re: Obligor Linh Stephens, Oklahoma case number 948641001, Charles Schwab
account number ███2605.

Dear Ms. Johnmeyer

Please liquidate assets belonging to Mrs. Stephens to satisfy our financial institution
levy action.  Please begin by liquidating the assets found in account number ███2605
in alphabetical order until Mrs Stephens' child support obligation has been met or until
no funds are available.

Thank you for your assistance with this matter.

If you have any questions you may contact me at (405) 982-1530.

Sincerely,

Jason Hoenshell
Oklahoma FIDM Coordinator
PO Box 248822
Oklahoma City OK 73124



# EXHIBIT 04

CSS
3666 N PEORIA AVE
PO BOX 27068
TULSA, OK 74149

State of Oklahoma
Oklahoma Human Services
Child Support Services
oklahoma.gov/okdhs
www.okbenefits.org
(918) 295-3500
FAX: (918) 430-2364

Date of Mailing: 04/24/24
FGN: 000948641001

TO:  LINH TRAN STEPHENS

### Notice of Administrative Review Decision - Levy

Child Support Services (CSS) has reviewed the levy of your account(s). The following decision was made:

☒ **No change is necessary. The levy will remain in effect.**

☐ **The levy is released in full.**

☐ **The levy is partially released. The levy will remain in effect for $_____.**

Even if the levy is released, you still owe any unpaid child support. CSS may levy your account in the future as long as you owe child support or interest.

**If you do not agree with this decision, you must make a written request for a hearing to the child support office indicated below within twenty (20) days of the date of this notice.**

The request  for a hearing may be submitted by email, fax, or mail to the office listed below. If you fail to request a hearing within 20 days, you waive your right to a hearing and this decision shall stand as the final agency determination.

*Emmalene Stringer*
EMMALENE STRINGER
OBA No. 31690
State's Attorney
OKDHS, CSS
CSS
3666 N PEORIA AVE
PO BOX 27068
TULSA, OK 74149
(918) 295-3500
Fax: (918) 430-2364
OCSS.CONTACT.TULSAEAST@OKDHS.ORG

CSF08 v8          U82539/TUE      Pkg 2024042408062805-001

# EXHIBIT 05

DocuSign Envelope ID: 5444D78C-558F-48D1-8677-F5AEF454656E



**GWY.D DꙄP**
## CHEROKEE NATION®
P.O. Box 948 • Tahlequah, OK 74465-0948
918-453-5000 • www.cherokee.org

Office of the Chief

**Chuck Hoskin Jr.**
*Principal Chief*

**Bryan Warner**
*Deputy Principal Chief*

August 12, 2020

Linh Stephens

Tulsa, OK ▓▓▓▓

Dr. Stephens,

This letter is to provide notice that Cherokee Nation will not renew your agreement at the end of the term. Article VII, Section A. and Article VIII, Section B. allows for non-renewal at the end of the term of the agreement by 30 days notice. The end of the term of your agreement is September 30, 2020. Effective August 13, 2020 you will be placed on administrative leave through September 30, 2020. You will continue to receive any compensation due to you according to your agreement through the end of the term. Your remaining annual leave balance on September 30, 2020 will be paid to you after the term of your agreement. We appreciate your time and contribution to Cherokee Nation Health Services.

Sincerely,

DocuSigned by:
*R. Stephen Jones DDS*
FD020D4B7D48440

R. Stephen Jones
Executive Director
Cherokee Nation Health Services

cc:     file

EXHIBIT #18
Page 1 of 1

From: Lincoln Financial Corporation DoNotReply@lfg.com
Subject: Online Lincoln Retirement Statements Available
Date: Jul 7, 2020 at 21:36:23
To: linhstephens7@gmail.com

Click here

?

Your quarterly retirement plan statement is now available.

**LOG IN NOW**

Keeping track of your account balance can help make sure you're on the path to the retirement you envision.

Log in to LincolnFinancial.com/Retirement today to check your account progress. Complete these steps for each plan:

• Select **View Statements**.
• Select a quarterly statement from the list.

Are you saving enough for retirement?
Log in and use the retirement income estimator to see if you're on track to reach your goals.

View our annual privacy notice

To view our current privacy notice, visit LincolnFinancial.com/Privacy and select **Online privacy policy.**

**Please note:** Because you elected to receive statements through eDelivery, you won't receive a

From: Cherokee Tehee cherokee-tehee@cherokee.org
Subject: RE: <EXTERNAL>  Re: Linh Stephens 401k
Date: Oct 7, 2020 at 09:38:20
To: Linh Stephens linhstephens7@gmail.com

Hello Linh!
We have sent it to Lincoln Financial.  You will need to contact Lincoln Financial 1 800 234 3500
Thank You! Have a Great Day!

**From:** Linh Stephens <linhstephens7@gmail.com>
**Sent:** Tuesday, October 6, 2020 7:41 PM
**To:** Cherokee Tehee <cherokee-tehee@cherokee.org>
**Cc:** Husband X███████n H██████████████████
**Subject:** <EXTERNAL> Re: Linh Stephens 401k

I'm checking on the status of my CN 401k to "rollover IRA" in Charles Schwab because the money still hasn't transferred yet.

Thank you.

On Sep 28, 2020, at 17:11, H█, X████████████████████████ wrote:

For clarification, please proceed with sending all of Linh's 401k money from Linhcoln Financial over to Schwab 401k rollover IRA. The only part that I took care of was changing Linh's contribution to 0% for her last pay check.

12/3/21, 10:56 AM    Payment Information

 **OKLAHOMA**
w w w . o k . g o v

**Oklahoma Employment Security Commission**

Payment Information

ClaimID:595792791    Page:P5.7

| Week-date-end | Amount Paid | | Amount Deductible | | Total Weekly Benefits |
|---|---|---|---|---|---|
| 6/26/2021 | 274.00 | + | 380.00 | = | 654.00 |
| 6/19/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 6/12/2021 | 291.00 | + | 548.00 | = | 839.00 |
| 6/5/2021 | 561.00 | + | 278.00 | = | 839.00 |
| 5/29/2021 | 0 | + | 0 | = | 0 |
| 5/22/2021 | 421.00 | + | 418.00 | = | 839.00 |
| 5/15/2021 | 0 | + | 0 | = | 0 |
| 5/8/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 5/1/2021 | 448.00 | + | 391.00 | = | 839.00 |
| 4/24/2021 | 556.00 | + | 283.00 | = | 839.00 |
| 4/17/2021 | 387.00 | + | 452.00 | = | 839.00 |
| 4/10/2021 | 558.00 | + | 281.00 | = | 839.00 |
| 4/3/2021 | 338.00 | + | 501.00 | = | 839.00 |
| 3/27/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 3/20/2021 | 0 | + | 0 | = | 0 |
| 3/13/2021 | 462.00 | + | 377.00 | = | 839.00 |
| 3/6/2021 | 394.00 | + | 445.00 | = | 839.00 |
| 2/27/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 2/20/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 2/13/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 2/6/2021 | 326.00 | + | 513.00 | = | 839.00 |
| 1/30/2021 | 0 | + | 0 | = | 0 |
| 1/23/2021 | 300.00 | + | 539.00 | = | 839.00 |
| 1/16/2021 | 431.00 | + | 408.00 | = | 839.00 |
| 1/9/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 1/2/2021 | 543.00 | + | 296.00 | = | 839.00 |
| 12/26/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 12/19/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 12/12/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 12/5/2020 | 282.00 | + | 257.00 | = | 539.00 |
| 11/28/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 11/21/2020 | 164.00 | + | 375.00 | = | 539.00 |
| 11/14/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 11/7/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 10/31/2020 | 184.00 | + | 355.00 | = | 539.00 |
| 10/24/2020 | 144.00 | + | 395.00 | = | 539.00 |
| 10/17/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 10/10/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 10/3/2020 | 0 | + | 0 | = | 0 |

Return to Menu    Return to Previous Page



Form **1040** Department of the Treasury-Internal Revenue Service
**U.S. Individual Income Tax Return** **2022**    OMB No. 1545-0074    IRS Use Only-Do not write or staple in this space.

