# United States District Court
## for the Northern District of Oklahoma

Case No. 24-CV-216-JDR-CDL

LINH TRAN STEPHENS,

                    *Plaintiff*,

versus

CHILD SUPPORT SERVICES OF OKLAHOMA DEPARTMENT OF HUMAN SERVICES; *et al.*,

                    *Defendant*.

## ORDER

Before the Court is Plaintiff Linh Tran Stephens's motion for leave to proceed in forma pauperis. Dkt. 3. In reliance upon the representations and information set forth in the motion and supporting affidavit, Ms. Stephens is permitted to file and maintain this action to conclusion without prepayment of fees and costs. Ms. Stephens's motion to proceed in forma pauperis is GRANTED.

Ms. Stephens is advised that the court will dismiss all or part of the Complaint if it is determined that (A) the allegation of poverty is untrue; or (B) that the action: (1) is frivolous or malicious, (2) fails to state a claim on which relief can be granted, or (3) seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). Because Ms. Stephens has been given leave to proceed in forma pauperis, she is entitled to rely on the Court to effect proper service. *See Olsen v. Mapes*, 333 F.3d 1199, 1205 (10th Cir. 2003). The U.S. Marshal will effect service once Ms.

No. 24-CV-216

Stephens has submitted a complete summons, a U.S. Marshal Service form (form USM-285), and one copy of the complaint for each named defendant.

IT IS THEREFORE ORDERED that Ms. Stephens's motion for leave to proceed in forma pauperis [Dkt. 3] is GRANTED.

IT IS FURTHER ORDERED that within thirty (30) days of the entry of this Order, or by June 12, 2024, Ms. Stephens shall submit one completed summons, one completed U.S. Marshal Service form (form USM-285), and one copy of the complaint for each named defendant.

IT IS FURTHER ORDERED that the Clerk of Court shall send Plaintiff seven blank USM-285 forms for Ms. Stephens's use in complying with this Order. Ms. Stephens's address is set forth in the complaint. Dkt. 2 at 3.

IT IS FURTHER ORDERED that, upon receipt of the summonses and USM-285 forms, the U.S. Marshal Service is directed to perfect service upon the defendants in accordance with Federal Rule of Civil Procedure 4 and Oklahoma Statute title 12, section 2004.

DATED this 23rd day of May 2024.

_____
JOHN D. RUSSELL
*United States District Judge*