## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) Linh Tran Stephens, sui juris, natural living breathing woman with a living soul,<br>　　*Plaintiff,*<br>Vs.<br>(2) CHILD SUPPORT SERVICES OF OKLAHOMA DEPARTMENT OF HUMAN SERVICES (CSS of OKDHS), *and*<br>(3) CHARLES SCHWAB AND CO., INC.,<br>(4) Cierra Freeman, in individual capacity and official capacity as court-appointed attorney for child-support enforcement,<br>(5) Mary Johnmeyer, in individual capacity and in official capacity as legal counsel of Charles Schwab,<br>(6) Renee Banks, in individual capacity and official capacity as CSS Director,<br>(7) Jason Hoenshell, in individual capacity and in official capacity as Oklahoma FIDM Coordinator,<br>(8) Emmalene Stringer, in individual capacity and in official capacity as State's attorney for CSS, ET AL<br>　　*Defendants.* | Case No.: **24-CV-216-JDR-CDL**<br><br>Judge: John D. Russell<br><br><u>EXPEDITED HEARING REQUESTED</u><br><u>**TRIAL BY JURY DEMANDED**</u> |

### COMBINED OBJECTION TO DEFENDANTS' MOTIONS TO STRIKE
*Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal, Applications to all successors and assigns, Affidavit is a Form of Evidence, and Silence is Acquiescence and Acceptance*

Affiant, Linh Tran Stephens (also known as Linh Stephens, "Plaintiff" herein), one of the People (as seen in Oklahoma Constitution Article 2 Section 1) republican in form, **Sui Juris**–I am NOT an en legis, nor the trust, nor the corporation, nor sole proprietor of LINH TRAN STEPHENS, but I am a living breathing woman with a living soul and a Holy Spirit of Christ/Yahusha)--do serve all defendants this affidavit, in this court of record, to make the following claims: *Combined Objection to Two Defendants' Motions to Strike* filed by Defendants Ciera Freeman and Charles Schwab & Co., Inc. ("Defendants"). In support of this Objection, **Sui Juris** states:

i, Linh Tran Stephens, born in 1984, being of sound mind and legal age, do hereby affirm the

following statements to be true to the best of my knowledge and belief:

I. INTRODUCTION

1. Plaintiff is proceeding sui juris in this matter, presenting herself as a living woman without any legal counsel because she is poor and cannot afford any lawyer since June 01, 2022 and ongoing.

2. Defendants have filed separate Motions to Strike Plaintiff's her sur-reply to their replies (Doc. Nos. 44 and 45), *falsely* alleging procedural deficiencies, unauthorized filings, and "threats".

3. Plaintiff contends that the Defendants' motions lack merit and that striking her sur-reply would unjustly hinder her ability to present her case, among many other strong arguments below:

II. PROCEDURAL BACKGROUND

4. Plaintiff filed her Complaint (Doc. No. 2) against Defendants on May 8, 2024.

5. Defendants filed their respective Motions to Dismiss on July 1, 2024,

6. Plaintiff filed her combined response to Defendants' Motions to Dismiss on September 06, 2024.

7. Defendants thereafter submitted Reply Briefs on September 20, 2024, and September 18, 2024 without asking any permission for leave from the court to file such things despite knowing procedural rules yet violating the rules themselves.

8. Plaintiff who does not know the procedural rules as she is not a lawyer, and due to false allegations in Defendant's Reply briefs, immediately rebutted them by filing her sur-reply regarding these false allegations (Doc. No. 44) on September 24, 2024, this is in opposition to Defendants' *Reply* to her filed *Response* to their *Motion to Dismiss*.

9. Defendants filed *Motion to Strike Document(s)* on October 10, 2024 and last one received by Plaintiff in the mail on November 11, 2024, seeking to strike Plaintiff's sur-replies, arguing non-compliance with Local Civil Rules (LCvR) regarding "replies".

   **OF NOTE**: my response to their reply is not a reply but a "sur-reply" and the rule Defendants quoted was for "replies" which they themselves violated and then falsely accused me of.

III. LEGAL STANDARDS

10. **Federal Rules of Civil Procedure (FRCP):** Under FRCP 6(b), courts have inherent authority to manage cases efficiently, but must also ensure <u>fairness</u>, especially towards sui juris litigants.

11. **Supreme Court Precedents:** The Supreme Court has consistently held that sui juris are entitled to leniency in procedural matters. In *Lujan v. National Wildlife Federation*, 504 U.S. 555 (1992), the Court emphasized the need for courts to provide clear guidance to self-represented parties.

12. **Leniency Towards Sui Juris Litigants:** Courts are encouraged to interpret procedural rules liberally to ensure that sui juris litigants are not unduly penalized for technical errors (See *In re Nye*, 455 U.S. 153 (1982)).

IV. ARGUMENT

13. **Plaintiff's Right to Present Her Case and Truthful Pauperis Financial Status**:

   a. As a sui juris litigant, limited legal resources and procedural knowledge hindered my ability to file a motion for leave promptly. Furthermore, my sur-reply addresses substantive issues raised by the defendants' perjurious and deceptive reply to my response to their Motion to Dismiss, necessitating an *immediate* response of truth to expose lies (new false allegations opened the door).

   b. Striking Plaintiff's sur-replies would impede her ability to fully argue her position, thereby infringing upon her due process rights. On January 23, 2023, **Appellee's Indigent status was affirmed by this Oklahoma Supreme Court** by their ruling that "Appellee's Objection to Appellant's Pauper's Affidavit is denied" [see **Exhibit 01**] for Oklahoma Supreme Court cases DF-120849, for CI-120847, and again for DF-120848 after the Justices read "12-29-2022 APLNT'S RESPONSE TO APLEE'S OBJECTION TO PAUPERIS AFFIDAVIT [with its extensive attached financial proofs including IRS income statements for 2 years attached and filed in trial court and given to opposing counsel]". See **Exhibit 02**.

   c. The recent revocation of my In Forma Pauperis (IFP) status "for all future cases" by the Oklahoma State Supreme Court was not a mere procedural maneuver; it represents a deliberate tactic aimed at stripping me of any remedies available in state courts. This action appears to be retaliatory in nature, occurring shortly after the Court received a letter from the United States Supreme Court (**SCOTUS**) regarding my filing which was immediately ignored by Oklahoma Supreme Court (see **Exhibit 03**)

"RE: Stephens v. Stephens, OK C.t of Civil Ap. No. 120,849. The above-entitled petition for writ of certiorari was originally postmarked March 25, 2024 and received again on June 27, 2024. The papers are returned for the following reason(s): Your case must first be reviewed by a United States court of appeals or by the highest state court in which a decision could be had. 28 USC 1254 and 1257, Sincerely, Scott S. Harris, Clerk, by /s/ Emily Walker of SUPREME COURT OF THE UNITED STATES OFFICE OF THE CLERK WASHINGTON, DC 20543-0001 dated 07-11-2024",

