IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LINH TRAN STEPHENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-CV-216-JDR-CDL |
| | ) | |
| CHILD SUPPORT SERVICES OF OKLAHOMA DEPARTMENT OF HUMAN SERVICES, *et al.* | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Mary Tolbert ("Movant"), of the law firm of Steptoe & Johnson, PLLC, moves the Court for permission to withdraw as counsel of record for Defendants Charles Schwab & Co., Inc. and Mary Johnmeyer ("Defendants"). In support of this motion, Movant states as follows:

1. Movant is leaving the law firm of Steptoe & Johnson PLLC ("Firm"); representation, however, of the Defendants will remain with the Firm as Tara A. LaClair will continue as counsel of record for Defendants.

2. As such, Movant's withdrawal will not cause delay or prejudice to any part of this proceeding.

3. Defendants have knowledge of Movant's intent to withdraw.

4. For these reasons, Movant requests permission to withdraw as counsel of record for the Defendants. A proposed order accompanies this motion.

Respectfully Submitted,

*s/Mary H. Tolbert*
Mary H. Tolbert, OBA No. 17353
STEPTOE & JOHNSON, PLLC
210 Park Avenue, Suite 2300

Oklahoma City, Oklahoma 73102
Phone: (405) 930-5151
Molly.tolbert@steptoe-johnson.com
**ATTORNEY FOR DEFENDANTS**
**CHARLES SCHWAB & CO., INC.**
**AND MARY JOHNMEYER**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2025, a true and correct copy of the foregoing was mailed via USPS First-Class Mail to Plaintiff Linh Tran Stephens and also electronically transmitted to the Clerk of Court using the ECF system for filing, to:

Linh Tran Stephens
11063 S. Memorial Dr., Ste. D #235
Tulsa, OK 74133
*Plaintiff Pro Se*

Andrew Charles Jayne ajayne@bgjclaw.com
*Attorney for Defendant Cierra Freeman*

John K.F. Langford john.langford@okdhs.org
*Attorney for Defendant Child Support*
*Services of Oklahoma Department of*
*Human Services, Jason Hoenshell,*
*And Emmalene Stringer*

Daniel James Card daniel.card@okdhs.org
*Attorney for Defendant Renee Banks*

                                                *s/Mary H. Tolbert*
                                                Mary H. Tolbert