# SPECIAL ENTRY OF APPEARANCE MOTION TO DISMISS ALL STATE ACTIONS FOR LACK OF JURISDICTION ELSE SANCTION AND LEGAL NOTICE OF CHANGE OF ADDRESS

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

**STATE OF OKLAHOMA,** *plaintiff*
vs.
**LINH TRAN STEPHENS,** *alleged Defendant*

Removed to federal court:
IN IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**Federal Case No. <u>24-CV-216-JDR-CDL</u>**

**Tulsa County Case No.**: FD-2015-2228 (Docket F,, and Docket C);
**Related Cases:** JD-2021-270, OAH No.: 23-00313-73, OK IV-D FGN: 000948641001

**<u>SPECIAL APPEARANCE FOR THE SOLE PURPOSE OF PROVIDING NOTICE OF CHANGE OF ADDRESS AND MOTION TO DISMISS</u>**

i, Linh Tran Stephens, a natural living Woman, sui juris, appear specially and not generally, for the sole and limited purpose of providing notice of change of address and moving for dismissal of all proceedings for lack of jurisdiction additional arguments as they relate to FD-2015-2228 (Docket F, docket C), JD-2021-270, OAH No.: 23-00313-73, and OK IV-D FGN: 000948641001. This notice and motion is sworn to be true and correct and has full force of law.

**<u>I. NOTICE OF CHANGE OF ADDRESS</u>**

PLEASE TAKE NOTICE that as of April 2024 which is a year ago, i, Linh Tran Stephens, am no longer at the address previously on file with Tulsa County Court of Oklahoma which was "c/o 11063 S Memorial Dr Ste D #235 Tulsa, Oklahoma [74133-7366]".

**My new address for correspondence, pleadings, and notices**:

c/o 1964 Ashley River Rd Ste B Unit 80112, Charleston, South Carolina [29407] without U.S.D.C. I have been in care of this address for the past year, following my wrongful imprisonment and kidnapping by the Tulsa County Court on February 07, 2024. This change of address shall not be construed as consent to jurisdiction, waiver of any rights, or a general appearance in any proceeding.

## II. MOTION TO DISMISS FOR LACK OF JURISDICTION

I hereby move for the immediate dismissal of all above-referenced proceedings for lack of jurisdiction based on the following grounds:

1. **Departure from the State**: i, Linh Tran Stephens, permanently departed the State of Oklahoma on January 14, 2025, and no longer reside within the geographical boundaries of Oklahoma or the jurisdiction of Oklahoma State Court.

2. **Departure of Child and Father**: The child who is the subject of these proceedings and the child's father, Adam Sylvester Stephens, SR., *permanently* departed the State of Oklahoma in February 2024 and relocated to the State of Texas, removing them from this Oklahoma State Court's jurisdictional reach. This relocation was formally documented in **NOTICE OF INTENT TO RELOCATE [of child and alleged father of child]** filed on November 8, 2023 (Document #1056647182) in the Oklahoma State Courts Network (OSCN.net).

3. **Court Recognition of Relocation**: This Court, through dressed-up-in-black robe STATE OF OKLAHOMA employee "special judge public servant" April Seibert, acknowledged the father's notice of intent to relocate in a court order dated November 9, 2023, stating:

    "ORDER ADDING RESPONDENT'S NOTICE OF INTENT TO RELOCATE TO THE TRIAL ON ALL

PENDING MATTERS SET JANUARY 29 - FEBRUARY 2, 2024 SIGNED. PAPERWORK PLACED IN ATTORNEY OUTBOX ON 3RD FLOOR UNDER 'GIL PILKINGTON.'"

4. **Federal Court Case Pending**: On April 08, 2025, i filed a **"VERIFIED MOTION FOR EMERGENCY INJUNCTIVE RELIEF AND REMOVAL FROM STATE COURT PROCEEDINGS, PERMANENT RESTRAINING ORDER, SUPPLEMENTAL CLAIMS, TERMINATION OF STATE'S CHILD SUPPORT ORDERS, UNDUE HARDSHIP EXEMPTION, AND STOP ALL GARNISHMENTS, LEVYING, LIQUIDATION"** in the U.S. District Court for Northern District of Oklahoma, Case No. 24-CV-216-JDR-CDL and filed its copy into State Court on April 15, 2025. This federal action has been properly served upon all Oklahoma state actors involved in these proceedings. Under **28 U.S.C. § 1446(d)**, once a notice of removal is filed, "the State court shall proceed no further unless and until the case is remanded" and the "**NOTICE OF REMOVAL FROM STATE COURT TO FEDERAL COURT**" was filed with the Oklahoma State Court on March 06, 2025, and is available as Document #1061154206 on OSCN.net.

