========================================
## 'COURT OF RECORDS' DECLARATION - NOTICE OF RIGHTS AND JURISDICTION: i hereby invoke the jurisdiction of the United States District Court for the Northern District of Oklahoma as the proper Court of Record for adjudication of all matters of Linh, should it proceed, as established by 28 U.S. Code § 132
========================================

**STATE OF OKLAHOMA,** *plaintiff*
vs.
**LINH TRAN STEPHENS,** *alleged Defendant*

and all state court actions concerning Linh Tran Stephens is
Removed to federal court:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA
**Federal Case No. 24-CV-216-JDR-CDL.**
**Tulsa County Case No.**: FD-2015-2228 (Docket F,, and Docket C);
**Related Cases**: JD-2021-270, OAH No.: 23-00313-73, OK IV-D FGN: 000948641001

republic South Carolina }           *Notice to Agent is Notice to Principal, Notice to Principal is Notice*
                       }ss          *to Agent, Notice applies to all successors and assigns; Affidavit is a*
county: Charleston }                *Form of Evidence; Unrebutted Affidavit Stands as Truth in*
                                    *Commerce; Silence or NonResponse is Tacit*
                                    *Acquiescence/Agreement/Dishonor;*

Affidavit of Truth

i, linh-tran: stephens, a living woman, present the following lawful knowledge regarding Courts of Record and my standing therein:

LEGAL BASIS FOR COURTS OF RECORD

28 U.S. Code § 132 - Creation and composition of district courts:

(a) There shall be in each judicial district a district court which shall be A COURT OF RECORD known as the United States District Court for the district. (b) Each district court shall consist of the district judge or judges for the district in regular active service. Justices or judges designated or assigned shall be competent to sit as judges of the court. (c) Except as otherwise provided by

law, or rule or order of court, the judicial power of a district court with respect to any action, suit or proceeding may be exercised by a single judge, who may preside alone and hold a regular or special session of court at the same time other sessions are held by other judges. (June 25, 1948, ch. 646, 62 Stat. 895; Pub. L. 88–176, § 2, Nov. 13, 1963, 77 Stat. 331.)

### DEFINITION OF COURTS OF RECORD

'Courts of record' and 'courts not of record': The former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt. Error lies to their judgments, and they generally possess a seal. Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded. 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, 24 F. 481; Ex parte Thistleton, 52 Cal. 225; Erwin v. U.S., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.

A "court of record" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial. Jones v. Jones, 188 Mo. App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc., Mass., 171, per Shaw, C. J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

### NOTICE REGARDING CURRENT PROCEEDINGS INVOLVING OKLAHOMA DEPARTMENT OF HUMAN SERVICES, CPS and CSS (CHILD SUPPORT SERVICES DIVISION)

i, linh-tran: stephens, hereby give notice of the following in relation to any and all proceedings in Tulsa County, Oklahoma, case No. FD-2015-2228, Related: fraudulent [1] OK IV-D

---

[1] FD-2015-2228 docket C & F https://tinyurl.com/4cdv5u56 ; jail David L Moss inmate ID# 1282383 for debtor imprisonment with inability to pay [unconstitutional] for 2 months since 02/07/2024; *Nonjurisdictional* OAH No.: 23-00313-73, *Fraudulent and nonjurisdictional* OK IV-D FGN: 000948641001; CPS Case 20652909, CPS referral # 2078246 & 2200561 against Adam for child abuses among many other CPS referrals by nonparties since 2017 against Adam while false # 2195835 against Linh; truthful PO-2021-3843 child against Adam, frauds-upon-the-court **JD-2021-270**, Adam impeached for perjury PO-2021-4059, his two false VPOs dismissed per CM-2022-285, CM-2022-157; DF-120612→CI-120847&DF-120848&**DF-120849**, DF-121149→PR-121200

*'COURT OF RECORDS' DECLARATION - NOTICE OF RIGHTS AND JURISDICTION: i hereby invoke the jurisdiction of the United States District Court for the Northern District of Oklahoma as the proper Court of Record for adjudication of all matters of Linh, should it proceed, as established by 28 U.S. Code § 132 – page 2 of 7*

FGN: 000948641001, deprived substantive due process/grand jury OAH No. 23-00313-73 and JD-2021-270, and any state-court/administrative courts related matters [see Footnote]:

i declare that i am a civilian natural living woman and NOT inactive reserve nor active reserve military personnel subject to admiralty jurisdiction. i am not lost at sea, nor presumed dead, nor abandoned. i stand firmly upon the law of the land as guaranteed by the Constitution for the united States of America and the Oklahoma Constitution, which are the supreme law pursuant to Article VI of the Constitution for the united States of America (the Supremacy Clause).

