# EMERGENCY MOTION TO STAY ENFORCEMENT OF CHILD SUPPORT ORDERS UNDER UCCJEA AS ALL PARTIES INCLUDING CHILD HAVE LEFT OKLAHOMA PRIOR TO APRIL 2024 WHICH WAS MORE THAN A VEAR AGO

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

**STATE OF OKLAHOMA**, *plaintiff*
**vs.**
**LINH TRAN STEPHENS**, *alleged Defendant*

Removed to federal court:
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**Federal Case No. 24-CV-216-JDR-CD. Tulsa County Case No.:** FD-2015-2228 (Docket F,, and Docket C); **Related Cases:** JD-2021-270, OAH No.: 23-00313-73, OK IV-D FGN: 000948641001

i, Linh Tran Stephens, a natural living Woman, sui juris, appear specially and not generally, for the sole and limited purpose of *"EMERGENCY MOTION TO STAY ENFORCEMENT OF CHILD SUPPORT ORDERS UNDER UCCJEA AS ALL PARTIES INCLUDING CHILD HAVE LEFT OKLAHOMA PRIOR TO APRIL 2024 WHICH WAS MORE THAN A YEAR AGO"* in regards to cases FD-2015-2228 (Docket F, docket C), JD-2021-270, OAH No.: 23-00313-73, and OK IV-D FGN: 000948641001.

In a separate filing same date as this filing i provided notice of change of address and motion for dismissal of all state court proceedings for lack of jurisdiction with additional arguments titled *"SPECIAL ENTRY OF APPEARANCE MOTION TO DISMISS ALL STATE ACTIONS FOR LACK OF JURISDICTION ELSE SANCTION AND LEGAL NOTICE OF CHANGE OF ADDRESS".*

This notice and motion is sworn to be true and correct and has full force of law.

I hereby move for the immediate dismissal of all above-referenced State proceedings for lack of jurisdiction based on the following grounds:

1. **Departure from the State:** I, Linh Tran Stephens, permanently left the State of Oklahoma in April 2024 which was a year ago. I no longer reside within the state's geographical boundaries or the jurisdiction of the Oklahoma State Court. My last mail-forwarding request in Oklahoma ended on January 14, 2025.

1. **Departure of Child and Father:** The child who is the subject of these proceedings and the child's father, Adam Sylvester Stephens, SR., *permanently* departed the State of Oklahoma in February 2024 and relocated to the State of Texas, removing them from this Oklahoma State Court's jurisdictional reach. This relocation was formally documented in **NOTICE OF INTENT TO RELOCATE [of child and alleged father of child]** filed on November 8, 2023 (Document #1056647182) in the Oklahoma State Courts Network (OSCN.net).

2. **Court Recognition of Relocation:** This Court, through dressed-up-in-black robe STATE OF OKLAHOMA employee "special judge public servant" April Seibert, acknowledged the father's notice of intent to relocate in a court order dated November 9, 2023, stating: "ORDER ADDING RESPONDENT'S NOTICE OF INTENT TO RELOCATE TO THE TRIAL ON ALL PENDING MATTERS SET JANUARY 29 - FEBRUARY 2, 2024 SIGNED. PAPERWORK PLACED IN ATTORNEY OUTBOX ON 3RD FLOOR UNDER 'GIL PILKINGTON.'"

3. **Federal Court Case Pending:** On April 08, 2025, i filed a **"VERIFIED MOTION FOR EMERGENCY INJUNCTIVE RELIEF AND REMOVAL FROM STATE COURT PROCEEDINGS, PERMANENT RESTRAINING ORDER, SUPPLEMENTAL CLAIMS, TERMINATION OF STATE'S**

**CHILD SUPPORT ORDERS, UNDUE HARDSHIP EXEMPTION, AND STOP ALL GARNISHMENTS, LEVYING, LIQUIDATION"** in the United States District Court for the Northern District of Oklahoma, Case No. 24-CV-216-JDR-CDL and filed its copy into State Court on <u>April 15, 2025</u>. This federal action has been properly served upon all Oklahoma state actors involved in these proceedings. Under 28 U.S.C. § 1446(d), once a notice of removal is filed, "the State court shall proceed no further unless and until the case is remanded" and the **"NOTICE OF REMOVAL FROM STATE COURT TO FEDERAL COURT"** was filed with the Oklahoma State Court on <u>March 06, 2025</u>, and is available as Document #1061154206 on OSCN.net.