**Filing Status**
Check only one box.

☐ Single  ☐ Married filing jointly  ☒ Married filing separately (MFS)  ☐ Head of household (HOH)  ☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: X███ H█

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Linh T | Stephens | XXX–XX–5094 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| | | XXX–XX–████ |

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.

8214 E 111th PL S Unit 100

City, town, or post office. If you have a foreign address, also complete spaces below.    State    ZIP code

Bixby    OK    74008-2452

Foreign country name    Foreign province/state/county    Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.

☐ You  ☐ Spouse

**Digital Assets**
At any time during 2022, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, gift, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)    ☐ Yes  ☒ No

**Standard Deduction**
Someone can claim:  ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You: ☐ Were born before January 2, 1958  ☐ Are blind    **Spouse:** ☐ Was born before January 2, 1958  ☐ Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

If more than four dependents, see instructions and check here ☐

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions)    1i | | |
| z | Add lines 1a through 1h | 1z | |
| 2a | Tax-exempt interest    2a      b Taxable interest | 2b | 1 |
| 3a | Qualified dividends    3a    13    b Ordinary dividends | 3b | 13 |
| 4a | IRA distributions    4a      b Taxable amount | 4b | |
| 5a | Pensions and annuities    5a      b Taxable amount | 5b | |
| 6a | Social security benefits    6a      b Taxable amount | 6b | |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | 3,496 |
| 8 | Other income from Schedule 1, line 10 | 8 | (15,673) |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | (12,163) |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | (12,163) |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 | 12,950 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 12,950 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 0 |

**Standard Deduction for-**
- Single or Married filing separately, $12,950
- Married filing jointly or Qualifying surviving spouse, $25,900
- Head of household, $19,400
- If you checked any box under *Standard Deduction,* see instructions.

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**
EEA

Form **1040** (2022)

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Go to *www.irs.gov/ScheduleC* for instructions and the latest information. Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065. | **2022** Attachment Sequence No. **09** |

| Name of proprietor | Social security number (SSN) |
|---|---|
| Linh T Stephens | XXX-XX-5094 |

**A** Principal business or profession, including product or service (see instructions)
Medical Office

**B** Enter code from instructions
621111

**C** Business name. If no separate business name, leave blank.
Peace Joy Clinic PLLC

**D** Employer ID number (EIN) (see instr.)
85-3690068

**E** Business address (including suite or room no.) ▶ 8214 E 111th PL S Untie 100
City, town or post office, state, and ZIP code ▶ Bixby, OK 74008-2452

**F** Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) _____

**G** Did you "materially participate" in the operation of this business during 2022? If "No," see instructions for limit on losses . . . . . [X] Yes [ ] No

**H** If you started or acquired this business during 2022, check here . . . . . . . . . . . . . . . . . . . . ▶ [ ]

**I** Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions . . . . . . . . . . . . . . . [ ] Yes [X] No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . [ ] Yes [ ] No

## Part I   Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . . . . . ▶ [ ] | 1 | 8,485 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 0 |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 8,485 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . | 5 | 8,485 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 7 | 8,485 |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---:|---|---|---|---:|
| 8 | Advertising . . . . . . . . | 8 | 5,033 | 18 | Office expense (see instructions) . . | 18 | |
| 9 | Car and truck expenses (see instructions) . . . . . . | 9 | | 19 | Pension and profit-sharing plans . . | 19 | |
| 10 | Commissions and fees . . . | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment . . | 20a | |
| 12 | Depletion . . . . . . . . . | 12 | | b | Other business property . . . . . | 20b | 6,000 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . . . | 13 | | 21 | Repairs and maintenance . . . . . | 21 | |
| | | | | 22 | Supplies (not included in Part III) . . | 22 | 8,521 |
| | | | | 23 | Taxes and licenses . . . . . . . . | 23 | 465 |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) . . . | 14 | | a | Travel . . . . . . . . . . . . . | 24a | |
| 15 | Insurance (other than health) | 15 | 2,827 | b | Deductible meals (see instructions) . . . . . . . . . . | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . . . . . . | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) . . | 26 | |
| b | Other . . . . . . . . . | 16b | | 27a | Other expenses (from line 48) . . . | 27a | 2,363 |
| 17 | Legal and professional services | 17 | 380 | b | **Reserved for future use** . . . . . | 27b | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . . . . . . . | | | | | 28 | 25,589 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . | | | | | 29 | (17,104) |

| | | | |
|---|---|---|---:|
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. **Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . . . | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | ▶ | 31 | (17,104) |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | ▶ | 32a [X] All investment is at risk. 32b [ ] Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see the separate instructions.**        Schedule C (Form 1040) 2022

EEA

Client Copy

Schedule C (Form 1040) 2022      **Medical Office 621111**                         Page **2**

| Name(s) | SSN |
|---|---|
| Linh T Stephens | XXX-XX-5094 |

**Part III**   **Cost of Goods Sold** (see instructions)

33   Method(s) used to value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

| | | |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation. . . . . . | 35 |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . . . . | 36 |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . | 37 |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . | 38 |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . | 40 |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . | 41 |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . . | 42 |

**Part IV**   **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month/day/year) _____

44   Of the total number of miles you drove your vehicle during 2022, enter the number of miles you used your vehicle for:

**a**   Business _____   **b** Commuting (see instructions) _____   **c** Other _____

45   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

46   Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . ☐ Yes   ☐ No

47a   Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

**b**   If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

**Part V**   **Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| Software | 230 |
| Credit Card Fees | 717 |
| Small Tool | 669 |
| Postage | 60 |
| Labs | 501 |
| Credit Card Fees to gross up | 186 |
| | |
| | |
| | |

| | | |
|---|---|---|
| 48 | **Total other expenses.** Enter here and on line 27a . . . . . . . . . . . . . . . . . . . . | 48 | 2,363 |

EEA                                                           Schedule C (Form 1040) 2022

Client Copy

Form **1040**
Department of the Treasury-Internal Revenue Service
**U.S. Individual Income Tax Return** **2023** OMB No. 1545-0074 IRS Use Only-Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning                    , 2023, ending                    See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Linh T | Stephens | XXX–XX–XXXX |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| | | XXX–XX–XXXX |

Home address (number and street). If you have a P.O. box, see instructions.      Apt. no.

**8214 E 111th PL S Unit 100**

City, town, or post office. If you have a foreign address, also complete spaces below.      State **OK**      ZIP code **74008-2452**

**Bixby**

Foreign country name      Foreign province/state/county      Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

**Filing Status**
Check only one box.

☐ Single
☐ Married filing jointly (even if only one had income)
☒ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: X████ H█

**Digital Assets**
At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)  ☐ Yes  ☒ No

**Standard Deduction**
Someone can claim:  ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1959 ☐ Are blind  **Spouse:** ☐ Was born before January 2, 1959 ☐ Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

If more than four dependents, see instructions and check here ☐

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

| | | |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a |
| b | Household employee wages not reported on Form(s) W-2 | 1b |
| c | Tip income not reported on line 1a (see instructions) | 1c |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f |
| g | Wages from Form 8919, line 6 | 1g |
| h | Other earned income (see instructions) | 1h |
| i | Nontaxable combat pay election (see instructions)      1i | |
| z | Add lines 1a through 1h | 1z |
| 2a | Tax-exempt interest    2a    b Taxable interest | 2b |
| 3a | Qualified dividends    3a    b Ordinary dividends | 3b |
| 4a | IRA distributions    4a    b Taxable amount | 4b |
| 5a | Pensions and annuities    5a    b Taxable amount | 5b |
| 6a | Social security benefits    6a    b Taxable amount | 6b |
| c | If you elect to use the lump-sum election method, check here (see instructions)  ☐ | |

**Standard Deduction for-**
- Single or Married filing separately, $13,850
- Married filing jointly or Qualifying surviving spouse, $27,700
- Head of household, $20,800
- If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here  ☐ | 7 | |
| 8 | Additional income from Schedule 1, line 10 | 8 | (11,948) |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | (11,948) |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | (11,948) |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 | 13,850 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 13,850 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.      Form **1040** (2023)

EEA

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Profit or Loss From Business
(Sole Proprietorship)

Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.

Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment Sequence No. **09**

Name of proprietor

**Linh T Stephens**

Social security number (SSN)

**XXX-XX-XXXX**

**A** Principal business or profession, including product or service (see instructions)

**Medical Office**

**B** Enter code from instructions

▨▨▨▨

**C** Business name. If no separate business name, leave blank.

**Peace Joy Clinic PLLC**

**D** Employer ID number (EIN) (see instr.)

▨▨▨▨▨▨

**E** Business address (including suite or room no.)    **8214 E 111th PL S Untie 100**

City, town or post office, state, and ZIP code    **Bixby, OK 74008-2452**

**F** Accounting method:    **(1)** ☒ Cash    **(2)** ☐ Accrual    **(3)** ☐ Other (specify)

**G** Did you "materially participate" in the operation of this business during 2023? If "No," see instructions for limit on losses. . . . . ☒ Yes ☐ No

**H** If you started or acquired this business during 2023, check here . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**I** Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions . . . . . . . . . . . . . . . ☐ Yes ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

## Part I    Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . . . . . . ☐ | 1 | 5,592 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . | 2 | 0 |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . | 3 | 5,592 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . | 5 | 5,592 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . . . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . | 7 | 5,592 |

## Part II    Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---:|---|---|---|---:|
| 8 | Advertising . . . . . . . . . | 8 | 439 | 18 | Office expense (see instructions) . . | 18 | |
| 9 | Car and truck expenses (see instructions) . . . . . . | 9 | | 19 | Pension and profit-sharing plans . . | 19 | |
| 10 | Commissions and fees . . . | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment . . | 20a | |
| 12 | Depletion . . . . . . . . . . | 12 | | b | Other business property . . . . . | 20b | 6,500 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . . . | 13 | | 21 | Repairs and maintenance . . . . . | 21 | |
| | | | | 22 | Supplies (not included in Part III) . . | 22 | 3,852 |
| | | | | 23 | Taxes and licenses . . . . . . . . | 23 | 408 |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) . . . | 14 | | a | Travel . . . . . . . . . . . . . | 24a | |
| | | | | b | Deductible meals (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | 4,070 | 25 | Utilities . . . . . . . . . . . . . | 25 | 339 |
| 16 | Interest (see instructions): | | | 26 | Wages (less employment credits) . . | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27a | Other expenses (from line 48) . . . | 27a | 1,732 |
| b | Other . . . . . . . . . . . | 16b | | b | Energy efficient commercial bldgs deduction (attach Form 7205) . . | 27b | |
| 17 | Legal and professional services | 17 | 200 | | | | |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b. . . . . . . . . . . . . | 28 | 17,540 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . . . . | 29 | (11,948) |

**30** Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.

**Simplified method filers only:** Enter the total square footage of (a) your home: and (b) the part of your home used for business: . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . . . . . . . .    **30**

**31** **Net profit or (loss).** Subtract line 30 from line 29.

● If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**    ▶    **31**    (11,948)

● If a loss, you **must** go to line 32.

**32** If you have a loss, check the box that describes your investment in this activity. See instructions.

● If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**    ▶

● If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

**32a** ☒ All investment is at risk.
**32b** ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see the separate instructions.    Schedule C (Form 1040) 2023

EEA

Schedule C (Form 1040) 2023      **Medical Office 621111**      Page **2**

| Name(s) | SSN |
|---|---|
| Linh T Stephens | XXX-XX-XXXX |

**Part III**    **Cost of Goods Sold** (see instructions)

**33** Method(s) used to value closing inventory:    **a** ☐ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

| | | |
|---|---|---|
| **35** Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . | **35** | |
| **36** Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . . | **36** | |
| **37** Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . . | **37** | |
| **38** Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . | **38** | |
| **39** Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **39** | |
| **40** Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . . | **40** | |
| **41** Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . | **41** | |
| **42** **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . . . . | **42** | |

**Part IV**    **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

**43** When did you place your vehicle in service for business purposes? (month/day/year) _____

**44** Of the total number of miles you drove your vehicle during 2023, enter the number of miles you used your vehicle for:

   **a** Business _____    **b** Commuting (see instructions) _____    **c** Other _____

**45** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

**46** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . ☐ Yes    ☐ No

**47a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

   **b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

**Part V**    **Other Expenses.** List below business expenses not included on lines 8-26, line 27b, or line 30.

| | |
|---|---|
| Apps/Software | 1,116 |
| Merchant Fees | 616 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48**    **Total other expenses.** Enter here and on line 27a . . . . . . . . . . . . . . . . . . . **48** | 1,732 |

Client Copy

EEA                  Schedule C (Form 1040) 2023

# EXHIBIT 06


## Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 05-07-2024
Response Date: 05-07-2024
Tracking Number: 105948458748

Record of Account

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2023

TAXPAYER IDENTIFICATION NUMBER:        XXX-XX-5094

LIN T STEP
8214 E


         --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:        0.00
ACCRUED INTEREST:       0.00          AS OF: May  13, 2024
ACCRUED PENALTY:        0.00          AS OF: May  13, 2024

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):     0.00

         ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:             01
FILING STATUS:          Married Filing Separate
ADJUSTED GROSS
   INCOME:              -11,948.00
TAXABLE INCOME:         0.00
TAX PER RETURN:         0.00
SE TAXABLE INCOME
   TAXPAYER:            0.00
SE TAXABLE INCOME
   SPOUSE:              0.00
TOTAL SELF
   EMPLOYMENT TAX:      0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Apr. 15, 2024
PROCESSING DATE                                              May  13, 2024

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed 14211-517-34065-4 | 20241703 | 05-13-2024 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2024 | | 04-05-2024 | $0.00 |

SSN Provided: XXX-XX-5094
Tax Period Ending: Dec. 31, 2023

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable.  They do not show subsequent activity on the account.

```
SSN: XXX-XX-5094                          SPOUSE SSN:
NAME(S) SHOWN ON RETURN: LIN T STEP

ADDRESS: 8214 E


FILING STATUS:                            Married Filing Separate
FORM NUMBER:                                              1040
CYCLE POSTED:                                        20241703
RECEIVED DATE:                                  Apr.15, 2024
REMITTANCE:                                            $0.00
EXEMPTION NUMBER:                                         1
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
IDENTITY THEFT PERSONAL ID NUMBER:
PTIN:                                            XXX-XX-6716
PREPARER EIN:                                    XX-XXX2201
```