Oklahoma Supreme Court then backdated their mandate to same date as July 11th, 2024, despite it was never issued online until much later, which stated

"On the 11th day of July, 2024, the Honorable Chief Justice John Kane of the Oklahoma Supreme Court ordered het Clerk of the Supreme Court to issue mandate, pursuant to the rules of the Oklahoma Supreme Court, in the above- styled appeal from the Tulsa County District Court. On appeal, the following judgment was entered on April 23rd, 2024 [?!?!?took them three months to issue a mandate for an opinion?!?!]: AFFIRMED",

followed by Oklahoma Supreme Court order of July 29th, 2024, which stated, "This Court will not consider any filings in a case after issuance of mandate. Accordingly, Petitioner's filings on July 23, 2024, and any future filings in this case, will not be considered.") and after my Mandamus against lower Tulsa County District Court to recuse all local special judges including presiding judge from adjudicating over my **property** (my daughter and retirement accounts are my property which i solemnly swear i have never signed over to the State to hamper by access unless the State obtained their alleged ownership by deliberate frauds and have been hiding these altered and fraudulent documents from me), **liberty** (my daughter is my key to my liberty and also my freedom to associate with my blood-children), and **livelihood** (my daughter is my livelihood). The Oklahoma Supreme Court was fully aware that I lack the financial means to cover filing fees and, as a result, I am unable to pursue further appeals in light of the numerous rights violations perpetuated by lower courts. This revocation was executed without any rebuttal evidence or any claim of deception concerning my financial status, ignoring concrete evidence that I was poor. Opposing party has relied solely on hearsay as he wasn't there at the MA-121200 and MA-122445 and misquoted statements taken entirely out of context, and failed to present any substantiated proof countering the reality of my ongoing financial hardship.

i. Defendant Charles Schwab has blatantly misrepresented the truth on the record. A review of their actual exhibit #2 [doc 45] reveals the following: Exhibit #2 [doc 45, **MA-122445**] in their Reply "Original jurisdiction is assumed. Okla. Const. Art. 7, § 4. Petitioner's Petition for Writ of Mandamus Compelling Judicial Recusal is denied. Real Party in Interest Adam Sylvester Stephens' request for award of attorney fees is granted. The Court finds Petitioner's Application [*for MANDAMUS to recuse special judges for high-valued properties over $25, not for Pauper Status*] lacking in legal and factual basis. [*notice the PERIOD here separating previous sentence/thought to the next*] Pursuant to the Court's order in Case No. 121,200 issued June 5, 2023, petitioner's in pauperis status is hereby revoked [*without any "Findings of fact and conclusions of law" as previously demanded by Appellant*]. To commence a new proceeding in this Court, Petitioner shall hereafter be required to submit the required cost deposit in conformance with Supreme Court Rules". What the Oklahoma Supreme Court ordered is completely contrary to Defendant's false statements: "The Schwab Defendants would note that the Oklahoma Supreme Court recently evoked Plaintiffs in pauperis status based on the absence of legal and factual basis for her filings. See Exh. 2 (Order in Case No. 122,445 (Oklahoma Supreme Court))"--this is as perjury and maliciously misrepresented by Defendant CHARLES SCHWAB to this Honorable Federal Court in their paragraph 7 [doc 45].

ii. Next, looking up Case **No. MA-121,200** court order for Petition for Mandamus is attached as **Exhibit 04** "By Order entered April 3, 2023, this Court construed Petitioner's 'Motion for Emergency Stay of Mother's Child-Support-Indirect-Contempt-Arraignment and Related Subsequent Proceedings' as an application to assume original jurisdiction. Petitioner's application is denied. The Court notes that Petitioner has initiated multiple appeals challenging the same orders or has otherwise requested relief from this Court which lack legal or factual support. Accordingly, Petitioner is hereby admonished future filings in this Court which lack support in either facts or the law will result in the revocation of Petitioner's pauperis status or other sanctions, including an award of attorney fees to the

adverse party."-- this ominously warned against continued appeals, indicating that the court had pre-decided an outcome of injustice not based on my indigency but rather on a desire to silence my legitimate claims. Oklahoma Supreme Court justices were ignoring the numerous unrebutted facts filed attached with unrebutted evidence, while unconstitutionally threatened punishment for persisting in filing appeals against unjust lower court judges' rulings, effectively closing the door on all remedial possibilities within state courts. I respectfully <u>DEMAND/REQUEST/MOTION THIS FEDERAL COURT</u> to admonish the Defendants for their misrepresentations and to impose sanctions for their clear violations of ethical standards in legal proceedings.

d.  The core argument lies in the merit of my claims, which underscores the necessity for me to proceed without the burden of court fees and without being dismissed nor unfairly striked any document without the opposing party being striked also. Justice demands that I'd be allowed to pursue my case fully, without being hindered by financial constraints imposed by those wishing to evade accountability. At the conclusion of our jury trial for this case, if the opposing counsel can produce any credible evidence of me being rich and has any income that can hire attorneys, only then should this court consider the possibility of imposing costs retrospectively, which could justifiably be added to my existing credit card debts and more promissory notes.

14. This esteemed United States District Court for the Northern District of Oklahoma, which is assumed to embody the principles of righteousness and justice until proven otherwise, is now apprised of the unjust revocation of my in forma pauperis status by the Oklahoma Supreme Court. This revocation serves to unjustly deprive me of remedies for harms suffered and obstructs the administration of justice. Therefore, I respectfully urge this Court to <u>ORDER AN INJUNCTION</u> against the Oklahoma Supreme Court and the Tulsa County District Court, compelling the reinstatement of my ability to proceed without incurring court fees. Such action is essential to uphold the principles of fairness and to ensure that I can effectively pursue my case without the barrier of financial constraints.

15. Defendant Cierra Freeman's assertions in paragraph five of her *Motion to Strike* are based on false premises that mischaracterize my "sur-reply" (**a Response to their Reply**), which aims to expose the fabrications and perjurious statements made by the Defendants. The Defendant has erroneously labeled my response as a "supplemental brief", despite the fact that the briefing process has not even commenced yet. It is indeed partially true in that "[s]upplemental briefs are not encouraged and may be filed only upon motion and leave of Court." However, it is critical to clarify that what i submitted is neither a brief nor a supplemental brief; rather, it serves as a necessary rebuttal to the unfounded counterclaims against me. This mislabeling by wrongdoers Defendants not only undermines the procedural integrity of these proceedings but also infringes upon my rights to a fair trial as guaranteed under the **Sixth Amendment** of the U.S. Constitution, which ensures the right to confront and challenge evidence and claims made against me in and shape or form. In ***Davis v. McKinney***, 518 U.S. 1 (1996), the Supreme Court emphasized the importance of fair play and the opportunity to present one's case without undue restrictions. By attempting to label my rebuttal as a supplemental brief, the Defendant is not just seeking to stifle my rebuttal response but is effectively trying to inhibit my constitutional right to a fair hearing. It is imperative that this Court recognize and rectify this mischaracterization, allowing my sur-reply to their Reply to my original Response to their Motion to stand unencumbered by unwarranted motions that contradict the fundamental principles of fairness and equity in the judicial process. My right to defend myself against all allegations and against all robbery must be upheld, free from the constraints imposed by the opposing party's *misinterpretation* of procedural norms.