i also filed "**SPECIAL ENTRY OF SPECIAL APPEARANCE: ADDITIONAL CHALLENGE TO JURISDICTION INVOLVING INTERNATIONAL MATTER WITH VIET NAM & INDIAN LANDS**" into same federal court case on April 15, 2025, and this "**LEGAL NOTICE OF CHANGE OF ADDRESS VIA SPECIAL ENTRY OF APPEARANCE AND MOTION TO DISMISS ALL STATE ACTIONS FOR LACK OF JURISDICTION AND EMERGENCY MOTION TO STAY ENFORCEMENT OF CHILD SUPPORT ORDERS UNDER UCCJEA AS ALL PARTIES INCLUDING CHILD HAVE LEFT OKLAHOMA PRIOR TO APRIL 2024 (A

YEAR AGO)".

*** *To all State actors and opposing counsels: Please take note of all filings mentioned and refrain from disregarding them as you have been mocking justice, truth, YAHUAH* ***

5. **Continuing Jurisdiction Requirements Not Met**: Pursuant to the Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) as adopted in Oklahoma (43 O.S. § 551-201 et seq.), <u>Oklahoma no longer maintains continuing, exclusive jurisdiction when all parties have left the state</u>. Specifically, 43 O.S. § 551-202 provides that a court loses jurisdiction when "neither the child, nor the child and one parent, nor the child and a person acting as a parent have a significant connection with this state and substantial evidence is <u>no longer available in this state concerning the child's care, protection, training, and personal relationships</u>."

6. **McGirt v. Oklahoma Jurisdictional Barrier**: As previously argued, the U.S. Supreme Court in McGirt v. Oklahoma, 591 U.S. ___ (2020), established that large portions of eastern Oklahoma, including Tulsa County of Oklahoma, remain within the borders of the historic tribal reservations that were never disestablished. The previous locations where all parties resided were within these recognized tribal boundaries, placing them outside the jurisdictional reach of Oklahoma state courts from the outset.

7. **Federal Preemption in International Matters**: As a citizen of Vietnam, this case involves international jurisdictional questions that should properly be heard in federal court, not state court. Under 28 U.S.C. § 1330, federal courts have original jurisdiction in certain civil actions involving foreign citizens.

8. Despite numerous filings and notices to cease and desist challenging jurisdiction, the Tulsa County Courts persist in scheduling hearings. They have refused to cancel hearings concerning my entities (which share my name but in all caps and are trademarked and copyrighted to me), thereby continuing to infringe upon trademark and copyright laws. This is despite the filing of "**Legal Notice and Cease and Desist Letter for Infringement of Trademarks and Corporations' Ownership Rights; Demand Immediate Provision of Your Bonds and Homeowner's Insurance Policy for Potential Claims**" on November 01, 2024, Document # 1060162758. Upcoming hearings include a PRIV PRETRIAL CONFERENCE ON JURY TRIAL ISSUES on **Friday, May 2, 2025, at 9:02 AM** and a hearing for RESP'S REQUEST FOR ATTORNEY FEES AND COSTS on Friday, **May 16, 2025 at 9:00 AM** – I've never hired him for CONTEMPT OF COURT HEARING trial in February 2024 that resulted in wrongful conviction as i was self-representing and was assigned court-appointed standby counsel!

9. Furthermore, on Sunday, April 20, 2025, opposing counsel Gilbert Pilkington responded to my reminder to him to file his emailed-to-me "pretrial motions" for alleged contempt of court (child support) into FEDERAL COURT instead of State Court because of my Notice of Removal to State Court. He stated in his email, "*It was denied. If you believe otherwise, produce the proper Order signed by a judge and properly filed. See you Friday. – Gil*" (**Exhibit 1**). His response disregards the fact that the matter has been removed to federal court this Court.