1. The Tulsa County District Court, when operating as an Article 1 administrative tribunal rather than an Article III judicial court, is functioning as a private corporation posing as a county court. This constitutes **fraud upon the court and upon me, a natural living woman**.

2. Any judges, attorneys, or officers of said court who seek to profit from my presence or property through liens, garnishments, or other claims without proper jurisdiction or lawful authority are engaged in constructive racketeering.

3. The attorneys representing the OKLAHOMA DEPARTMENT OF HUMAN SERVICES, CHILD SUPPORT SERVICES DIVISION have committed perjury by alleging i am subject to IV-D obligations without presenting a verified claim, sworn affidavit, or injured party.

4. The State of Oklahoma, OKDHS, CPS, and CSS are not living beings capable of injury and thus cannot be victims under common law. There exists no documented victim of any

---

& MA-121255; DF-121254; **DF-122022** (debtor prison 2 month despite inability to pay); **CV-2024-1311** (401k retirement/bank theft appeal); **MA-122445** (mandamus for recusal of judges); **GJ-2024-1**, <u>**DF-121851**</u> appeal for CJ-2023-1901 (breach of contract); **DF-121740** for Malicious prosecution by lawyers of medical board (OSBOE) for reporting a lawyer practicing medicine without a medical license: State Of Oklahoma, ex rel., State Board of Osteopathic Examiners v. Linh Stephens Case No. 2023-011 → **CV-2023-995**; DHS Claims # 2520034513 started 10/04/2024, denial letter dated 12/17/2024 received 01/06/2025; **MA-122859** (mandamus for OSBI investigation per House of Representative denied for inability to pay);

alleged offense in this matter who has signed a verified complaint under penalty of perjury.

5. As private corporations, these entities have no true jurisdiction over me, a living woman who is a citizen of republic of Vietnam, and under common law i stand sovereign above any administrative tribunal.

6. i hereby remind any judge or judicial officer of their oath under Article 6, Clause 3 of the Constitution: "...judicial officers.....shall be bound by Oath or Affirmation to support this Constitution..." This includes respecting an Oregon divorce decree entitled to full faith and credit under Article IV, Section 1 of the Constitution.

7. i have the right to a trial by way of jury pursuant to the Bill of Rights - the Sixth Amendment states: "...the accused shall enjoy a speedy and public trial by an impartial jury..." The Seventh Amendment states: "...the right of trial by jury shall be preserved..."

8. i reserve my right to document all proceedings pursuant to the First Amendment and affirmed by the decisions in Fordyce v. City of Seattle and Smith v. City of Cummings, which confirm the constitutional right to record public officials in public proceedings.

9. i hereby invoke the jurisdiction of the United States District Court for the Northern District of Oklahoma as the proper Court of Record for adjudication of this matter, should it proceed, as established by 28 U.S. Code § 132.

10. i reserve all rights to challenge jurisdiction, venue, and standing in any and all proceedings related to this matter.

This notice shall be made part of the court record in any proceedings related to this matter.

**Avouchment / Verification**

i, natural living woman linh-tran: stephens hereby declare, certify and affirm, pursuant to the penalties of perjury under the laws of the united states of America, and by the provision of 28 U.S. Code § 1746 that all of the above and foregoing representations are true and correct to the best of my knowledge, information, belief.

Executed on this 21st day of April in the Year of Our Lord Two Thousand and Twenty Five.

*Nemo me impune lacessit pursuant to Psalm 105:15 + Isaiah 54:17*
PRIVATE; THIS IS NOT A PUBLIC COMMUNICATION
Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent, Notice applies to all successors and assigns; Affidavit is a Form of Evidence; Unrebutted Affidavit Stands as Truth in Commerce;
**Silence is Tacit Acquiescence/Agreement/Dishonor**;
*This communication is in no way forming a contract nor requesting any contracting; it is simply a notice regarding the matters at hand. This communication is not intended to nor does it create nor confirm any professional-client relationship or any type of relationship between us;*