i also filed **"SPECIAL ENTRY OF SPECIAL APPEARANCE: ADDITIONAL CHALLENGE TO JURISDICTION INVOLVING INTERNATIONAL MATTER WITH VIET NAM & INDIAN LANDS"** into same federal court case on <u>April 15, 2025</u>, and also filing this **"LEGAL NOTICE OF CHANGE OF ADDRESS VIA SPECIAL ENTRY OF APPEARANCE AND MOTION TO DISMISS ALL STATE ACTIONS FOR LACK OF JURISDICTION AND EMERGENCY MOTION TO STAY ENFORCEMENT OF CHILD SUPPORT ORDERS UNDER UCCJEA AS ALL PARTIES INCLUDING CHILD HAVE LEFT OKLAHOMA PRIOR TO APRIL 2024 (A YEAR AGO)".**

*** *To all State actors and opposing counsels: Please take note of all filings mentioned and refrain from disregarding them* ***

4. **Continuing Jurisdiction Requirements Not Met:** Pursuant to the Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) as adopted in Oklahoma (43 O.S. § 551-201 et

seq.), <u>Oklahoma no longer maintains continuing, exclusive jurisdiction when all parties have left the state</u>. Specifically, 43 O.S. § 551-202 provides that a court loses jurisdiction when "neither the child, nor the child and one parent, nor the child and a person acting as a parent have a significant connection with this state and substantial evidence is <u>no longer available in this state concerning the child's care, protection, training, and personal relationships</u>."

5. **McGirt v. Oklahoma Jurisdictional Barrier:** As previously argued, the U.S. Supreme Court in McGirt v. Oklahoma, 591 U.S.__ (2020), established that large portions of eastern Oklahoma, including Tulsa County of Oklahoma, remain within the borders of the historic tribal reservations that were never disestablished. The previous locations where all parties resided were within these recognized tribal boundaries, placing them outside the jurisdictional reach of Oklahoma state courts from the outset.

6. **Federal Preemption in International Matters:** As a citizen of Vietnam, this case involves international jurisdictional questions that should properly be heard in federal court, not state court. Under 28 U.S.C. § 1330, federal courts have original jurisdiction in certain civil actions involving foreign citizens.

<u>**III. LEGAL AUTHORITIES**</u>

1. **Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA),** 43 O.S. § 551-201 et seq. - Provides that a court of this state that has made a child-custody determination loses exclusive, continuing jurisdiction when <u>all parties have left the state</u>.

2. **McGirt v. Oklahoma,** 591 U.S.__ (2020) - Landmark Supreme Court decision holding that much of eastern Oklahoma remains Indian Country for jurisdictional purposes.

3. **In re Marriage of Lewin,** 149 P.3d 344 (2006) - Holding that a state court loses UCCJEA jurisdiction when all parties have relocated to other states.

4. **U.S. v. Cotton,** 535 U.S. 625 - Establishing that "lack of jurisdiction renders a judgment VOID, and the issue may be raised at any time."

5. **Foreign Sovereign Immunities Act,** 28 U.S.C. § 1330 - Establishing federal court jurisdiction in matters involving citizens of foreign nations.

## IV. RELIEF SOUGHT

I hereby move for the immediate dismissal of all above-referenced proceedings for lack of jurisdiction based on the following grounds:

1. **Departure from the State:** i, Linh Tran Stephens, permanently departed the State of Oklahoma on January 14, 2025, and no longer reside within the geographical boundaries of Oklahoma or the jurisdiction of Oklahoma State Court.

2. **Departure of Child and Father:** The child who is the subject of these proceedings and the child's father, Adam Sylvester Stephens, SR., *permanently* departed the State of Oklahoma in February 2024 and relocated to the State of Texas, removing them from this Oklahoma State Court's jurisdictional reach. This relocation was formally documented in **NOTICE OF INTENT TO RELOCATE [of child and alleged father of child]** filed on November 8, 2023 (Document #1056647182) in the Oklahoma State Courts Network (OSCN.net).

3. **Court Recognition of Relocation:** This Court, through dressed-up-in-black robe STATE OF OKLAHOMA employee "special judge public servant" April Seibert, acknowledged the father's notice of intent to relocate in a court order dated November 9, 2023, stating: "ORDER ADDING RESPONDENT'S NOTICE OF INTENT TO RELOCATE TO THE TRIAL ON ALL PENDING MATTERS SET JANUARY 29 - FEBRUARY 2, 2024 SIGNED. PAPERWORK PLACED IN ATTORNEY OUTBOX ON 3RD FLOOR UNDER 'GIL PILKINGTON.'"