Income

```
TOTAL WAGES:.....................................................$0.00
FORM W-2 WAGES:..................................................$0.00
TAXABLE INTEREST INCOME: SCH B:.................................$0.00
TAX-EXEMPT INTEREST:............................................$0.00
ORDINARY DIVIDEND INCOME: SCH B:...............................$0.00
QUALIFIED DIVIDENDS:...........................................$0.00
REFUNDS OF STATE/LOCAL TAXES:..................................$0.00
ALIMONY RECEIVED:..............................................$0.00
BUSINESS INCOME OR LOSS (Schedule C):.....................$-11,948.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:..............$-11,948.00
CAPITAL GAIN OR LOSS: (Schedule D):............................$0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:.....................$0.00
OTHER GAINS OR LOSSES (Form 4797):.............................$0.00
TOTAL IRA DISTRIBUTIONS:.......................................$0.00
TAXABLE IRA DISTRIBUTIONS:.....................................$0.00
TOTAL PENSIONS AND ANNUITIES:..................................$0.00
TAXABLE PENSION/ANNUITY AMOUNT:................................$0.00
ADDITIONAL INCOME:........................................$-11,948.00
ADDITIONAL INCOME PER COMPUTER:...........................$-11,948.00
REFUNDABLE CREDITS PER COMPUTER:...............................$0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:......................$0.00
QUALIFIED BUSINESS INCOME DEDUCTION:...........................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):..................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:.....$0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:.........................$0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:.........................$0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:...................$0.00
FARM INCOME OR LOSS (Schedule F):..............................$0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:.................$0.00
UNEMPLOYMENT COMPENSATION:.....................................$0.00
TOTAL SOCIAL SECURITY BENEFITS:................................$0.00
TAXABLE SOCIAL SECURITY BENEFITS:..............................$0.00
```

### State of Oklahoma
# Claim for Credit/Refund of Sales Tax



**Instructions on page 3. Please read carefully as an incomplete form may delay your refund.**

## FORM 538-S 2023

| | |
|---|---|
| Taxpayer's Social Security Number: | XXX-XX-XXXX |
| Spouse's Social Security Number: | |

If died in 2023 or 2024, enter date of death:

If died in 2023 or 2024, enter date of death:

| Taxpayer's First Name | Middle Initial | Last Name | Spouse's First Name (If a Joint Return) | Middle Initial | Last Name |
|---|---|---|---|---|---|
| LINH | T | STEPHENS | | | |

| Mailing Address (Number and street, including apartment number, or rural route) | City | State | ZIP |
|---|---|---|---|
| 8214 E 111TH PL S UNIT 100 | BIXBY | OK | 74008-2452 |

## PART 1: TAXPAYER INFORMATION

Physical Address in 2023 (If different than shown in mailing address section):

Place an "X" if you or your spouse have a physical disability constituting a substantial handicap to employment (submit proof)

Place an "X" if you or your spouse are 65 years of age or over    Oklahoma resident for the entire year?  **X** yes ☐ no

## PART 2: DEPENDENT    Note: Do not enter the taxpayer or spouse as a dependent.

| 1. Dependents (first name, middle initial, last name) If you have additional dependents, **provide** schedule. | 2. Age | 3. Social Security Number | 4. Relationship | 5. Yearly Income |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### EXEMPTION INFORMATION QUALIFIED EXEMPTIONS...

| | |
|---|---|
| A. Yourself . . . . . . | 1 |
| B. Spouse . . . . . . | 0 |
| C. Number of dependents . . . . . | 0 |
| D. Total exemptions claimed (add A-C) . . | 1 |

## PART 3: GROSS INCOME: Enter taxable and nontaxable gross income and assistance received by ALL members of your household in the year 2023.

See "Total gross household income" definition on page 3 for examples of income.

### YEARLY INCOME
**YOU MAY NOT ENTER NEGATIVE AMOUNTS.**

| | | |
|---|---|---|
| 1 | Enter total wages, salaries, fees, commissions, bonuses, and tips (including **nontaxable** income from your W-2s) | 1 | 00 |
| 2 | Enter total interest and dividend income received | 2 | 00 |
| 3 | Total of all dependents' income (from Part 2, column 5) | 3 | 00 |
| 4 | Social Security payments (total including Medicare) | 4 | 00 |
| 5 | Railroad Retirement benefits | 5 | 00 |
| 6 | Other pensions, annuities and IRAs | 6 | 00 |
| 7 | Alimony | 7 | 00 |
| 8 | Unemployment benefits | 8 | 00 |

Client Copy

2023 Form 538-S - Claim for Credit/Refund of Sales Tax - Page 2

| Name(s) Shown on Form 538-S: | Your Social Security Number: |
|---|---|
| LINH          T STEPHENS | XXX-XX-XXXX |

**PART 3: GROSS INCOME:** Enter taxable and nontaxable gross income and assistance received by ALL members of your household in the year 2023.

See "Total gross household income" definition on page 3 for examples of income.

**YEARLY INCOME**
YOU MAY NOT ENTER NEGATIVE AMOUNTS.

| | | | |
|---|---|---|---|
| 9 | Earned Income Credit (EIC) received in 2023 | 9 | 00 |
| 10 | Nontaxable sources of income (specify) | 10 | 00 |
| 11 | Enter **gross** (positive) income from rentals, royalties, partnerships, estates & trusts, and gains from the sale or exchange of property (taxable & nontaxable) (provide Federal return including schedules) | 11 | 00 |
| 12 | Enter **gross** (positive) income from business and farm (provide Federal return including schedules) | 12 | 5592 00 |
| 13 | Other income-including income of others living in your household (specify) | 13 | 00 |
| 14 | **Total gross household income** (Add lines 1-13) | 14 | 5592 00 |

**If line 14 is over income limits shown in steps 2 and 3 on page 3, no credit is allowed.**

**PART 4: SALES TAX CREDIT COMPUTATION** (For households with gross income below allowable limits, see steps 2 and 3 on page 3.)

| | | | | |
|---|---|---|---|---|
| 15 | Total qualified exemptions claimed in Box D on page 1 | 1 | x $40 (credit claimed) | 15 | 40 00 |

**DIRECT DEPOSIT OPTION:** For those NOT filing a Form 511. See page 3 for Refund Information.

If you are filing a Form 511, carry the credit to Form 511, line 25.

**Refund Note:** For Direct Deposit, verify your account and routing numbers are correct. If your direct deposit fails to process, you will receive a debit card. You can also choose to receive either a debit card or a paper check by placing an 'X' in the appropriate box below. **Note:** A minimum refund of $10.00 is required to receive a paper check. If you request a paper check for an amount less than $10.00, a debit card will be issued. If no options are selected, you will receive a debit card. Due to electronic banking rules, the Oklahoma Tax Commission (OTC) will not allow direct deposits to or through foreign financial institutions. If you use a foreign financial institution you will be issued a paper check

**Send my refund as a:**

Is this refund going to or through an account that is located outside of the United States?    Yes    No

**Direct Deposit my refund in my:**

Debit Card

Checking Account    Routing Number:

Paper Check

Savings Account    Account Number:

If the OTC may discuss this return with your tax preparer, place an 'X' here:

Under penalty of perjury, I declare the information contained in this document and any attachments is true and correct to the best of my knowledge and belief.

| Taxpayer's Signature and Date | Spouse's Signature and Date |
|---|---|
| Occupation | Occupation |

| Preparer's Signature and Date |
|---|

Client Copy


# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 05-07-2024
Response Date: 05-07-2024
Tracking Number: 105948470862

Record of Account

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2022

TAXPAYER IDENTIFICATION NUMBER:          XXX-XX-5094

LIN T STEP
8214 E

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

```
ACCOUNT BALANCE:        0.00
ACCRUED INTEREST:       0.00          AS OF: Mar. 13, 2023
ACCRUED PENALTY:        0.00          AS OF: Mar. 13, 2023

ACCOUNT BALANCE
  PLUS ACCRUALS
  (this is not a
  payoff amount):      0.00
```

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

```
EXEMPTIONS:             01
FILING STATUS:          Married Filing Separate
ADJUSTED GROSS
  INCOME:               -12,163.00
TAXABLE INCOME:         0.00
TAX PER RETURN:         0.00
SE TAXABLE INCOME
  TAXPAYER:             0.00
SE TAXABLE INCOME
  SPOUSE:               0.00
TOTAL SELF
  EMPLOYMENT TAX:       0.00
```

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Apr. 15, 2023
PROCESSING DATE                                               Mar. 13, 2023