16. All Defendants' Replies, must be stricken from the record too if my reply must be unjustly stricken, but in the interest of justice, i demand that all should be kept in the record and to to be seen by the unbiased public's eyes. Both Defendant parties exhibited an alarming attitude of entitlement that reflects a double standard and favoritism: their conduct effectively asserts that they are permitted to disregard procedural norms by filing replies without seeking motion and leave of court, while i, Linh, a sui juris litigant, am subjected to different stricter standards

simply because i am not part of their B.A.R. card fraternity, ignoring the law saying that less-strict standards are to be applied to sui juris nonlawyer litigants. This disparity in treatment not only undermines the principles of fairness that are foundational to our legal system but also contradicts the very essence of due process as enshrined in the **Fifth and Fourteenth Amendments** of the U.S. Constitution. These amendments guarantee that no individual shall be deprived of liberty or property without due process of law, applying <u>equally to all parties, regardless of their legal affiliations</u>. Establishing a separate higher standard for my legal practice as a self-represented litigant is not only *unjust* but also risks a violation of my rights to equal protection under the law as articulated in **42 U.S.C. § 1983**, which provides remedies for violations of constitutional rights by state actors. In the case of **Patterson v. Colorado**, 205 U.S. 454 (1907), the Supreme Court noted that all parties must be treated equally before the law without favoritism or discrimination. The current practices exhibited by the defendants reflect a clear intent to sidestep the rules that are meant to govern all parties equally. For these reasons, I urge the court to <u>ADMONISH THE DEFENDANTS</u>.

a. *Roadway Express v. Pipe*, 447 U.S. 752 at 757 (1982): "**Due to sloth, inattention or desire to <u>seize tactical advantage</u>, lawyers have long engaged in <u>dilatory practices</u>**... the glacial pace of much litigation breeds frustration with the Federal Courts and ultimately, **<u>disrespect for the law</u>**."
b. It is settled that the allegations of a pro se litigants' complaint however inartfully pleaded are held to less stringent standards than formal pleadings drafted by lawyers. *Eldridge v. Block*, 832 F.2d 1132, 1137 (9th Cir. 1987).
c. Liberal construction means that pro se litigants are relieved from the strict application of procedural rules and demands that courts not hold missing or inaccurate legal terminology or muddled draftsmanship against them. **Blaisdell**, 729 F.3d at 1241.
d. *Jenkins v. McKeithen*, 395 U.S. 411, 421 (1959); *Picking v. Pennsylvania R. Co.,* 151 Fed 2nd 240; *Pucket v. Cox,* 456 2nd 233: "Pro se pleadings are to be considered <u>without regard to technicality;</u> pro se litigants' pleadings are not to be held to the same high standards of perfection as lawyers."
    i. *Picking v. Pennsylvania Railway*, 151 F.2d. 240, Third Circuit Court of Appeals: <u>The plaintiff's civil rights pleading was 150 pages and described by a federal judge as "inept". Nevertheless,</u> it was held "Where a plaintiff pleads pro se in a suit for protection of civil rights, the Court should endeavor to construe Plaintiff's Pleadings <u>without regard to technicalities.</u>"
    ii. *Puckett v. Cox,* 456 F. 2d 233 (1972) (6th Cir. USCA): It was held that a pro se complaint requires a <u>less stringent</u> reading than one drafted by a lawyer per Justice Black in *Conley v. Gibson* (see case listed above, Pro Se Rights Section).

e. *Maty v. Grasselli Chemical Co.*, 303 U.S. 197 (1938): "Pleadings are intended to serve as a means of arriving at fair and just settlements of controversies between litigants. They <u>should not raise barriers which prevent the achievement of that end</u>. Proper pleading is important, but its importance consists in its effectiveness as a means to accomplish the end of a just judgment."

f. *Sherar v. Cullen*, 481 F. 2d 946 (1973): "There can be <u>no sanction or penalty</u> imposed upon one because of his exercise of Constitutional Rights."

g. *Murdock v. Pennsylvania*, 319 U.S. 105 (1943): "No state shall convert a liberty into a license, and charge a fee therefore."

h. *Brotherhood of Railroad Trainmen v. Virginia ex rel. Virginia State Bar,* 377 U.S. 1 (1964): Litigants can be assisted by unlicensed laymen during judicial proceedings.

i. *NAACP v. Button*, 371 U.S. 415; *United Mineworkers of America v. Gibbs*, 383 U.S. 715; and *Johnson v. Avery*, 89 S. Ct. 747 (1969): Members of groups who are competent nonlawyers can assist other members of the group achieve the goals of the group in court without being charged with 'unauthorized practice of law'.

17. **Good Cause Exists for Filing Sur-Reply:** Plaintiff filed the sur-replies to address <u>new arguments presented in the Defendants' Reply Briefs</u>, ensuring a complete and fair presentation of her case. Why should the sur-reply be stricken if the initial reply by all Defendants remains unchallenged? The principle here is clear: truth should never be hidden or suppressed, and every individual—man or woman—deserves to be treated <u>equally</u> and <u>with respect</u>. <u>The opposing party submitted a reply to my response without first seeking leave from the court, thus opening the door for me to file a sur-reply without needing explicit permission</u>.

18. **In the realm of common law, to which i invoked this court's authority**, the tradition holds that all parties have the right to present their positions fully and openly. There is a longstanding legal principle that aligns with the concept of due process, as articulated in the **Fifth Amendment** of the U.S. Constitution, which guarantees that no person shall be deprived of life, liberty, or property without due process of law. Here, due process necessitates that both parties have the opportunity to confront and rebut claims made against them.

19. Moreover, under the **Federal Rules of Civil Procedure**, particularly **Rule 15**, a party may respond to an opposing party's pleading and, in the interests of justice, should have the right to rebuff any <u>new</u> allegations or <u>misrepresentations</u> presented which there were plenty of new allegations and misrepresentations by Defendants in their reply to my response. By seeking to suppress a sur-reply full of rebutting truth, the opposing party maliciously attempted to limit

relevant truths that need to be addressed in this case.