10. **Therefore, i am also requesting for Sanctions Under Civil Procedure Rule 11 against STATE OF OKLAHOMA and Mr. Gilbert Pilkington, JR.,** pursuant to **Rule 11 of the Oklahoma Rules of Civil Procedure**, for their continued disregard of the applicable laws, frivolous claims, and actions that are intended to harass and cause undue hardship. Basis for Sanctions:

a. <u>Frivolous Claims</u>: Opposing counsel has made claims in filings that lack a basis in fact or law, including asserting that I must comply with state court proceedings despite my clear motion for dismissal based on established jurisdictional grounds in federal court. Such conduct constitutes an abuse of the legal process and a violation of the spirit of Rule 11.

b. <u>Failure to Withdraw Claims</u>: Despite receiving multiple notices regarding the removal of the case to federal court and the jurisdictional challenges presented, opposing counsel <u>persisted in scheduling hearings in state court, thereby demonstrating a blatant disregard for the judicial process and my legal rights</u>.

c. <u>Harassment</u>: The actions of Mr. Pilkington and his associates have resulted in unnecessary stress and emotional strain due to the frivolous and potentially retaliatory nature of their continued litigation efforts against me, seeking to enforce nonexistent obligations despite the jurisdictional challenges recognized in my previous filings.

d. <u>Lack of Good Faith</u>: The inability or refusal of the opposing party to acknowledge the jurisdictional issues presented constitutes bad faith conduct, warranting the imposition of sanctions to deter such behavior in the future.

**III. LEGAL AUTHORITIES**: see more above

1. **Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA)**, 43 O.S. § 551-201 et seq. - Provides that a court of this state that has made a child-custody determination loses exclusive, continuing jurisdiction when <u>all parties have left the state</u>.

2. **McGirt v. Oklahoma**, 591 U.S. ___ (2020) - Landmark Supreme Court decision holding that much of eastern Oklahoma remains Indian Country for jurisdictional purposes.

3.  **In re Marriage of Lewin**, 149 P.3d 344 (2006) - Holding that a state court loses UCCJEA jurisdiction when all parties have relocated to other states.

4.  **U.S. v. Cotton**, 535 U.S. 625 - Establishing that "lack of jurisdiction renders a judgment VOID, and the issue may be raised at any time."

5.  **Foreign Sovereign Immunities Act**, 28 U.S.C. § 1330 - Establishing federal court jurisdiction in matters involving citizens of foreign nations.

## IV. RELIEF SOUGHT

I, Linh Tran Stephens, appearing specially and not generally, respectfully demand that this allegedly Tulsa Honorable Court within <u>three</u> day from today, and if refusing to, then i respectfully request this Federal Court the Honorable Article iii Judge to order:

1.  ACKNOWLEDGE the change of address provided herein for all future correspondence;

2.  ACKNOWLEDGE that a federal case (Case No. 24-CV-216-JDR-CDL) has been filed and properly served upon all Oklahoma state actors, requiring this Tulsa County State Court to "proceed no further" pursuant to 28 U.S.C. § 1446(d);

3.  ACKNOWLEDGE that Adam Sylvester Stephens, SR. and the child are no longer located within the jurisdiction of this Court, as formally notified in the NOTICE OF INTENT TO RELOCATE filed on November 8, 2023 (Document #1056647182) and recognized by this Court in its order dated November 9, 2023;

4.  DISMISS all proceedings in FD-2015-2228 (Docket F, Docket C), JD-2021-270, OAH No.: 23-00313-73, and OK IV-D FGN: 000948641001 for lack of jurisdiction based on the relocation of all parties outside of Oklahoma and the pending federal action;

5. CANCEL all upcoming hearings, including those scheduled for Friday, May 2, 2025, at 9:02 AM, and the hearing for Friday, May 16, 2025, at 9:00 AM, as I have never consented to these ever. **Failure to cancel these hearings STATE OF OKLAHOMA and opposing counsel agreeing to paying me $1.00 for every second because of my perceived undue duress**.