Private sector autograph;
**WITHOUT RECOURSE**

*without prejudice*
*linh-tran: stephens/Agent*

By one–and-only beneficiary:
All Rights Reserved None Waived, **Without Prejudice UCC 1-308 & 1-103**, **Non-Assumpsit**, one-and-only Grantor & Authorized Agent & Beneficiary for LINH TRAN STEPHENS ©® ens legis and all its derivatives thereof including Cestui Que Trust a.k.a. "Fide Commissary Trust", sui juris, Ambassador of Messiah Yahusha, Heir of the Creator, my heir/offspring is G.L.Stephens, A natural living woman breathing with a living soul and the Holy Spirit of Creator YAHUAH, natural people with hands legs, Alive-on-the-land, Plenary mind body soul/spirit, unlimited, non-incorporated, non-sole-proprietor, **stateless** "**freeman of the Union**" per Honorable Mr. Justice MILLER on April 14th, 1983, in the Slaughter-House cases, 83 US 36 (a SCOTUS case specifically mentioned in 8 FAM 102.3), full capacity and competency with postgraduate level of education past medical school, living on the land of the republic, with God-given rights pursuant to the Bills of Rights, NOT a "pro se"/"person"/"pauper"/"indigent"/"slave"/"public servant"/"government employee"/"ward of State"/"U.S. citizen"/"minor" in your dictionary; i reject your 12 legal presumptions, other presumptions/assumptions/double-speaking/implied or undisclosed contracts; Article IV Section 2 Citizens of each State shall be entitled to all Privileges & Immunities of Citizens in several States; **Rural Free Delivery, Non-Domestic 00000,**
linh-tran: stephens/Agent
℅ 1964 Ashley River Rd Ste B Unit 80112,
Charleston, South Carolina [29407] without U.S.D.C.
Email: LinhStephens7@gmail.com
phone: (843) 608-0294

**Notary as JURAT CERTIFICATE**

STATE OF <u>MINNESOTA</u> )
                                 ) *ss*
COUNTY OF <u>SHERBURNE</u>    )

On this <u>21st</u> day of <u>April</u>, 20<u>25</u> before me, <u>Melissa K. Vagle</u>, a Notary Public, personally appeared a living woman <u>Linh Tran Stephens</u> (the Authorized Representative and Beneficiary for Legal Fiction LINH TRAN STEPHENS ©®), who electronically (remotely) proved to me on the basis satisfactory evidence to be the woman whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her autograph(s) on the instrument the woman executed, the instrument.

i certify under PENALTY OF PERJURY under the lawful laws of Minnesota State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Melissa K. Vagle*
Signature of Notary/Jurat

MELISSA K VAGLE
Notary Public
State of Minnesota
My Commission Expires
January 31, 2028

Notary Public's Commission Expires: 01/31/2028

---

## CERTIFICATE OF SERVICE

i hereby certify that on the 21st day of April, 2025, a true, correct, and exact copy of above and foregoing instrument was filed, will be certified mail w/ tracking & emailed as is proper to:

ATTN: C.F.O. for
OKLAHOMA DEPARTMENT OF HUMAN SERVICES,
CHILD SUPPORT SERVICES DIVISION
P.O. BOX 248822
OKLAHOMA CITY, OKLAHOMA 73124-8822
emmalene.stringer@okdhs.org and OCSS.CONTACT.TULSA@okdhs.org

**Office of Administrative Hearings**, Child Support, OCSS.CONTACT.TULSA@okdhs.org
PO Box 25352, Oklahoma City, OK 73125-0352

Chief Administrative Law Judge of
Tulsa County District Court,
500 S Denver Ave, Tulsa, OK 74103
Cc: special judges Loretta Radford, Deborrah Ludi-Leitch, April Seibert, Todd Chesbro, Dawn Moody, Don Newberry County Clerk loretta.radford@oscn.net, deborrah.ludiLeitch@oscn.net, april.seibert@oscn.net, todd.chesbro@oscn.net, dawn.moody@oscn.net, Don.Newberry@oscn.net, tulsa.courtclerk@oscn.net,

Tulsa County Court Clerk, Tulsa County Juvenile Bureau (case No. JD-2021-270)
500 W. Archer Street, Tulsa, OK 74103
CWS.appeals@okdhs.org, Larisa.Grecu-Radu@okdhs.org, ronald.baze@okdhs.org,

Gilbert J. Pilkington, Jr., OBA # 21998, PILKINGTON LAW FIRM, PLLC
P.O. Box 52614, Tulsa, OK 74152-0614
Tel: 918-298-4403, Fax: 918-960-5017, gil@pilkingtonlawfirm.com
***Attorney for long-divorced exhusband Adam Sylvester Stephens finalized 01/2016 in Oregon***

*Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal, Notice applies to all successors and assigns, Affidavit is a Form of Evidence, Unrebutted Affidavit Stands as Truth in Commerce; and Silence is Acquiescence and Acceptance,*
This communication is in no way forming a contract nor requesting any contracting; it is simply a notice regarding the matters at hand. This communication is not intended to nor does it create nor confirm any professional-client relationship or any type of relationship between us;

WITHOUT RECOURSE *without prejudice / linh-tran: stephens/Agent*

By: Linh-Tran: of the family Stephens/Agent

*'COURT OF RECORDS' DECLARATION - NOTICE OF RIGHTS AND JURISDICTION: i hereby invoke the jurisdiction of the United States District Court for the Northern District of Oklahoma as the proper Court of Record for adjudication of all matters of Linh, should it proceed, as established by 28 U.S. Code § 132 – page 7 of 7*