4. **Federal Court Case Pending:** On April 08, 2025, i filed a **"VERIFIED MOTION FOR EMERGENCY INJUNCTIVE RELIEF AND REMOVAL FROM STATE COURT PROCEEDINGS, PERMANENT RESTRAINING ORDER, SUPPLEMENTAL CLAIMS, TERMINATION OF STATE'S CHILD SUPPORT ORDERS, UNDUE HARDSHIP EXEMPTION, AND STOP ALL GARNISHMENTS, LEVYING, LIQUIDATION"** in the U.S. District Court for Northern District of Oklahoma, Case No. 24-CV-216-JDR-CDL and filed its copy into State Court on April 15, 2025. This federal action has been properly served upon all Oklahoma state actors involved in these proceedings. Under **28 U.S.C. § 1446(d),** once a notice of removal is filed, "the State court shall proceed no further unless and until the case is remanded" and the **"NOTICE OF REMOVAL FROM STATE COURT TO FEDERAL COURT"** was filed with the Oklahoma State Court on March 06, 2025, and is available as Document #1061154206 on OSCN.net.

i also filed **"SPECIAL ENTRY OF SPECIAL APPEARANCE: ADDITIONAL CHALLENGE TO JURISDICTION INVOLVING INTERNATIONAL MATTER WITH VIET NAM & INDIAN LANDS"** into same federal court case on April 15, 2025, and this **"LEGAL NOTICE OF CHANGE OF ADDRESS VIA SPECIAL ENTRY OF APPEARANCE AND MOTION TO DISMISS ALL**

**STATE ACTIONS FOR LACK OF JURISDICTION AND EMERGENCY MOTION TO STAY ENFORCEMENT OF CHILD SUPPORT ORDERS UNDER UCCJEA AS ALL PARTIES INCLUDING CHILD HAVE LEFT OKLAHOMA PRIOR TO APRIL 2024 (A YEAR AGO)".**

*** *To all State actors and opposing counsels: Please take note of all filings mentioned and refrain from disregarding them as you have been mocking justice, truth, YAHUAH* ***

5. **Continuing Jurisdiction Requirements Not Met:** Pursuant to the Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) as adopted in Oklahoma (43 O.S. § 551-201 et seq.), Oklahoma no longer maintains continuing, exclusive jurisdiction when all parties have left the state. Specifically, 43 O.S. § 551-202 provides that a court loses jurisdiction when "neither the child, nor the child and one parent, nor the child and a person acting as a parent have a significant connection with this state and substantial evidence is no longer available in this state concerning the child's care, protection, training, and personal relationships."

6. **McGirt v. Oklahoma Jurisdictional Barrier:** As previously argued, the U.S. Supreme Court in McGirt v. Oklahoma, 591 U.S.__ (2020), established that large portions of eastern Oklahoma, including Tulsa County of Oklahoma, remain within the borders of the historic tribal reservations that were never disestablished. The previous locations where all parties resided were within these recognized tribal boundaries, placing them outside the jurisdictional reach of Oklahoma state courts from the outset.

7. **Federal Preemption in International Matters:** As a citizen of Vietnam, this case involves international jurisdictional questions that should properly be heard in federal court, not state court. Under 28 U.S.C. § 1330, federal courts have original jurisdiction in certain civil actions involving foreign citizens.

8. Despite numerous filings and notices to cease and desist challenging jurisdiction, the Tulsa County Courts persist in scheduling hearings. They have refused to cancel hearings concerning my entities (which share my name but in all caps and are trademarked and copyrighted to me), thereby continuing to infringe upon trademark and copyright laws. This is despite the filing of **"Legal Notice and Cease and Desist Letter for Infringement of Trademarks and Corporations' Ownership Rights; Demand Immediate Provision of Your Bonds and Homeowner's Insurance Policy for Potential Claims"** on <u>November 01, 2024</u>, Document# 1060162758. Upcoming hearings include a PRIV PRETRIAL CONFERENCE ON JURY TRIAL ISSUES on **<u>Friday, May 2, 2025, at 9:02 AM</u>** and a hearing for RESP'S REQUEST FOR ATTORNEY FEES AND COSTS on Friday, **<u>May 16, 2025 at 9:00 AM</u>** - I've never hired him for CONTEMPT OF COURT HEARING trial in February 2024 that resulted in wrongful conviction as i was self-representing and was assigned court-appointed standby counsel!