TRANSACTIONS
| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | Tax return filed | 20230801 | 03-13-2023 | $0.00 |
|     | 16211-446-66072-3 | | | |

SSN Provided: XXX-XX-5094
Tax Period Ending: Dec. 31, 2022

The following items reflect the amount as shown on the return (PR), and
the amount as adjusted (PC), if applicable.  They do not show subsequent
activity on the account.

```
SSN: XXX-XX-5094                    SPOUSE SSN:
NAME(S) SHOWN ON RETURN: LIN T STEP

ADDRESS: 8214 E


FILING STATUS:                                  Married Filing Separate
FORM NUMBER:                                                       1040
CYCLE POSTED:                                                  20230801
RECEIVED DATE:                                          Apr.15, 2023
REMITTANCE:                                                      $0.00
EXEMPTION NUMBER:                                                    1
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
IDENTITY THEFT PERSONAL ID NUMBER:
PTIN:                                              XXX-XX-6716
PREPARER EIN:
```

Income

```
TOTAL WAGES:..................................................$0.00
FORM W-2 WAGES:...............................................$0.00
TAXABLE INTEREST INCOME: SCH B:...............................$1.00
TAX-EXEMPT INTEREST:..........................................$0.00
ORDINARY DIVIDEND INCOME: SCH B:.............................$13.00
QUALIFIED DIVIDENDS:........................................$13.00
REFUNDS OF STATE/LOCAL TAXES:.................................$0.00
ALIMONY RECEIVED:............................................$0.00
BUSINESS INCOME OR LOSS (Schedule C):...................$-15,673.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:............$-15,673.00
CAPITAL GAIN OR LOSS: (Schedule D):.....................$3,496.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:..............$3,496.00
OTHER GAINS OR LOSSES (Form 4797):...........................$0.00
TOTAL IRA DISTRIBUTIONS:.....................................$0.00
TAXABLE IRA DISTRIBUTIONS:...................................$0.00
TOTAL PENSIONS AND ANNUITIES:................................$0.00
TAXABLE PENSION/ANNUITY AMOUNT:..............................$0.00
ADDITIONAL INCOME:......................................$-15,673.00
ADDITIONAL INCOME PER COMPUTER:.........................$-15,673.00
REFUNDABLE CREDITS PER COMPUTER:.............................$0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:....................$0.00
QUALIFIED BUSINESS INCOME DEDUCTION:.........................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:...$0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:.......................$0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:.......................$0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:.................$0.00
FARM INCOME OR LOSS (Schedule F):............................$0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:...............$0.00
UNEMPLOYMENT COMPENSATION:...................................$0.00
TOTAL SOCIAL SECURITY BENEFITS:..............................$0.00
TAXABLE SOCIAL SECURITY BENEFITS:............................$0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:...............$0.00
OTHER INCOME:................................................$0.00
SCHEDULE EIC SE INCOME PER COMPUTER:.........................$0.00
```

# EXHIBIT 07

OFFICE OF ADMINISTRATIVE HEARINGS
STATE OF OKLAHOMA
DEPARTMENT OF HUMAN SERVICES
5/1/2024
FILED

05/09/24

## OFFICE OF ADMINISTRATIVE HEARINGS: CHILD SUPPORT
## DEPARTMENT OF HUMAN SERVICES
## STATE OF OKLAHOMA

| | |
|---|---|
| IN RE THE MARRIAGE OF:<br>LINH TRAN STEPHENS | )<br>) Dist. Court No.: FD-2015-2228<br>) OAH No.: 23-00313-73<br>)<br>) FGN: 000948641001<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>ADAM SYLVESTER STEPHENS )<br>)<br>)<br>)<br>)<br>)<br>Respondent. ) |

### Notice of Hearing

A request for Administrative Hearing on a Bank Levy has been filed in this court.

The Court will hold a hearing on: 05/09/24 at 08:30AM CT by telephone or video. You must provide contact information to CSS 10 days before your hearing by calling (918) 295-3500 and CSS will provide your further hearing details that may require you to download an application to your phone or computer.

- You have the right to have an attorney represent you or you may represent yourself in this matter. If you hire an attorney to represent you, your attorney must make an Entry of Appearance with the court.

CSGN1E v8          U82539/TUE       Pkg 2024050107524103-001

- Submit all documents requested by Child Support Services (CSS) and any evidence you wish to present at the hearing to OCSS.CONTACT.TULSAEAST@OKDHS.ORG.

Failure to be available on the day of the hearing or to provide CSS with contact information may result in a default order being entered against you.

Presented By:
EMMALENE STRINGER
OBA No. 31690
State's Attorney
OKDHS, CSS
CSS
3666 N PEORIA AVE
PO BOX 27068
TULSA, OK 74149
(918) 295-3500
Fax: (918) 430-2364
OCSS.CONTACT.TULSAEAST@OKDHS.ORG



**United States Department of State**

*National Passport Center*
*44132 Mercure Circle*
*PO Box 1108*
*Sterling, Virginia 20166-1108*

March 2, 2023

Linh Tran Stephens
737 NW 23rd St
Oklahoma City, OK 73103

RE: 696669556

Dear Ms. Stephens:

Thank you for your recent passport application. Unfortunately, at this time you are ineligible to receive passport services because the Department of Health and Human Services (HHS) certified that you owe child support. **Your application will remain active with our office for 90 days to provide additional time to resolve your outstanding balance with the relevant state child support agency.**

♦ Section 51.60(a)(2) of Title 22 of the Code of Federal Regulations reads as follows:

51.60 – Denial of Passports
(a) The Department may not issue a passport, except a passport for direct return to the United States, in any case in which the Department determines or is informed by a competent authority that:
(2) The applicant has been certified by the Secretary of Health and Human Services as notified by a state agency under 42 U.S.C. 652(k) to be in arrears of child support in an amount determined by the statute.

*Neither this passport agency nor the Department of State has information concerning your child support obligation.* A list of state child support enforcement agencies and their contact information can be found on-line at https://www.acf.hhs.gov/css/resource/state-and-tribal-child-support-agency-contacts.

You must contact and make appropriate arrangements with the relevant state child support agency within ninety (90) days from the date of this letter.

Once the Secretary of Health and Human Services has certified to the Secretary of State that you have satisfied the child support arrearage, your name will be removed from the certified list. Please note that several states require a zero-dollar ($0.00) balance before allowing passport issuance to an individual who was previously in arrearage. **All questions regarding such policies must be addressed to the appropriate state child support office.** If satisfactory payment arrangements have not been made with the relevant state within 90 days of the date of this letter, your application will be denied. The Department of State cannot change, override, or appeal this policy.

**For general passport information or to check the status of your passport application, please visit us on-line at <u>travel.state.gov.</u>**

**<u>PLEASE RETURN A COPY OF THIS LETTER WITH YOUR REPLY TO THE ADDRESS LISTED ABOVE.</u>**

Sincerely,


Customer Service Department





## OFFICE OF ADMINISTRATIVE HEARINGS:  CHILD SUPPORT
## DEPARTMENT OF HUMAN SERVICES
## STATE OF OKLAHOMA



| | |
|---|---|
| In re the Marriage of: | Case No. FD-2015-228 |
| LINH TRAN STEPHENS | OAH No. 23-00313-73 |
| Petitioner, | OK IV-D No. 948641001 |
| vs. | |
| ADAM SYLVESTER STEPHENS | Obligor: Linh Tran Stephens |
| Respondent. | Custodian:  Adam Sylvester Stephens Sr |

**OFFICE OF ADMINISTRATIVE HEARINGS
STATE OF OKLAHOMA
DEPARTMENT OF HUMAN SERVICES
4/13/2023
FILED**

### COURT ORDER

Now on 4/12/2023 this matter comes before me, the undersigned Administrative Law Judge, pursuant to the:

☒ Custodian's Request for Hearing: (1) Demand for Administrative Review Hearing; Demand to Cease and Desist and (2) Motion to Modify Child Support
☐ State's Motion to Modify Child Support
☐ State's Motion to Determine Arrears
☐ State's Annual Notice/Order of Child Support Lien
☐ State's Notice of Registration of Foreign Support Order
☐ State's Notice of Intent to Revoke Obligor's License(s)
☐ State's Motion to Reinstate Licenses(s)
☐ Notice of Hearing to:
☐ Signature Docket Agreed Order

**DISTRICT COURT
F I L E D

MAY 09 2023

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY**

filed herein.  A hearing has been conducted in accordance with Titles 43, 46, and 75 of the Oklahoma Statutes, other states statutes and regulations, and federal statutes and regulations, and the Rules and Regulations of Office of Administrative Hearings: Child Support.