20. This court should embrace its role as a <u>seeker of truth</u>, discerning between fact and falsehood, and allowing for open and fair rebuttal to <u>all claims</u>. To do otherwise would violate the foundational principles of equality and justice that are enshrined not only in our laws but in the very fabric of our society. To strike the sur-reply while allowing the reply to stand would undermine the commitment to fairness and equity that we are all entitled to under the law.

21. **Supreme Court's Guidance on sui juris Litigation:** Following **U.S. Supreme Court** ruling in *Loper Bright Enterprises v. Raimondo*, 592 U.S. ___ (June 28, 2024), courts must balance procedural rigor with the need to accommodate sui juris litigants, preventing unjust dismissal of their pleadings; this SCOTUS ruling also addressed the scope of agency overreach and the standing of federal, state, and local agencies in administrative proceedings. Plaintiff's case involved a lot of substantive allegations and alleged harm if true without being allowed to prove true to be recompensed will be egregious and evil in the eyes of YAHUAH and of all men, and will be recorded in eternal history, and this evoke the wrath of YAHUAH on all those involved and their lands, as promised in Bible's <u>Jeremiah 6:14,15,19</u> GNV.

22. **Defendants' Motions are Unwarranted:** The motions to strike are primarily tactical, aiming to limit Plaintiff's ability to respond rather than addressing substantive legal issues.

23. **False Accusations of "Threats" without any proof of harm against Injured Victim to Distract, Deflect, Delay to Deny Justice is well-known strategies of Abusers/Criminals:**

    a. False accusations made without any proof of harm against this injured victim are blatant and calculated strategies employed by abusers and criminals such as Defendants. These tactics—designed to distract, deflect, and delay justice—are all too familiar.

    b. I want to clarify that any statements made that may have seemed threatening were never intended to intimidate; rather, they were heartfelt expressions rooted in my faith: My Protector is my Heavenly Father named YAHUAH i.e. The Creator remains steadfast, as He always has, in punishing those who perpetrate evil, including those who have harmed me as detailed in my complaint, and those who have either failed to protect me or chose complicity

in these wrongdoings. In this context, I invoke the timeless Latin phrase, *"Nemo me impune lacessit,"* meaning "no one attacks me with impunity." This motto, associated with Scotland and the Order of the Thistle, serves as a powerful reminder that harming a child of **YAHUAH (the Most High, the Creator, the GREAT I AM THAT I AM**) will not go unaddressed. Those who maliciously inflict injury should understand that they cannot act without facing consequences, avenged by Him in the name of Yahusha the Christ. I hold dearly the belief articulated in <u>**1 Samuel 24:12**</u>: "May the Lord judge between you and me. And may the Lord avenge the wrongs you have done to me, but my hands will not touch you." This belief emphasizes divine justice, as also reflected in <u>**Proverbs 24:12**</u>: "If you said, 'But we knew nothing about this,' does not He who weighs the heart perceive it? Does not He who guards your life know it? Will He not repay everyone according to what they have done?" It appears the wrongdoers refuse to repent or apologize, continuing their path without recognition of the harm inflicted upon me—taking my retirement and robbing me not just of funds, of years of hard-earned labor, and of my daughter (my property, my liberty/freedom to associate with blood family, and my livelihood). They orchestrated this theft while I was only forty years old (30 years before average retirement age), with numerous first-hand witnesses, including Wade Reeves, Maryann Petri, Hester Brown, and many others who prefer to remain unnamed for their safety from retaliation.

c.  Legal Violations and Criminal Activity alleged are numerous and grave, and must never be dismissed:

   i. **Fair Debt Collection Practices Act (15 U.S.C. § 1692, et seq.)**
   ii. **Mail and Wire Fraud**
   iii. **Bank Fraud**
   iv. **Impersonation of IRS Agents and Article III Judges (18 U.S.C. § 912)**
   v. **Conspiracy Against Rights (18 U.S.C. § 241)**
   vi. **Violation of Civil Rights (42 U.S.C. § 1983)**
   vii. **Deprivation of Rights Under Color of Law (18 U.S.C. § 242)**
   viii. **Violation of Procedural Due Process Rights under the Fourteenth Amendment**
   ix. **Unwarranted Seizure of Bank Funds and Personal Information**
   x. **False Imprisonment and Unlawful Arrest (25 CFR § 11.404)**
   xi. **Fraudulent Acquisition of Confidential Financial Records (12 U.S.C. § 3403)**

xii. **Malicious Prosecution & Intentional Infliction of Emotional Distress (18 U.S.C. §2340)**
xiii. **Misappropriation of State Funds (18 U.S.C. §§ 643-653)**
xiv. **Extortion and Abusive Debt Collection Practices**
xv. **Defamation (28 U.S.C. § 4101(1))**
xvi. **Government Overreach**

d. This litany of injustices reflects a systemic failure and individual malevolence that will NOT be overlooked. Justice shall prevail in Yahusha's name, and those who believe they can evade accountability will find they have misjudged the divine order of right and wrong.

V. CONCLUSION: For the reasons articulated above, Plaintiff respectfully requests that this Honorable Court deny Defendants' Motions to Strike her Rebuttal to their perjurious-and-without-Court's-permission Replies to her Response to their Motion to Dismiss, thus enabling her to fully and fairly present her case. The Plaintiff asserts that her Original Complaint sufficiently states claims that not only justify the continuation of these proceedings in this Court but also seek redress for direct violations of her rights under federal law and rights given by God Creator. Consequently, Plaintiff requests that this Honorable Court deny all motions to dismiss as well as all motions to strike. Furthermore, she urges the Court to expedite the progression of this case by scheduling a conference in preparation for a jury trial in common law court, overseen by an Article III Judge (article three judge) as outlined in the United States original Constitution, and issuing requested injunctions against Oklahoma Supreme Court and against Tulsa County District Court to reinstatement of my ability to proceed without incurring court fees, ordering offending Defendants to end **harassments** (including unlawful Child-Support Collection practices/efforts via OKDHS CSS; malicious prosecution by Tulsa County for Indirect Contempt of Court charges for child support) and **defamation** of Plaintiff (including but not limited defamation alleging "contempt of court", "not paying child support", "willful violation of court order", "abusive parent with substantiation of abuse" without any evidence and without any witnesses during any trial including jury trial); Vacate *Child Support Order* of October 14, 2022 and *Order Modifying The Decree of Dissolution of Marriage* of February 20, 2024 that breached previous contracts of child support finalized in another State

and previously upheld by previous judges of Tulsa County Court; <u>uphold</u> original Child Support Contract of January 2016 in Oregon and upheld in Oklahoma 07/2017 and again in 2019 to comply with judicial estoppel; <u>ordering</u> there shall never be any child support order to be issued against Mother unless Father give Mother back her paid-in-full brand-new-fully-loaded Jeep Wrangler and brand-new fully loaded Baja 18-feet Trailer; <u>ordering</u> the reversal of Defendant's passport-suspension/revocation and licensures-suspension stemmed from OKDHS CSS' persecutory actions. In seeking these remedies, the Plaintiff emphasizes her right to a fair trial and full access to justice, as guaranteed under the **Sixth Amendment** and preserved by the principles of due process. The Plaintiff also respectfully requests that the Court grants any additional relief it deems just and appropriate to ensure fairness and equity in these proceedings.