6. DECLARE all State courts and Administrative's orders, judgments, and proceedings in these cases VOID AB INITIO since November 2021 for lack of subject matter jurisdiction;

7. VACATE all orders and judgments previously entered in these cases;

8. CEASE all collection activities, garnishments, income withholding orders, license suspensions, and other enforcement actions against me;

9. RELEASE all claims of debt alleged to be owed for child support or arrearages as they are void for lack of jurisdiction;

10. IMPOSE SANCTIONS against STATE OF OKLAHOMA and Mr. Gilbert J. Pilkington, Jr., and any associated parties for their violations of Rule 11, which may include but are not limited to the following: (1) Monetary sanctions to compensate for the legal expenses incurred due to opposing counsel's meritless actions. (2) An order requiring opposing counsel to withdraw all pending state court motions and cease any further litigation in the state court regarding this matter.

11. AWARD any other relief this Court deems just and proper in restoring my rights and remedying the harms caused by these unauthorized proceedings.

**Avouchment / Verification**

i, natural living woman linh-tran: stephens hereby declare, certify and affirm, pursuant to the penalties of perjury under the laws of the united states of America, and by the provision of 28 U.S. Code § 1746 that all of the above and foregoing representations are true and correct to the

best of my knowledge, information, belief.

Executed on this 21st day of April in the Year of Our Lord Two Thousand and Twenty Five.

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent, Notice applies to all successors and assigns; Affidavit is a Form of Evidence; Unrebutted Affidavit Stands as Truth in Commerce;**
**Silence is Tacit Acquiescence/Agreement/Dishonor;**
*This communication is in no way forming a contract nor requesting any contracting; it is simply a notice regarding the matters at hand. This communication is not intended to nor does it create nor confirm any professional-client relationship or any type of relationship between us;*

Private sector autograph;
**WITHOUT RECOURSE**

*without prejudice*
*linh-tran: stephens/Agent*

By one–and-only beneficiary:
All Rights Reserved None Waived, **Without Prejudice *UCC 1-308 & 1-103*, Non-Assumpsit**, one-and-only Grantor & Authorized Agent & Beneficiary for LINH TRAN STEPHENS® ens legis and all its derivatives thereof including Cestui Que Trust a.k.a. "Fide Commissary Trust", sui juris, Ambassador of Messiah Yahusha, Heir of the Creator, my heir/offspring is G.L.Stephens, A natural living woman breathing with a living soul and the Holy Spirit of Creator YAHUAH, natural people with hands legs, Alive-on-the-land, Plenary mind body soul/spirit, unlimited, non-incorporated, non-sole-proprietor, **stateless** "**freeman of the Union**" per Honorable Mr. Justice MILLER on April 14th, 1983, in the Slaughter-House cases, 83 US 36 (a SCOTUS case specifically mentioned in 8 FAM 102.3), full capacity and competency with postgraduate level of education past medical school, living on the land of the republic, with God-given rights pursuant to the Bills of Rights, NOT a "pro se"/"person"/"pauper"/"indigent"/"slave"/"public servant"/"government employee"/"ward of State"/"U.S. citizen"/"minor" in your dictionary; i reject your 12 legal presumptions, other presumptions/assumptions/double-speaking/implied or undisclosed contracts; Article IV Section 2 Citizens of each State shall be entitled to all Privileges & Immunities of Citizens in several States; **Rural Free Delivery, Non-Domestic 00000,** in care of 1964 Ashley River Rd Ste B #80112 Charleston, South Carolina [29416]
Email: LinhStephens7@gmail.com

**Notary as JURAT CERTIFICATE**

STATE OF <u>MINNESOTA</u>       )
                              ) *ss*
COUNTY OF <u>SHERBURNE</u>     )

   On this <u>21st</u> day of <u>April</u>, 20<u>25</u> before me, <u>Melissa K. Vagle</u>, a Notary Public, personally appeared a living woman <u>Linh Tran Stephens</u> ( the Authorized Representative and Beneficiary for Legal Fiction LINH TRAN STEPHENS©® ), who electronically (remotely) proved to me on the basis satisfactory evidence to be the woman whose name is subscribed to the within instrument

and acknowledged to me that she executed the same in her authorized capacity, and that by her autograph(s) on the instrument the woman executed, the instrument.

  i certify under PENALTY OF PERJURY under the lawful laws of Minnesota State and that the foregoing paragraph is true and correct.

  WITNESS my hand and official seal.