9. Furthermore, on Sunday, April 20, 2025, opposing counsel Gilbert Pilkington responded to my reminder to him to file his emailed-to-me "pretrial motions" for alleged contempt of court (child support) into FEDERAL COURT instead of State Court because of my Notice of Removal to State Court. He stated in his email, *"It was denied. If you believe otherwise, produce the proper Order signed by a judge and properly filed. See you Friday. - Gil"* **(<u>Exhibit 1</u>).** His response disregards the fact that the matter has been removed to federal court this Court.

10. STATE OF OKLAHOMA and its state actors and Mr. Pilkington JR state (B.A.R. CARD ASSOCIATION

attorney) have failed to respond to my hand-written Notice CERTIFIED true copy and therefore

default in dishonor and yet still harassing me - see **Exhibit 2** the handwritten Notice, which said:

"i: a woman; require the STATE OF OKLAHOMA (Plaintiff) to show up in court; take the
stand; present me with a photo ID (eg: a Driver's License with his/her name STATE OF
OKLAHOMA clearly printed on it; a current street address, and a clear photo of his/her face
to enter into the record so i'll know who to hold personally liable should the claims against
me turn out to be false, and/or inaccurate), and verify his/her claim against me soi may
cross examine my accuser (Amendment VI - The accuser surely witnessed the supposed
crime and the plaintiff must appear) and compensate him/her for any harm, injury, or loss i
may have caused. If this man/woman that goes by the name 'STATE OF OKLAHOMA'
cannot show up to verify his/her claim, i require this matter immediately discharged, as the
court will have no jurisdiction to even hear the case because there is apparently no
controversy before the court.

It is my belief there is no man/woman named 'STATE OF OKLAHOMA' who can verify
this claim by pointing me out across the room and uttering with his/her voice i've done
wrong or caused him/her personal harm, injury, or loss, therefore pressing it upon the
record in open court; as i've never even heard of this man/woman and don't believe we've
ever crossed paths to be quite honest. It is also my belief, that someone is filing frivolous
complaints (false claims) on behalf of their imaginary friend known as the 'STATE OF
OKLAHOMA' in an attempt to unjustly enrich themselves and the 'STATE OF OKLAHOMA'
(whoever those individuals may be) in an attempt to deprive me of my Rights, Liberty, and
Property without due process of law and/or fair and just compensation.

If this matter is not immediately discharged prior to the first hearing, i will be requiring
leave of court so i may bring forth an actual proper and verifiable claim before the court to
address these trespasses against me in the proper venue--a court of record (trespasses being:
filing <u>false claims, barratry, extortion, malicious prosecution, unjust enrichment, fraud,
theft, robbery, kidnapping, etc.</u>), in which I will be requiring compensation for the
trespasses, as well as compensation for wasting my valuable time, money, and resources
having to deal with this complaint no living man can take the stand and verify, as i do not
have time to answer complaints without compensation at this time.

Unless there is a verified claim before the court (not a certified complaint), i will require
compensation and provide a bill to whoever is responsible for me having to take time off to
listen to complaints. I charge $25,752.83 USD (Federal Reserve Notes and/or Gold and
Silver Coin) to show up and listen to complaints, and an additional $1,047.60 per minute i
am standing there; <u>balance due within 30 days of hearing</u>. Failure to discharge this
complaint is agreeance to these terms and conditions.

You have disrupted my life having to deal with this complaint you have filed on behalf of
your imaginary friend, and i simply want to get on with my life. i am willing to forgive this
trespass should you decide to act in honor and discharge this matter, immediately.

In the unforeseen event i have been unlawfully incarcerated due to this
quasicriminal/criminal complaint or warrant issued due to this quasicriminal/criminal
complaint (false claim), i will also be requiring compensation of one thousand five hundred
dollars ($1,500.00) per minute for every minute i have been/or am incarcerated, from the
very commencement of the crime till i be released. If there is an actual verifiable claim
before the court, i will be more than happy to show up free of charge and address any proper

and verifiable claim against me and compensate any man i have caused harm, injury, or loss. i also require and order the immediate restoration of my property (see <u>Exhibit A</u>) and one dollar ($1.00) per second from the commencement of the crime till my property be restored. linh-tran: stephens
"

11. **Therefore, i am also requesting for Sanctions Under Civil Procedure Rule 11 against STATE OF OKLAHOMA and Mr. Gilbert Pilkington, JR.,** pursuant to **Rule 11 of the Oklahoma Rules of Civil Procedure,** for their continued disregard of the applicable laws, frivolous claims, and actions that are intended to harass and cause undue hardship. Basis for Sanctions:

   a. <u>Frivolous Claims</u>: Opposing counsel has made claims in filings that lack a basis in fact or law, including asserting that I must comply with state court proceedings despite my clear motion for dismissal based on established jurisdictional grounds in federal court. Such conduct constitutes an abuse of the legal process and a violation of the spirit of Rule 11.