Child Support Services (CSS) appears by and through the State's Attorney.

The custodian appears:

    ☐ telephonically, pro se.

    ☒ telephonically, with counsel: Gilbert Pilkington

    ☐ not.    ☐ not required.

    ☐ not, having previously signed this order.

    ☐ not, represented by counsel:

The obligor appears:

    ☒ telephonically, pro se.

    ☐ telephonically, with counsel:

    ☐ not, and is in default after being properly served.

    ☐ not, having previously signed this order.

    ☐ not, represented by counsel:



Other persons appearing: Marieke Randoy- ADA advocate for the Mother and Rhonda Vicker- Court Observer

Upon due consideration given the testimony of the parties, the relevant authorities of law, the court finds:  The Court has subject matter and personal jurisdiction of the parties in this action pursuant to 56 Oklahoma Statute § 237 Sec. 240.23 and Titles 12, 43, 68, and 75 of the Oklahoma Statute.

Having examined the files and records in this case, and having fully considered the evidence, and being fully advised in the premises, the Court makes the following findings and enters the following orders: **A hearing was held on the record. The Mother was present pro se via video. The Father was present via video with his counsel Gilbert Pilkington. Two witnesses were sworn. The State raised a question regarding subject matter jurisdiction. The Court heard argument from all parties. The Court grants the State's motion to dismiss based on lack of subject matter jurisdiction and based on the failure of the Mother to state a claim upon which relief could be granted by this Court. Signatures of the parties are waived on the record.**

**APPEAL.**  An administrative order may be appealed by filing a Petition in Error with the District Court WITHIN THIRTY (30) DAYS, as provided in 56 O.S. § 240.3. Copies of the petition should be served upon the Office of Administrative Hearings, Child Support, PO Box 25352, Oklahoma City, Oklahoma 73125-0352, AND upon the local child support office. CONTACTING DHS, CHILD SUPPORT SERVICES DOES <u>NOT</u> CONSTITUTE AN APPEAL. APPEALS MUST BE FILED IN DISTRICT COURT AND THEN SERVED ON THE OFFICE OF ADMINISTRATIVE HEARINGS, DHS CHILD SUPPORT SERVICES AND ALL OTHER PARTIES. *ork,*

IT IS SO ORDERED.

> The digital signature of the undersigned Administrative Law Judge is authorized pursuant to 56 O.S.§ 237.9a. All true and correct copies of this Order, as it appears in the record of the Office of Administrative Hearings: Child Support, Oklahoma Department of Human Services, are deemed certified pursuant to OAC: 340:2-28-57.

**4/13/2023**

DATED: _____          ADMINISTRATIVE LAW JUDGE

Robert Perugino

APPROVED AS TO FORM:

**SIGNATURE WAIVED BY THE COURT ON THE RECORD**          **SIGNATURE WAIVED BY THE COURT ON THE RECORD**

Court Minute Order
Rev. 11/3/2022

| OBLIGOR/ NON-CUSTODIAN | OBLIGEE/ CUSTODIAN |
|---|---|

**SIGNATURE WAIVED BY THE COURT ON**

**THE RECORD**

| ATTORNEY FOR OBLIGOR | ATTORNEY FOR OBLIGEE |
|---|---|
| NAME: | NAME: |
| OBA: | OBA: |
| ADDRESS: | ADDRESS: |
| | |
| PHONE: | PHONE: |

By: ~~Emmalene Stringer~~
Emmalene Stringer, OBA# 31690
State's Attorney
DHS, Child Support Services
Tulsa East Office
P.O. Box 27068
Tulsa, OK 74149
Tel: 918-295-3500
Fax: 918-430-2364

## CERTIFICATE OF MAILING

This is to certify that on **4/18/2023** a true and correct copy of the above and foregoing order was mailed to:

| | |
|---|---|
| ☒ Obligor at address of Record | ☐ Custodian at Address of Record |
| ☐ Obligor at Address on File | ☐ Custodian at Address on File |
| ☐ Obligor Attorney | ☒ Custodian Attorney |
| ☐ Interstate Office: | |
| ☐ Other: | |

~~Emmalene Stringer~~
OKDHS/CSS REPRESENTATIVE

Court Minute Order
Rev. 11/3/2022

# EXHIBIT 09

From: Schwab Alerts donotreply@mail.schwab.com
Subject: Your trade was executed in your Schwab account ending in 605 **AGAINST PLAINTIFF'S OBJECTIONS AND WITHOUT HER CONSENT**
Date: May 7, 2024 at 10:05:21
To: linhstephens7@gmail.com



**Account ending: 605**
May 7, 2024

We executed a trade in your account.

Welcome to Schwab Trade Notifications! As a Trading Services client, you'll receive a notification for each trade made in your account, letting you know the trade was executed successfully and providing basic details of the transaction.

**Don't wish to receive trade notifications**? Just select **Unsubscribe** below at any time.

Here are the details for the trade executed on 05/07/2024 in your account ending in 605:

| | |
|---|---|
| Settlement date: | **05/09/2024** |
| Action: | **Sold** |
| Quantity: | **200** |
| Symbol: | **ARKQ** |
| Unit price: | **$54.9167** |
| Principal amount | **$10,983.34*** |

**Watch for your official trade confirmation** via U.S. mail or email, detailing commissions and fees not included in the principal amount listed above.*

From: **Schwab Alerts** donotreply@mail.schwab.com
Subject: **Schwab eConfirms for account ending in 605**
Date: **May 8, 2024 at 05:01:23**
To: **linhstephens7@gmail.com**



Account ending: **605**
May 8, 2024

Schwab eConfirms™

This email contains your trade confirmation(s) for 05/07/2024.

View your eConfirms

Or go to schwab.com/reports.

| | |
|---|---|
| Symbol: | Security Description: **Advanced Micro Devic** |
| **AMD** | Action: **Sale** |
| | Security No./CUSIP: **007903107** |
| | Type: **Cash** |
| | Trade Date: **05/07/24** |
| | Settle Date: **05/09/24** |

| Quantity | Price | Principal | Charge and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 45 | $157.045 | $7,067.03 | Exchange Processing Fee: | $0.07 | $7,066.96 |

Additional information for this security:
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.
- The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

| | |
|---|---|
| Symbol: | Security Description: **Amc Entertainment A** |
| **AMC** | Action: **Sale** |
| | Security No./CUSIP: **00165C302** |
| | Type: **Cash** |
| | Trade Date: **05/07/24** |
| | Settle Date: **05/09/24** |

| Quantity | Price | Principal | Charge and/or Interest | | Total Amount |
|----------|-------|-----------|------------------------|---|--------------|
| 14 | $3.1511 | $44.12 | N/A | | $44.12 |

Additional information for this security:
- Schwab acted as your agent.
- The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

| | | |
|---|---|---|
| Symbol: | Security Description: | **Apple Inc** |
| **AAPL** | Action: | **Sale** |
| | Security No./CUSIP: | **037833100** |
| | Type: | **Cash** |
| | Trade Date: | **05/07/24** |
| | Settle Date: | **05/09/24** |

| Quantity | Price | Principal | Charge and/or Interest | | Total Amount |
|----------|-------|-----------|------------------------|---|--------------|
| 135 | $182.4001 | $24,624.01 | Exchange Processing Fee: | $0.22 | $24,623.79 |