> We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, --That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. **The unanimous Declaration of the thirteen united States of America, circa 1776.**

*Nemo me impune lacessit.*
PRIVATE; THIS IS NOT A PUBLIC COMMUNICATION
Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent
Applications to all successors and assigns
**Silence is Tacit Acquiescence/Agreement/Dishonor**

## <u>Avouchment / Verification</u>

I hereby declare, certify and state, pursuant to the penalties of perjury under the laws of the United States of America, and by the provision of **28 USC 1746** that all of the above and foregoing representations are true and correct to the best of my knowledge, information, and belief. Executed in <u>Tulsa</u> County, Oklahoma on this <u>22nd</u> day of <u>November</u> in the Year of Our Lord <u>Two Thousand and Twenty Four</u>.

Private sector autograph;
WITHOUT RECOURSE
*without prejudice*
By beneficiary: *Linh-Tran Stephens/Agent*

Linh-Tran:Stephens / Authorized Representative and beneficiary of LINH TRAN STEPHENS
Reserving all my rights without prejudice,
A natural living woman breathing with a living soul and a Holy Spirit of Creator YAHUAH, non-incorporated, living on the land of the republic, with all her God-given rights, Sovereign Sui

Juris, one of the People, Freeman on the Land, General Delivery Town Post,
c/o 11063 S Memorial Dr Ste D #235, Tulsa, Oklahoma union state, without USDC,
Zip exempt, but near [74008]
LinhStephens7@gmail.com

## Notary as JURAT CERTIFICATE

STATE OF <u>MINNESOTA</u> )
        ) *ss*
COUNTY OF <u>SHERBURNE</u> )

I swear that on this <u>22</u><sup>nd</sup> day of <u>November</u>, 20<u>24</u>. The above-named Affiant, <u>Linh-Tran: Stephens</u>, Authorized Representative for Legal Fiction <u>LINH TRAN STEPHENS</u>, personally appeared before me electronically, and of her own free will, signed and executed this AFFIDAVIT. WITNESS my hand and official seal.

*Melissa K. Vagle*
**Signature of Notary/Jurat**

MELISSA K VAGLE
Notary Public
State of Minnesota
My Commission Expires
January 31, 2028

My commission expires: 01/31/2028

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the <u>22</u><sup>nd</sup> day of <u>November</u>, 2024, a true, correct, and exact copy of the above and foregoing instrument was electronically transmitted to the Clerk of the Court via ProSeFilingsOKND@oknd.uscourts.gov for filing because efiling and In Forma Pauperis (IFP) were approved:

1. Defendant #1: CHILD SUPPORT SERVICES OF OKLAHOMA DEPARTMENT OF HUMAN SERVICES (CSS of OKDHS), P.O. Box 27068, Tulsa OK 74149, or Oklahoma Centralized Support Registry, P.O. Box 268849, Oklahoma City, OK 73126; Tel: 405-522-2273; email: Defendant #2: CHARLES SCHWAB AND CO., INC., 3000 Schwab Way, Westlake, TX 76262; Tel: 1800-435-4000; email: TPLPLevy@schwab.com
2. Defendant #3: Cierra Freeman, an individual in her personal capacity, and in official capacity as court-appointed attorney for child support enforcement, Boeheim Freeman Law, 616 S Boston Ave, Suite 307, Tulsa OK 74119; Tel: 918-884-7791; email: cfreeman@boeheimfreeman.com
3. Defendant #4: Mary Johnmeyer, an individual in her personal capacity, and in official capacity as legal counsel of Charles Schwab and Co., Inc.; 3000 Schwab Way, Westlake, TX 76262; Tel: 800-435-4000; email: TPLPLevy@schwab.com
4. Defendant #5: Renee Banks, an individual in her personal capacity, and in official capacity as CSS Director, PO Box 248822, Oklahoma City, OK 73124; Tel: 918-295-3500; email: renee.banks@okdhs.org
5. Defendant #6: Jason Hoenshell, an individual in his personal capacity, and in official capacity as Oklahoma FIDM Coordinator, PO Box 248822, Oklahoma City, OK 73124; Tel: 405-982-1530; email: jason.hoenshell@okdhs.org
6. Defendant #7: Emmalene Stringer, an individual in her personal capacity, and in official capacity as State's Attorney for CSS, 3666 N Peoria Ave, Tulsa, OK 74106, or PO BOX 27068, Tulsa, OK 74149; Tel: 918-295-3500, Fax: 918-430-2364, email: emmalene.stringer@okdhs.org and

without prejudice
By beneficiary: Linh-Tran Stephens/Agent

---

# EXHIBIT 01

*1 page*

ORIGINAL

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

FILED
SUPREME COURT
STATE OF OKLAHOMA

JAN 23 2023

JOHN D. HADDEN
CLERK

Rec'd (date) 1-23-23
Posted
Mailed
Distrib
Publish    Yes ___ No X___

IN RE THE MARRIAGE OF:
LINH TRAN STEPHENS,

    Appellant,

v.                No. 120,849

ADAM SYLVESTER STEPHENS,

    Appellee.

## ORDER

Appellee's Motion to Dismiss Appeal for lack of an appealable order is granted

in part, and denied in part. 12 O.S. 2021, §§ 952 & 953.

The motion to dismiss is granted as to the October 17, 2022 order awarding

temporary child support in accordance with the temporary custody order and the

October 31, 2022 order denying Appellant's objection and motion to recalculate.

Such orders are interlocutory and not immediately appealable. *S.W. v. Duncan,* 2001

OK 39, ¶ 11, 24 P.3d 846. Moreover, the orders do not fall into any of the statutory

or rule-based categories of orders appealable by right. *See* 12 O.S. 2021, §§

952(b)(2), 993(A), and Rule 1.60, *Oklahoma Supreme Court Rules,* Tit. 12, ch. 15,

App. 1. *See also Kantor v. Kantor,* 1994 OK 132, ¶ 2, 886 P.2d 480.

To the extent Appellant challenges the November 2, 2022 order sealing

records, Appellee's motion to dismiss is denied.  The order sealing records is the

functional equivalent of an injunction, therefore the appeal of this order shall proceed

as an appeal from an order appealable by right. *Collier v. Reese,* 2009 OK 86, ¶ 11,

222 P.3d 966. *See* Rule 1.60(c), *Oklahoma Supreme Court Rules,* Tit. 12, ch. 15,

App. 1.