*Melissa K. Vagle*

Signature of Notary/Jurat

```
MELISSA K VAGLE
Notary Public
State of Minnesota
My Commission Expires
January 31, 2028
```

Notary Public's Commission Expires: 01/31/2028

**From:** Gil Pilkington gil@pilkingtonlawfirm.com
**Subject:** Re: Pre-Trial Conf Order, Draft
**Date:** Apr 20, 2025 at 18:40:01
**To:** Linh Stephens LinhStephens7@gmail.com

**Exhibit 1 (2 pages)**

---

It was denied.

If you believe otherwise, produce the proper Order signed by a judge and properly filed.

See you Friday.

Gil

---

**From:** Linh Stephens <linhstephens7@gmail.com>
**Sent:** Saturday, April 19, 2025 8:30 AM
**To:** Gil Pilkington <gil@pilkingtonlawfirm.com>
**Subject:** Re: Pre-Trial Conf Order, Draft

It has been removed to federal. You have to file those in federal court.

V/R,

Linh S.

On Apr 19, 2025, at 08:04, Gil Pilkington <gil@pilkingtonlawfirm.com> wrote:

See the attached draft PTO

Attached are my exhibits that I have at this time. Two will be updated to the time of trial.

The jury instructions need minor updating to reference this App for Contempt vice the first one. This is a copy of what was previously used by the Court.

Linh, please add your proposed witnesses and exhibits(need a copy at least a week before the conf) so we can discuss this at the Pretrial conference in two weeks.

Gil

<Feb 20, 2024 Order Modifing.pdf>

<App for Indirect Contempt-Child Support-Dec 2024.pdf>

<Jury Instructions Feb 2024 Trial.pdf>

<Stephens 948641001 FD-2015-2228 ROP thru 01-31-2025.pdf>

<PTO Stephens Child Support Contempt.docx>

## CERTIFICATE OF SERVICE

i hereby certify that on the 21st day of April, 2025, a true, correct, and exact copy of above and foregoing instrument was filed, will be certified mail w/ tracking & emailed as is proper to:

electronically transmitted to the Clerk of the Court via ProSeFilingsOKND@oknd.uscourts.gov for filing because efiling and In Forma Pauperis (IFP) were approved; also to below people

OKDHS CHILD SUPPORT SERVICES DIVISION
Attn: Emmalene Stringer;
P.O. BOX 248822, OKLAHOMA CITY, OKLAHOMA 73124-8822
emmalene.stringer@okdhs.org and OCSS.CONTACT.TULSA@okdhs.org

**Office of Administrative Hearings**, Child Support,
PO Box 25352, Oklahoma City, OK 73125-0352

Chief Administrative Law Judge & Court Clerk of
Tulsa County District Court, 500 S Denver Ave, Tulsa, OK 74103
Cc: special judges Loretta Radford, Deborrah Ludi-Leitch, April Seibert, Todd Chesbro, Dawn Moody, Don Newberry County Clerk loretta.radford@oscn.net, deborrah.ludiLeitch@oscn.net, april.seibert@oscn.net, todd.chesbro@oscn.net, dawn.moody@oscn.net, Don.Newberry@oscn.net, tulsa.courtclerk@oscn.net,

Tulsa County Court Clerk, Tulsa County Juvenile Bureau (case No. JD-2021-270)
500 W. Archer Street, Tulsa, OK 74103
CWS.appeals@okdhs.org, Larisa.Grecu-Radu@okdhs.org, ronald.baze@okdhs.org,

Gilbert J. Pilkington, Jr., OBA # 21998, PILKINGTON LAW FIRM, PLLC
P.O. Box 52614, Tulsa, OK 74152-0614, gil@pilkingtonlawfirm.com
**Attorney for long-divorced exhusband Adam Sylvester Stephens finalized 01/2016 in Oregon**

*Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal, Notice applies to all successors and assigns, Affidavit is a Form of Evidence, Unrebutted Affidavit Stands as Truth in Commerce; and Silence is Acquiescence and Acceptance,*
*This communication is in no way forming a contract nor requesting any contracting; it is simply a notice regarding the matters at hand. This communication is not intended to nor does it create nor confirm any professional-client relationship or any type of relationship between us;*

WITHOUT RECOURSE  *without prejudice*
*linh-tran: stephens/Agent*
By: Linh-Tran: of the family Stephens/Agent