   b. <u>Failure to Withdraw Claims</u>: Despite receiving multiple notices regarding the removal of the case to federal court and the jurisdictional challenges presented, opposing counsel <u>persisted in scheduling hearings in state court, thereby demonstrating a blatant disregard for the judicial process and my legal rights</u>.

   c. <u>Harassment</u>: The actions of Mr. Pilkington and his associates have resulted in unnecessary stress and emotional strain due to the frivolous and potentially retaliatory nature of their continued litigation efforts against me, seeking to enforce nonexistent obligations despite the jurisdictional challenges recognized in my previous filings.

   d. <u>Lack of Good Faith</u>: The inability or refusal of the opposing party to acknowledge the jurisdictional issues presented constitutes bad faith conduct, warranting the imposition of sanctions to deter such behavior in the future.

## III. LEGAL AUTHORITIES: see more above

1. **Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA),** 43 O.S. § 551-201 et seq. - Provides that a court of this state that has made a child-custody determination loses exclusive, continuing jurisdiction when <u>all parties have left the state</u>.

2. **McGirt v. Oklahoma,** 591 U.S.__ (2020) - Landmark Supreme Court decision holding that much of eastern Oklahoma remains Indian Country for jurisdictional purposes.

3. **In re Marriage of Lewin,** 149 P.3d 344 (2006) - Holding that a state court loses UCCJEA jurisdiction when all parties have relocated to other states.

4. **U.S. v. Cotton,** 535 U.S. 625 - Establishing that "lack of jurisdiction renders a judgment VOID, and the issue may be raised at any time."

5. **Foreign Sovereign Immunities Act,** 28 U.S.C. § 1330 - Establishing federal court jurisdiction in matters involving citizens of foreign nations.

**IV. RELIEF SOUGHT**

i respectfully request this Federal Court the Honorable Article iii Judge to order:

1. ACKNOWLEDGE the change of address provided herein for all future correspondence;

2. ACKNOWLEDGE that a federal case (Case No. 24-CV-216-JDR-CDL) has been filed and properly served upon all Oklahoma state actors, requiring this Tulsa County State Court to "proceed no further" pursuant to **28 U.S.C. § 1446(d);**

3. ACKNOWLEDGE that Adam Sylvester Stephens, SR. and the child are no longer located within the jurisdiction of this Court, as formally notified in the NOTICE OF INTENT TO RELOCATE filed on November 8, 2023 (Document #1056647182) and recognized by this Court in its order dated November 9, 2023;

4. DISMISS all proceedings in FD-2015-2228 (Docket F, Docket C), JD-2021-270, OAH No.: 23-00313-73, and OK IV-D FGN: 000948641001 for lack of jurisdiction based on the relocation of all parties outside of Oklahoma and the pending federal action;

5. CANCEL all upcoming hearings, including those scheduled for Friday, <u>May 2, 2025, at 9:02 AM</u>, and the hearing for <u>Friday, May 16, 2025, at 9:00 AM</u>, as I have never consented to these ever. **Failure to cancel these hearings STATE OF OKLAHOMA and opposing counsel agreeing to paying me <u>$1.00 for every second</u> because of my perceived undue duress.**

6. DECLARE all State courts and Administrative's orders, judgments, and proceedings in these cases VOID AB INITIO since <u>November 2021</u> for lack of subject matter jurisdiction;

7. VACATE all orders and judgments previously entered in these cases;

8. CEASE all collection activities, garnishments, income withholding orders, license suspensions, and other enforcement actions against me;

9. RELEASE all claims of debt alleged to be owed for child support or arrearages as they are void for lack of jurisdiction;

10. IMPOSE SANCTIONS against STATE OF OKLAHOMA and Mr. Gilbert J. Pilkington, Jr., and any associated parties for their violations of Rule 11, which may include but are not limited to the following: (1) Monetary sanctions to compensate for the legal expenses incurred due to opposing counsel's meritless actions. (2) An order requiring opposing counsel to withdraw all pending state court motions and cease any further litigation in the state court regarding this matter.

11. AWARD any oth r relief this Court deems just and proper In restoring my rights and

remedying the harms caused by these unauthorized proceedings.

### Avouchment / Verification

i, natural living woman linh-tran: stephens hereby declare, certify and affirm, pursuant to the penalties of perjury under the laws of the united states of America, and by the provision of 28 U.S. Code§ 1746 that all of the above and foregoing representations are true and correct to the best of my knowledge, information, belief.