Additional information for this security:
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.
- The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

| | | |
|---|---|---|
| Symbol: | Security Description: | **ARK AUTONOMOUS TECH RBTCS ETF** |
| **ARKQ** | Action: | **Sale** |
| | Security No./CUSIP: | **00214Q203** |
| | Type: | **Cash** |
| | Trade Date: | **05/07/24** |
| | Settle Date: | **05/09/24** |

| Quantity | Price | Principal | Charge and/or Interest | | Total Amount |
|----------|-------|-----------|------------------------|---|--------------|
| 200 | $54.9167 | $10,983.34 | Exchange Processing | $0.12 | $10,983.22 |

| 200 | $54.3101 | $10,888.84 | Exchange Processing Fee: | $0.12 | $10,888.22 |

Additional information for this security:

- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.
- The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

| | | |
|---|---|---|
| Symbol: | Security Description: | **ARK NEXT GENERATION INTERNET ETF** |
| **ARKW** | Action: | **Sale** |
| | Security No./CUSIP: | **00214Q401** |
| | Type: | **Cash** |
| | Trade Date: | **05/07/24** |
| | Settle Date: | **05/09/24** |

| Quantity | Price | Principal | Charge and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 100 | $78.36 | $7,836 | Exchange Processing Fee: | $0.08 | $7,835.92 |

Additional information for this security:

- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.
- The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

| | | |
|---|---|---|
| Symbol: | Security Description: | **PELOTON INTERACTIVE** |
| **PTON** | Action: | **Sale** |
| | Security No./CUSIP: | **70614W100** |
| | Type: | **Cash** |
| | Trade Date: | **05/07/24** |
| | Settle Date: | **05/09/24** |

| Quantity | Price | Principal | Charge and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 70 | $4.0101 | $280.71 | Exchange Processing Fee: | $0.01 | $280.7 |

Additional information for this security:

- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.
- The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

| Symbol: | Security Description: | **Tesla Inc** |
| **TSLA** | Action: | **Sale** |
| | Security No./CUSIP: | **88160R101** |
| | Type: | **Cash** |
| | Trade Date: | **05/07/24** |
| | Settle Date: | **05/09/24** |

| Quantity | Price | Principal | Charge and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 26 | $180.245 | $4,686.37 | Exchange Processing Fee: | $0.04 | $4,686.33 |

Additional information for this security:

- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.
- The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

If you have any questions about this report, please contact Schwab at **800-435-4000**.

**Thank you for investing with Schwab.**

UNSUBSCRIBE

PRIVACY

CONTACT US

LOG IN

# EXHIBIT 09

Case 4:24-cv-00216-JDR-CDL    Document 2 Filed in USDC ND/OK on 05/08/24    Page 85 of 90



Rollover IRA of
**LINH STEPHENS**
**CHARLES SCHWAB & CO INC CUST**
**IRA ROLLOVER**



| Account Number | Statement Period |
|---|---|
| 2605 | October 1-31, 2020 |

## Transaction Detail - Deposits & Withdrawals

| Transaction Date | Process Date | Activity | Description | Location |
|---|---|---|---|---|
| 10/14/20 | 10/14/20 | Funds Received | IRA ROLLOVER CONT | |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description |
|---|---|---|---|
| 10/15/20 | 10/16/20 | Bank Interest $^{X,Z}$ | BANK INT 091620-101520: SCHWAB BANK |

**Total Dividends & Interest**

Total Transaction D



## Bank Sweep Activity

| Transaction Date | Transaction | Description |
|---|---|---|
| **Opening Balance** $^{X,Z}$ | | |
| 10/15/20 | Interest Paid $^{X,Z}$ | BANK INTEREST - CHARLES SCHWAB BANK |
| 10/15/20 | Auto Transfer | BANK CREDIT FROM BROKERAGE $^{X}$ |
| 10/19/20 | Auto Transfer | BANK TRANSFER TO BROKERAGE |
| **Total Activity** | | |
| **Ending Balance** $^{X,Z}$ | | |

*Bank Sweep: Interest Rate as of 10/30/20 was 0.01%.* $^{Z}$

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

# Linh Stephens, DO

### primary care clinic

**Broken Arrow, OK**                                    **F: 918-228-0156**

---

**To:** (260) 455-9975                          **Date:** 9/19/2020

**Fax:** 2604559975                              **Pages:**

**Subject:**

---

This fax may contain privileged or confidential information and is intended for the exclusive use of the addressee(s).
If you are not an intended recipient, please notify sender and destroy all copies. Failure to do so may result in legal sanction.


**Lincoln** Financial Group

# Request a distribution to another company

If you have questions or need assistance completing this form, call the Lincoln Customer Contact Center at 1-800-234-3500 or contact your retirement plan representative.

**1 Tell us about yourself.**

Name (first, M, last, suffix)
**Link T Stephens**

SSN
XXXX **5094**

Mailing address
[redacted]

Plan ID (refer to your statement)

City [redacted]   State **OK**   Zip [redacted]

Mobile **817 . 631 . 3223**

Email [redacted]

Phone

 **Marital status:** Please provide your marital status in order to ensure timely processing of your distribution.

Marital status
☐ I do not have a living spouse.
☒ I have a living spouse. X [redacted] H

 **Restrictions may apply** depending on your plan provisions. Please contact Lincoln or your plan administrator/employer to discuss what options are available.

 **If you are totally and permanently disabled,** a letter from the Social Security Administration is required.

**For Qualified Domestic Relations Orders:** A copy of the court order, decree, or legal separation is required.

Employment status (choose one)
☐ I retired on (mm/dd/yyyy) [ ] / [ ] / [ ]
☒ I am no longer working for the employer that administers this plan as of (mm/dd/yyyy) **09 · 30 · 2020** (last day of employment)
☐ I am currently employed with the employer that administers this plan. (Restrictions may apply.) ☎
☐ I am totally and permanently disabled. 📄
☐ I am not an employee. (You are the alternate payee due to a Qualified Domestic Relations Order.) 📄

**2 How should we move your funds to another company?**

Please refer to "Requesting a distribution to another company" included with this form.

I would like to distribute my money in the form of a (choose one)
☒ Rollover
  If you have after-tax contributions and you elect a rollover, Lincoln will automatically include your after-tax contributions unless you tell us otherwise by checking this box ☐ Do not include my after-tax contributions in this rollover. ℹ️
☐ Contract exchange (Restrictions may apply.) ☎
☐ Plan-to-plan transfer (Restrictions may apply.) ☎
☐ Permissive service credit transfer (Restrictions may apply.) ☎

 **If you have Roth and/or after-tax money,** please verify that your receiving company will accept your rollover.

 **When requesting a rollover of pre-tax money to a Roth IRA** you will still be liable for payment of federal and state income tax, if applicable, at the time you prepare your personal tax filing. You may wish to consult your personal tax liability with a qualified tax advisor.

**Receiving company information:** If your receiving company information is incomplete or illegible, we will issue the check to the receiving company but mail it to your address. You will be responsible for mailing the check to the receiving company to complete the transaction.

Type of receiving plan/account (choose one)
☐ 401(a)  ☐ 403(b)  ☐ 401(k)  ☐ 457(b) governmental
☒ Individual Retirement Account (IRA) (traditional, SEP, SIMPLE, etc.)
☐ Roth IRA ℹ️   ☐ Defined benefit plan

Provide information about the receiving company. ℹ️

Receiving company name (payable to)
**Charles Schwab & Co, Inc**

Account number
XX **-2605**

Street address
**P.O. Box 982600**

City, State, Zip
**El Paso, TX 79998 – 2600**

PAD 0808321-512.419
RPS68663-ALSFRR (1/20)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.