Appellant will have the opportunity to seek review of the October 17, 2022 and

October 31, 2022 orders upon a final adjudication of the parties' motions to modify

custody filed in the district court case. Appellee's Objection to Appellant's Pauper's

Affidavit is denied.

    DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS

23RD  DAY OF JANUARY, 2023.



                      CHIEF JUSTICE

ALL JUSTICES CONCUR

-2-

# EXHIBIT 02

**4 pages**

Form **1040**
Department of the Treasury-Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2021**
OMB No. 1545-0074 | IRS Use Only-Do not write or staple in this space.

**Filing Status**
Check only one box.
[ ] Single [ ] Married filing jointly [x] Married filing separately (MFS) [ ] Head of household (HOH) [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶ x☒☒☒☒#☒

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Linh T | Stephens | ☒☒☒☒5094 |

If joint return, spouse's first name and middle initial | Last name | **Spouse's social security number**
☒☒☒☒☒☒

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | **Presidential Election Campaign**

City, town, or post office. If you have a foreign address, also complete spaces below. | State **OK** | ZIP code

Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.

Foreign country name | Foreign province/state/county | Foreign postal code

[ ] You [ ] Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency? [ ] Yes [x] No

**Standard Deduction**
**Someone can claim:** [ ] You as a dependent [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** **You:** [ ] Were born before January 2, 1957 [ ] Are blind **Spouse:** [ ] Was born before January 2, 1957 [ ] Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ▶ [ ]

| (1) First name Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

**Attach Sch. B if required.**

| | | | |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 1 | |
| 2a | Tax-exempt interest . . . 2a | b Taxable interest . . . 2b | 301 |
| 3a | Qualified dividends . . . 3a 79 | b Ordinary dividends . . . 3b | 79 |
| 4a | IRA distributions . . . 4a | b Taxable amount . . . 4b | |
| 5a | Pensions and annuities 5a | b Taxable amount . . . 5b | |
| 6a | Social security benefits 6a | b Taxable amount . . . 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 7 | 6,493 |
| 8 | Other income from Schedule 1, line 10 | 8 | 17,302 |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | 9 | 24,175 |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | 297 |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** ▶ | 11 | 23,878 |
| 12a | **Standard deduction or itemized deductions** (from Schedule A) . . . 12a 12,550 | | |
| b | Charitable contributions if you take the standard deduction (see instructions) 12b 300 | | |
| c | Add lines 12a and 12b | 12c | 12,850 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | 781 |
| 14 | Add lines 12c and 13 | 14 | 13,631 |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | 15 | 10,247 |

**Standard Deduction for-**
● Single or Married filing separately, $12,550
● Married filing jointly or Qualifying widow(er), $25,100
● Head of household, $18,800
● If you checked any box under *Standard Deduction,* see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

EEA

Form **1040** (2021)

Draft Copy

**SCHEDULE 1**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **01**

# Additional Income and Adjustments to Income

▶ **Attach to Form 1040, 1040-SR, or 1040-NR.**
▶ **Go to** *www.irs.gov/Form1040* **for instructions and the latest information.**

Name(s) shown on Form 1040,1040-SR, or 1040-NR

Linh T Stephens

**Your social security number**

XXXX-5094

## Part I  Additional Income

| | | | |
|---|---|---|---:|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | **1** | |
| 2a | Alimony received | **2a** | |
| b | Date of original divorce or separation agreement (see instructions)  ▶ | | |
| 3 | Business income or (loss). Attach Schedule C | **3** | 4,204 |
| 4 | Other gains or (losses). Attach Form 4797 | **4** | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **5** | |
| 6 | Farm income or (loss). Attach Schedule F | **6** | |
| 7 | Unemployment compensation | **7** | 13,098 |
| 8 | Other income: | | |
| a | Net operating loss | **8a** ( ) | |
| b | Gambling income | **8b** | |
| c | Cancellation of debt | **8c** | |
| d | Foreign earned income exclusion from Form 2555 | **8d** ( ) | |
| e | Taxable Health Savings Account distribution | **8e** | |
| f | Alaska Permanent Fund dividends | **8f** | |
| g | Jury duty pay | **8g** | |
| h | Prizes and awards | **8h** | |
| i | Activity not engaged in for profit income | **8i** | |
| j | Stock options | **8j** | |
| k | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | **8k** | |
| l | Olympic and Paralympic medals and USOC prize money (see instructions) | **8l** | |
| m | Section 951(a) inclusion (see instructions) | **8m** | |
| n | Section 951A(a) inclusion (see instructions) | **8n** | |
| o | Section 461(l) excess business loss adjustment | **8o** | |
| p | Taxable distributions from an ABLE account (see instructions) | **8p** | |
| z | Other income. List type and amount  ▶ | **8z** | |
| 9 | Total other income. Add lines 8a through 8z | **9** | |
| 10 | Combine lines 1 through 7 and 9. Enter here and on Form 1040,1040-SR, or 1040-NR line 8 | **10** | 17,302 |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule 1 (Form 1040) 2021

EEA

# Form 1040

Department of the Treasury—Internal Revenue Service

## U.S. Individual Income Tax Return 2022

OMB No. 1545-0074    IRS Use Only-Do not write or staple in this space.

**Filing Status**
Check only one box.

☐ Single   ☐ Married filing jointly   ☒ Married filing separately (MFS)   ☐ Head of household (HOH)   ☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:   X▮▮▮▮▮▮ H

| Your first name and middle initial | Last name | | Your social security number |
|---|---|---|---|
| Linh T | Stephens | | XXX–XX–5094 |

If joint return, spouse's first name and middle initial    Last name

**Spouse's social security number**
▮▮▮▮

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.

▮▮▮▮▮▮▮▮▮▮▮▮0

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.

City, town, or post office. If you have a foreign address, also complete spaces below.    State   OK   ZIP code

▮▮▮▮

Foreign country name    Foreign province/state/county    Foreign postal code

     ☐ You   ☐ Spouse

**Digital Assets**
At any time during 2022, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, gift, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)    ☐ Yes   ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent   ☐ Your spouse as a dependent

☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**   You: ☐ Were born before January 2, 1958   ☐ Are blind    Spouse: ☐ Was born before January 2, 1958   ☐ Is blind

**Dependents** (see instructions):

If more than four dependents, see instructions and check here ☐

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions)    1i | | |
| z | Add lines 1a through 1h | 1z | |
| 2a | Tax-exempt interest    2a    b Taxable interest | 2b | 1 |
| 3a | Qualified dividends    3a    13    b Ordinary dividends | 3b | 13 |

**Standard Deduction for—**
- Single or Married filing separately, $12,950
- Married filing jointly or Qualifying surviving spouse, $25,900
- Head of household, $19,400
- If you checked any box under *Standard Deduction,* see instructions.