Executed on this 22nd day of April in the Year of Our Lord Two Thousand and Twenty Five.

Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent, Notice applies to all successors and assigns; Affidavit is a Form of Evidence; Unrebutted Affidavit Stands as Truth in Commerce;

**Silence is Tacit Acquiescence/Agreement/Dishonor;**

*This communication is in no way forming a contract nor requesting any contracting; it is simply a notice regarding the matters at hand. This communication is not intended to nor does it create nor confirm any professional-client relationship or any type of relationship between us;*

Private sector autograph;

**WITHOUT RECOURSE**

 

By one-and-only beneficiary:

All Rights Reserved None Waived, **Without Prejudice** *UCC 1-308 & 1-103,* **Non-Assumpsit,** one-and-only Grantor & Authorized Agent & Beneficiary for LINH TRAN STEPHENS• ens legis and all its derivatives thereof including Cestui Que Trust a.k.a. "Fide Commissary Trust", sui juris, Ambassador of Messiah Yahusha, Heir of the Creator, my heir/offspring is G.L.Stephens, A natural living woman breathing with a living soul and the Holy Spirit of Creator YAHUAH, natural people with hands legs, Alive-on-the-land, Plenary mind body soul/spirit, unlimited, non-incorporated, non-sole-proprietor, **stateless "freeman of the Union"** per Honorable Mr. Justice MILLER on April 14th, 1983, in the Slaughter-House cases, 83 US 36 (a SCOTUS case specifically mentioned in 8 FAM 102.3), full capacity and competency with postgraduate level of education past medical school, living on the land of the republic, with God-given rights pursuant to the Bills of Rights, NOT a "pro se"/"person" /"pauper" /"indigent"/"slave" /"public servant"/"government employee"/"ward of State"/"U.S. citizen"/"minor" in your dictionary; i reject your 12 legal presumptions, other presumptions/assumptions/double-speaking/implied or undisclosed contracts; Article IV Section 2 Citizens of each State shall be entitled to all Privileges & Immunities of Citizens in several States; **Rural Free Delivery, Non-Domestic 00000,** Address: c/o 1964 Ashley River Rd Ste B #80112 Charleston, South Carolina [29416] Email: LinhStephens7@gmail.com

*Tel:* 843-608-0294

**Notary as JURAT CERTIFICATE**

STATE OF <u>MINNESOTA</u>

                ) *55*

COUNTY OF <u>SHERBURNE</u>    )

       On this <u>22lli!</u> day of <u>April, 2025</u> before me, <u>Melissa K. Vagle,</u> a Notary Public, personally appeared a living woman <u>Linh Tran Stephens</u> ( the Authorized Representative and Beneficiary for Legal Fiction LINH TRAN STEPHENS©®), who electronically (remotely) proved to me on the basis satisfactory evidence to be the woman whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her autograph(s) on the instrument the woman executed, the instrument.

       i certify under PENALTY OF PERJURY under the lawful laws of Minnesota State and that the foregoing paragraph is true and correct.

       WITNESS my hand and official seal.

*Melissa K. Vagle*

                     Signature of Notary/Jurat

MELISSA K VAGLE
Notary Public
State of Minnesota
My Commission Expires
January 31, 2028

       Notary Public's Commission Expires: 01/31/2028

From: Gil Pilkington gil@pilkingtonlawfirm.com

Subject: Re: Pre-Trial Conf Order, Draft    **Exhibit 1 (2 pages)**

Date: Apr 20, 2025 at 18:40:01

To: Linh Stephens LinhStephens7@gmail.com

---

It was denied.

If you believe otherwise, produce the proper Order signed by a judge and properly filed.

See you Friday.

Gil

---

**From:** Linh Stephens <linhstephens7@gmail.com>
**Sent:** Saturday, April 19, 2025 8:30 AM
**To:** Gil Pilkington <gil@Qilkingtonlawfirm.com>
**Subject:** Re: Pre-Trial Cont Order, Draft

**It has been removed to federal. You have to file those in federal court.**

**V/R,**

**Linh S.**

**On Apr 19, 2025, at 08:04, Gil Pilkington <gil.@gilkingtonlawfirm.com> wrote:**

See the attached draft PTO

Attached are my exhibits that I have at this time.  Two will be updated to the time of trial.

The jury instructions need minor updating to reference this App for Contempt vice the first one.  This is a copy of what was previously used by the Court.

Linh, please add your proposed witnesses and exhibits(need a copy at least a week before the cont) so we can discuss this at the Pretrial conference in two weeks.