# Request a distribution to another company

## How much should we send?

Amounts will be distributed from your available vested balance and may be limited to certain contribution types. The total amount you receive may be less than the amount requested, depending on your available balance and tax withholding.

Amount options (choose one)

☒ Send 100% of my account balance to another company as described in Step 2 (skip to Step 6)

☐ Send part of my account balance in the amount of $ _____ to another company as described in Step 2 and leave the remainder in my account. (Dollar amount must be provided. Skip to Step 6.) (Restrictions may apply.)

☐ Send me a partial cash payment of $ _____ and send the remainder of my account balance to another company as described in Step 2. (Cash amount must be provided. Continue to Step 4.)

If applicable, your distribution will automatically include the Lincoln Secured Retirement Income℠ investment option. This may result in an excess withdrawal. An excess withdrawal may reduce your income base. Please let us know if you want to exclude it from your distribution.

☐ I am not want to exclude the Secured Retirement Income℠ option in my distribution.

**Restrictions may apply to options (where noted) on this form depending on your plan.** Please contact Lincoln or your plan administrator/employer to discuss what options are available.

**Direct Deposit:** If your bank account information is illegible or incomplete, Lincoln will issue a check and mail to your address on file.

**Please note:** We cannot direct deposit to reloadable bank cards.

If you direct deposit to a checking account: To ensure accuracy, please include a photo copy of a voided check.

If you direct deposit to a savings account: To ensure accuracy please include a verification of deposit from your financial institution.

The amount you receive:

The total amount you receive from this distribution will be reduced by the total amount of taxes withheld. Depending on your available balance, you may adjust your requested distribution amount to account for additional taxes that may be assessed as part of your tax liability.

Do not sign before 4,5.

## How would you like to receive your payment? N/A

I would like my payment to be sent as a (choose one)

☐ Direct deposit to my personal bank account as described here:
Select this box if this is a savings account ☐

| Name as it appears on your account | Bank transit/ABA number (9 digits) |
| --- | --- |
|  |  |
| Financial institution | Account number |
|  |  |

☐ Check, mailed to my address on file.

## How do taxes impact your partial cash payment? N/A

Only complete this section if you are receiving a partial cash payment.

Lincoln will withhold taxes from your distribution at the rates detailed below and automatically send the withholding to the IRS on your behalf. Please refer to the Special Tax Notice for more information.

Taxes withheld from your distribution will include

- **Federal tax (if applicable)**
  20% mandatory withholding applies to distributions that are eligible for rollover.
  Indicate here if you would like to withhold federal taxes at a higher rate than the mandatory 20%:
  ☐ Withhold federal taxes at the rate of (minimum 20%) ____ %

- **State tax (if applicable)**
  State tax is automatically calculated and based on your residence on file

**Federal tax withholding election:** If you do not provide a rate, or if you provide a federal tax withholding rate that is less than 20%, we are still required to withhold the applicable minimum.

**Please note:** Your distribution may be subject to an additional 10% early distribution penalty tax. This penalty tax will be assessed when you file your tax returns as part of your tax liability and is not automatically included in your tax withholding for this distribution.

# Request a distribution to another company

## 6 Sign and date this form. ●

**Did you know?**

**If you move this year:** Please update your address to receive your tax documents for use when you file your income taxes.

**To update your address:** If you are an active employee, contact your employer. If you are no longer employed, call Lincoln.

 **Fees may apply to your distribution:** To determine if fees apply refer to your 401(k) fee disclosure (if applicable) and contact Lincoln with any questions.

By signing below, I certify that:

- I have read and understand the Important Fraud Notice and Important Information sections on the last page of this form.
- I have received the Special Tax Notice, and if applicable, I waive the required 30-day notice period before receiving my distribution.
- I am responsible for meeting the federal tax law requirements to qualify for this distribution.
- My answers on this form and any documents I have attached are true and accurate.
- If there are not enough funds in my retirement account for the amount requested, Lincoln will process the withdrawal from the amount available.
- If applicable to this plan, I have received the Qualified Joint and Survivor Annuity (QJSA) notice, waive the 30 day review period and normal QJSA form of payment, and instead elect to receive this distribution as detailed on this form.
- If I am a New York resident, I understand that any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall also be subject to civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

| Your signature (Please sign with a pen. We cannot accept electronic signatures.) | Today's date (mm/dd/yyyy) |
|---|---|
| *[signature]* | 09 / 17 / 2020 |

## 7 Your spouse's signature may be required.

In some instances, your spouse may be required to sign this form. Please call Lincoln or your plan administrator/employer to determine if this is required for your plan. This section is not needed for distributions due to Qualified Domestic Relations Order.

By signing below, I certify that I am the spouse of the individual named above and that:

- If applicable to this plan, I have received the QJSA notice, consent to my spouse's election to waive the normal QJSA form of payment, and consent to my spouse's election to an immediate distribution as detailed on this form.

| Spouse's signature (if required) | Today's date (mm/dd/yyyy) |
|---|---|
| *[signature]* | 9 / 17 / 2020 |

 **If spousal consent is required** and if your plan administrator does not sign here as a witness to your spouse's signature, you must have a notary sign, seal, and date where noted to the right.

| Plan administrator's signature or notary's signature ● | Today's date (mm/dd/yyyy) |
|---|---|
| Melissa Elliott | 09 / 17 / 2020 |

Notary seal

*[Notary seal: MELISSA ELLIOTT NOTARY PUBLIC Commission # 17008843 My Commission Expires 06-22-2021 STATE OF OKLAHOMA]*

**Notary's commission expires (mm/dd/yyyy)**

06 / 22 / 2021

➡ Continue to the next page for additional instructions.

# Request a distribution to another company

**Did you remember to:**
- ☑ Print, sign and date this form?
- ☒ Attach any necessary documents? N/A
- ☑ If faxing, include both the front and back of ALL pages of the form?

**Questions?**

 **VISIT**
LincolnFinancial.com or

 **CALL**
1-800-234-3500
M - F, 8 am - 8 pm ET

## Return all documents to:

**FAX**
Lincoln Retirement Services
Company, LLC
260-455-9475

**MAIL**
Lincoln Retirement Services
Company, LLC
P.O. Box 7876
Fort Wayne, IN 46801-7876

**EXPRESS MAIL**
Lincoln Retirement Services
Company, LLC
1300 South Clinton St.
Fort Wayne, IN 46802-0206

## What you can expect:

- **Log in to your account** at LincolnFinancial.com to verify when funds are removed from your retirement account.
- **For ACH deposits**, it takes up to two business days to see your payment posted to your bank account once the funds have left your retirement account.
- **For checks**, your payment will arrive depending on the United States Postal Service delivery schedule. This generally takes 2-5 business days once the funds have left your retirement account.

---

**Participant information:**
If participant information is incomplete, Lincoln will use the information currently on file.

## Plan administrator/employer use only.

Complete the following participant information:

- If the employee is no longer working, provide the date of severance (mm/dd/yyyy) ☐ / ☐ / ☐ .

- Is the employee 100% vested?  ☐ Yes  ☐ No

  If no, please provide the vested percentage.

  - The employee's vested percentage in employer match contributions is ☐ %

  - The employee's vested percentage in other employer contributions is ☐ %

I authorize Lincoln to proceed with the elections made on this form.

**Plan administrator's name**

_____

**Plan administrator's signature**

_____

**Today's date (mm/dd/yyyy)**

☐ / ☐ / ☐

---

➡ **Continue to the next page for additional information.**

P&D-2876221-111418
RPS92516-AL-F-FA (1/20)

Questions? Visit LincolnFinancial.com or call 1-800-234-3500, M - F, 8 am - 8 pm ET

Page 4 of 5