## Parenthesis means negative income

| | | | |
|---|---|---|---|
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | 3,496 |
| 8 | Other income from Schedule 1, line 10 | 8 | (15,673) |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | (12,163) |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | (12,163) |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 | 12,950 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 12,950 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.      Form **1040** (2022)

EEA

FILING Copy

Form **1040**
Department of the Treasury-Internal Revenue Service
**U.S. Individual Income Tax Return** **2023** OMB No. 1545-0074 IRS Use Only-Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____ , 2023, ending _____ See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Linh T | Stephens | XXX-XX-XXXX |

If joint return, spouse's first name and middle initial | Last name | **Spouse's social security number**
XXX-XX-XXXX

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | **Presidential Election Campaign**
**8214 E 111th PL S Unit 100**

City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code
**Bixby** | **OK** | **74008-2452**

Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.

Foreign country name | Foreign province/state/county | Foreign postal code

☐ You ☐ Spouse

**Filing Status**
Check only one box.

☐ Single
☐ Married filing jointly (even if only one had income)
☒ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: ☒XXXX H☒

**Digital Assets**
At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) . . ☐ Yes ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1959 ☐ Are blind **Spouse:** ☐ Was born before January 2, 1959 ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ☐

| (1) First name Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): |  |
|---|---|---|---|---|
|  |  |  | Child tax credit | Credit for other dependents |
|  |  |  | ☐ | ☐ |
|  |  |  | ☐ | ☐ |
|  |  |  | ☐ | ☐ |
|  |  |  | ☐ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

**Standard Deduction for-**
● Single or Married filing separately, $13,850
● Married filing jointly or Qualifying surviving spouse, $27,700
● Head of household, $20,800
● If you checked any box under *Standard Deduction,* see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) . . . . . . . | **1a** | |
| b | Household employee wages not reported on Form(s) W-2 . . . . . . . | **1b** | |
| c | Tip income not reported on line 1a (see instructions) . . . . . . . . | **1c** | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | **1d** | |
| e | Taxable dependent care benefits from Form 2441, line 26 . . . . . . | **1e** | |
| f | Employer-provided adoption benefits from Form 8839, line 29 . . . . . | **1f** | |
| g | Wages from Form 8919, line 6 . . . . . . . . . . . . . . | **1g** | |
| h | Other earned income (see instructions) . . . . . . . . . . . | **1h** | |
| i | Nontaxable combat pay election (see instructions) . . . . . . 1i | | |
| z | Add lines 1a through 1h . . . . . . . . . . . . . . . . | **1z** | |
| 2a | Tax-exempt interest . . . **2a** | b Taxable interest . . . . . | **2b** | |
| 3a | Qualified dividends . . . . **3a** | b Ordinary dividends . . . . | **3b** | |
| 4a | IRA distributions . . . . **4a** | b Taxable amount . . . . | **4b** | |
| 5a | Pensions and annuities . . **5a** | b Taxable amount . . . . | **5b** | |
| 6a | Social security benefits . . **6a** | b Taxable amount . . . . | **6b** | |
| c | If you elect to use the lump-sum election method, check here (see instructions) . . . . . . . ☐ | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . ☐ | **7** | |
| 8 | Additional income from Schedule 1, line 10 . . . . . . . . . . | **8** | (11,948) |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** . . . . | **9** | (11,948) |
| 10 | Adjustments to income from Schedule 1, line 26 . . . . . . . . | **10** | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** . . . . | **11** | (11,948) |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) . . . . | **12** | 13,850 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A . . . | **13** | |
| 14 | Add lines 12 and 13 . . . . . . . . . . . . . . . . . | **14** | 13,850 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** . . . | **15** | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. Form **1040** (2023)

EEA

# EXHIBIT 03

*4 pages*



# ORIGINAL

FILED
SUPREME COURT
STATE OF OKLAHOMA

JUL 23 2024

JOHN D. HADDEN
CLERK

## IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

| | |
|---|---|
| Linh Tran Stephens, *a living natural woman with a living soul and all human rights,* | ) Supreme Court No. **DF-120849** |
| | ) |
| | ) District Court Case No. **FD-2015-2228** |
| *Petitioner/Appellant/Mother,* | ) Docket C, Special Judge April Seibert |
| vs. | ) (Tulsa County) |
| ADAM SYLVESTER STEPHENS, | ) Presiding Judge Dawn Moody |
| *Respondent/Appellee/Father.* | ) (previously Doug Drummond) |

### NOTICE REGARDING UNITED STATES SUPREME COURT'S ORDER

Per written order from the United States Supreme Court dated July 11, 2024, "**RE: Stephens v. Stephens, OK Ct. of Civil App. No. 120,849**" that was received in the mail on Friday 07/19/2024–despite Mandate of this case by lower court (Oklahoma Supreme Court was issued on July 11, 2024–this woman with a living soul and all her human rights reserved without prejudice and without recourse, whose named is Linh Tran Stephens, was instructed: "*case must first be reviewed by a United States court of appeals or by the highest state court in which a decision could be had. 28 USC 1254 and 1257.*" [see attached Exhibit 1].

Therefore, a copy of this woman Linh Tran Stephens' **WRIT OF CERTIORARI** shall be filed separately here in Oklahoma Supreme Court but the same date as this NOTICE.

Private sector autograph;

*without prejudice*

By beneficiary: *Linh-Tran Stephens/Agent*
: linh-tran: stephens / attorney-in-fact
Reserving all my rights WITHOUT PREJUDICE, UCC §1-308. WITHOUT RECOURSE.
A natural living breathing woman with a living soul,
living on the land of the republic of oklahoma with full human rights, Sui Juris, One of the People,
Attorney-in-fact, Agent, Representative for Legal Fiction,
Acting as Beneficiary of LINH TRAN STEPHENS
General Delivery Town Post without United States
c/o 11063 S Memorial Dr Ste D #235, Tulsa, Oklahoma [74133-7366]
LinhStephens7@gmail.com

### CERTIFICATE OF SERVICE

I, Linh Tran Stephens, hereby certifies that on the 23rd day of July, 2024, a true, correct, and exact copy of the above and foregoing instrument was mailed to:
Gilbert J. Pilkington, Jr., OBA # 21998, PILKINGTON LAW FIRM, PLLC
P.O. Box 52614, Tulsa, OK 74152-0614
***Attorney for Respondent named Adam Sylvester Stephens***

1 original and 14 copies delivered to
Supreme Court Clerk's Office, 2100 N Lincoln Blvd, Suite 4, Oklahoma City, OK 73105-4907

*without prejudice*
*Linh-Tran Stephens/Agent*

| | |
|---|---|
| Received: | 7·23·24 |
| Docketed: | JM |
| Marshal: | |
| COA/OKC: | |
| COA/TUL: | |

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

July 11, 2024

Linh Stephens
C/O 11063 S Memorial Dr.
Suite D. #235
Tulsa, OK 74133

    RE: Stephens v. Stephens
        OK Ct. of Civil App. No. 120,849

Dear Ms. Stephens:

    The above-entitled petition for a writ of certiorari was originally postmarked March 25, 2024 and received again on June 27, 2024. The papers are returned for the following reason(s):

    Your case must first be reviewed by a United States court of appeals or by the highest state court in which a decision could be had. 28 USC 1254 and 1257.