Gil

<Feb 20, 2024 Order Modifing.pdf>

<App for Indirect Contempt-Child Support-Dec 2024.pdf>

<Jury Instructions Feb 2024 Trial.pdf>

<Stephens 948641001 FD-2015-2228 ROP thru 01-31-2025.pdf>

<PTO Stephens Child Support Contempt.docx>

\* \* \* \* \* \* NOTICE \*

**CERTIFIED TRUE COPY**

Exhibit 2 (6 pages)

By: : Lil - hian : steplous :

i: a mature natural living woman with a living soul and a ~~Holy~~ Spirit YAHUAH; require the STATE OF OKLAHOMA (Plaintiff) to show up in court; take the stand; present me with a photo **ID** (e.g. a Driver's License with his/her name "STATE OF OKLAHOMA" clearly printed on it; a current street address, and a **clear** photo of his/her **face** to enter into the record so i know who to hold personally liable should the claims against me turn out to be false and/or inaccurate), and verify his/her claims against me so i may cross examine my accuser(s) (Amendment VI- the accuser surely witnessed the supposed crime and the plaintiff must appear) and compensate him/her for any harm, injury, or loss i may have caused. If this man/woman that goes by the name "STATE OF OKLAHOMA" cannot show up to verify his/her claim, i require this matter immediately **discharged**, as the court will have no jurisdiction to even hear the case because there is apparently no controversy before the court.

It is my belief there is no man/woman named <STATE OF OKLAHOMA> who can verify this claim by pointing me out across the room and **uttering** with his/her voice i've done wrong or caused him/her personal harm, injury, or loss, therefore pressing it upon the record in open court; as i've never even heard of this man/woman and don't believe we've ever crossed paths to be quite

page 1 of 6

honest. It is also my belief, that someone is filing frivolous complaints (false claims) on behalf of their imaginary friend known as the "STATE OF OKLAHOMA" in an attempt to unjustly enrich themselves and the "STATE OF OKLAHOMA" (whoever those individuals may be) in an attempt to deprive me of my rights, liberty, and property without due process of law and/or fair and just compensation.

If this matter is not immediatly discharged prior to the first hearing, i will be requiring leave of court so i may bring forth an actual proper and verifiable claim before the court to address these trespasses against me in proper venue — a court of record (trespasses being: filing false claims, barratry, extortion, malicious prosecution, unjust enrichment, fraud, theft, robbery, kidnapping, etc.), in which i will be requiring compensation for the trespasses, as well as compensation for wasting my valuable time, money, and resources having to deal with this complain no living man can take a stand and verify, as i do not have time to answer complains without compensation at this time.

Unless there is a verified claim before the court (not a certified complaint), i will require compensation and provide a bill to whoever is responsible for me having taken time off to listen to complaints. i charge $25,752.83 USD (Federal Reserve Notes and/or

page 2 of 6

Gold and Silver Coin) to show up and listen to complaints, and an additional $1,047.60 per minute i am standing there; balance due within 30 days of hearing. Failure to discharge this complaint is agreeance to these terms and conditions.

    You have disrupted my life having to deal with this complaint you have filed on behalf of your imaginary friend, and i simply want to get on with my life. i am willing to forgive this trespass should you decide to act in honor and discharge this matter, immediately.

    In the unforeseenable event i have been unlawfully incarcerated due to this quasicriminal/ criminal complaint or warrant issued due to this quasicriminal/criminal complaint (false claim), i will also be requiring compensation of one thousand five hundred dollars per minute ($1,500.$\frac{00}{00}$/minute) for every minute i have been/or am incarcerated from the very commencement of the crime till' i be released. If there is an actual verifiable claim before the court, i will be more than happy to show up free of charge and address any proper and verifiable claim against me in proper venue of U.S. District Court of Northern District of Oklahoma and compensate any man/woman i have caused harm, injury, or loss allegedly. i also require and

page 3 of 6

order the immediate restoration of my property (see Exhibit A — a picture of myself and my female offspring G.L.S.) and one dollar ($1.⁰⁰⁄₀₀) per second from the commencement of the crime till my property be restored.