Sincerely,
Scott S. Harris, Clerk
By:

Emily Walker
(202) 479-5955

**EXHIBIT #1**

Enclosures



*1 0 5 8 7 7 4 1 2 6 *

# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

In Re the Marriage of :

Linh Tran Stephens,
Petitioner/Appellant,

vs

Adam Sylvester Stephens,
Respondent/Appellee.

)
) Supreme Court Case Number: 120849
)
) Lower Court Case Number: FD-2015-2228
)
) Lower Court: Tulsa County District Court
)

## MANDATE

On the 11th day of July , 2024 , the Honorable Chief Justice John  Kane of the Oklahoma Supreme Court ordered the Clerk of the Supreme Court to issue mandate, pursuant to the rules of the Oklahoma Supreme Court, in the above-styled appeal from the Tulsa County District Court.

On appeal, the following judgment was entered on April 23rd, 2024:

## AFFIRMED

Costs of $0.00 are taxed and allowed pursuant to Section 978 of Title 12 of the Oklahoma Statutes and the rules of the Oklahoma Supreme Court.

Therefore, the Tulsa County District Court is directed to enter of record the above judgment and to issue process or take further action as required by the order or opinion issued in this appeal.

JOHN D. HADDEN
Clerk of the Appellate Courts

By Julia  McAllister, Deputy


IN THE SUPREME COURT OF THE STATE OF OKLAHOMA JUL 29 2024

Monday, July 29, 2024 JOHN D. HADDEN
CLERK

THE CLERK IS DIRECTED TO ENTER THE FOLLOWING ORDERS OF THE COURT:

122300     Citizen Energy III et al. v. Warwick-Jupiter et al.

This appeal is hereby dismissed on the motion of the appellants.

122303     Citizen Energy III et al. v. Warwick-Jupiter et al.

This appeal is hereby dismissed on the motion of the appellants.

121496     Michael Lee v. Oklahoma Department of Human Services

The Court noes appellant Michael Lee's filing of a Supplemental Petition in Error and Record on Accelerated Appeal on July 24, 2024, and appellant's filing of an Affidavit on July 26, 2024. Mandate issued in this case on January 11, 2024, and this case is closed. This Court will not consider any filings in a case after issuance of mandate. Appellant's filings in this case on July 24, 2024 and July 26, 2024, and any future filings in this case, will not be considered.

If appellant Michael Lee intended to commence a new proceeding, he must file a new separate case, with a filing fee or, if appropriate, a pauper's affidavit, which will be assigned a new case number.

120849     Linh Tran Stephens v. Adam Stephens

The Court notes petitioner Linh Tran Stephens' Petition for a Writ of Certiorari filed on July 23, 2024, and her Notice Regarding U.S. Supreme Court's Order on July 23, 2024. Mandate issued in this case on July 11, 2024, and this case is closed. This Court will not consider any filings in a case after issuance of mandate. Accordingly, Petitioner's filings on July 23, 2024, and any future filings in this case, will not be considered.

_____
CHIEF JUSTICE

| | |
|---|---|
| Rec'd (date) *7·29·24* | |
| Posted | *JC* |
| Mailed | *JC* |
| Distrib | *JC* |
| Publish _____ yes ____ no | |

# EXHIBIT 04

**2 pages**

*1055264876*

# ORIGINAL

## IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

FILED
SUPREME COURT
STATE OF OKLAHOMA

JUN - 5 2023

JOHN D. HADDEN
CLERK

| | |
|---|---|
| LINH TRAN STEPHENS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 121,200 |
| | ) |
| HONORABLE DEBORAH LEITCH, | ) |
| | ) |
| Respondent. | ) |

Rec'd (date) 6-5-23
Posted _____
Mailed _____
Distrib _____
Publish _____ yes __X__ no

### ORDER

By Order entered April 3, 2023, this Court construed Petitioner's "Motion for Emergency Stay of Mother's Child-Support-Indirect-Contempt Arraignment and Related Subsequent Proceedings" as an application to assume original jurisdiction. Petitioner's application is denied.

The Court notes that Petitioner has initiated multiple appeals challenging the same orders or has otherwise requested relief from this Court which lack legal or factual support.

Accordingly, Petitioner is hereby admonished future filings in this Court which lack support in either the facts or the law will result in the revocation of Petitioner's *pauperis* status or other sanctions, including an award of attorney fees to the adverse party. Okla.Sup.Ct.R. 1.191(j), 12 O.S. Appx. 1.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 5th DAY OF JUNE, 2023.

_____
CHIEF JUSTICE

ALL JUSTICES CONCUR.



# ORIGINAL

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

FILED
SUPREME COURT
STATE OF OKLAHOMA

SEP 30 2024

JOHN D. HADDEN
CLERK

LINH TRAN STEPHENS,                    )
                                       )
        Petitioner,                    )
                                       )
v.                                     )        No.   122,445
                                       )
APRIL SEIBERT, AND                     )
DEBORRAH (SIC) LUDI LEITCH,            )
AND TODD CHESBRO, AND                  )
DAWN MOODY, ALL SPECIAL                )
JUDGES OF TULSA COUNTY,                )
                                       )
        Respondents.                   )

Rec'd (date) 9-30-24
Posted _____
Mailed _____
Distrib _____
Publish _____ yes  X no

## ORDER

Original jurisdiction is assumed. Okla. Const. Art. 7, § 4. Petitioner's Petition for

Writ of Mandamus Compelling Judicial Recusal is denied. Real Party in Interest Adam

Sylvester Stephens' request for award of attorney fees is granted. The Court finds

Petitioner's Application lacking in legal and factual basis. Pursuant to the Court's order in

Case No. 121,200 issued June 5, 2023, Petitioner's *in pauperis* status is hereby revoked.

To commence a new proceeding in this Court, Petitioner shall hereafter be required to

submit the required cost deposit in conformance with Supreme Court Rules.

Real Party in Interest Adam Sylvester Stephens' request for award of attorney fees

is granted.   Cause remanded to trial court for determination of attorney fees.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 30TH

DAY OF SEPTEMBER, 2024.

_____
CHIEF JUSTICE

ALL JUSTICES CONCUR