WITHOUT RECOURSE

linh-trani:stephens

_____

Linh-Trani Stephens / Agent

All Rights Reserved None Ever Waived, without prejudice UCC 1-308 & 1-103, Non-Assumpsit, unlimited, one-and-only Grantor & Authorized Agent & Beneficiary of LINH TRAN STEPHENS© ℞ ens legis and all derivatives thereof including Cestui Que Trust a.k.a. "Fide Commissary Trust", sui juris, Ambassador of Messiah Yahusha, Heir of the Creator, and my heir is G.L. Stephens;
A natural living woman breathing with a soul and Spirit stateless "freeman of the Union" per Honorable Mr. Justice MLLER on April 14th, 1983, in the Slaughter-House cases, 83 U.S. 36 (a SCOTUS case specifically mentioned in 8 FAM 102.3), full capacity and competency with postgraduate level of education, living on the landmass of the republic, with God's given rights, NOT a "pro se" / "person" / "payer" / "indigent" / "slave" / "minor" / "public servant" / "governmental employee" / "ward of State" / "U.S. citizen" in your dictionary; i reject your 12 legal presumptions, other assumptions / double speak / implied contracts. Article IV Section 2 of Constitution of America
Rural Free Delivery, Non-Domestic 00000, without USDC
email: Linh Stephens 7@gmail.com

page 4 of 6

## Exhibit A

Linh Tran Stephens' biological properties (on left Is myself and on right is my femaleoffspring),

<u>whose names</u> are Linh Tran Stephens and G__   L__    Stephens, respectively



'age > of 6

**Notary as JURAT CERTIFICATE**

STATE OF <u>MINNESOTA</u>

)ss

COUNTY OF <u>SHERBURNE</u>    )

On this <u>17th</u> day of AQri1, 20 ____ before me, <u>Melissa</u> **K.Vagle,** a Notary Public, personally appeared a living woman <u>Unh Tran Stephens</u> (the Authorized Representative and Beneficiary for legal Fiction LINH TRAN STEPHENS©•), who electronically (remotely) proved to me on the **basis** satisfactory evidence to be the woman whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her autograph(s) on the instrument the woman executed, the instrument.

i certify under PENALTY OF PERJURY under the lawful laws of Minnesota State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Melissa K Vagle*

Signature of Notary/Jurat

MELISSA K VAGLE
Notary Public
State of Minnesota
My Commission Expires
January 31. 2028

Notary Public's Commission Expires: 01/31/2028

page 6 of 6

## CERTIFICATE OF SERVICE

i hereby certify that on the 22nd day of April, 2025, a true, correct, and exact copy of above and foregoing instrument was filed, will be certified mail w/ tracking & emailed as is proper to:

electronically transmitted to the Clerk of the Court via ProSeFilingsOKND@oknd.uscourts.gov for filing because efiling and In Forma Pauperis (IFP) were approved; also to below people

OKDHS CHILD SUPPORT SERVICESDIVISION
Attn: Emmalene Stringer;
P.O. BOX 248822, OKLAHOMA CITY,OKLAHOMA 73124-8822
emmalene.stringer@okdhs.org and OCSS.CONTACT.TULSA@okdhs.org

**Office of Administrative Hearings,** Child Support,
PO Box 25352, Oklahoma City, OK 73125-0352

Chief Administrative Law Judge & Court Clerk of
Tulsa County District Court, 500 S Denver Ave, Tulsa, OK 74103
Cc: special judges Loretta Radford, Deborrah Ludi-Leitch, April Seibert, Todd Chesbro, Dawn Moody, Don Newberry County Clerk loretta.radford@oscn.net, deborrah.ludiLeitch@oscn.net, april.seibert@oscn.net, todd.chesbro@oscn.net, dawn.moody@oscn.net,
Don.Newberry@oscn.net, tulsa.courtclerk@oscn.net.

Tulsa County Court Clerk, Tulsa County Juvenile Bureau (case No. JD-2021-270)
500 W. Archer Street, Tulsa, OK 74103
cws.appeals@okdhs.org,Larisa.Grecu-Radu@okdhs.org,ronald.baze@okdhs.org.

Gilbert J. Pilkington, Jr., OBA# 21998, PILKINGTON LAW FIRM, PLLC
P.O. Box 52614, Tulsa, OK 74152-0614, gil@pilkingtonlawfirm.com
**Attorney for long-divorced exhusband Adam Sylvester Stephens finalized 01/2016 in Oregon**

*Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal, Notice applies to all successors and assigns, Affidavit is a Form of Evidence, Unrebutted Affidavit Stands as Truth in Commerce; and Silence is Acquiescence and Acceptance,*
*This communication is in no way forming a contract nor requesting any contracting; it is simply a notice regarding the matters at hand. This communication is not intended to nor does it create nor confirm any professional-client relationship or any type of relationship between us;*



WITHOUT RECOURSE ———————
By: Linh-Tran: of the family Stephens/Agent