UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

April 29, 2025

Linh Tran Stephens
1964 Ashley River Road, Suite B Unit 80112
Houston, TX 29407

RE:   25-5063, Stephens v. Child Support Services of Oklahoma, et al
      Dist/Ag docket: 4:24-CV-00216-JDR-CDL

To All Parties and Counsel:

This court has received and docketed an appeal in the above-referenced case, and the appeal number is listed above. Please note the following requirements for this appeal:

### Preliminary Documents (All Parties)

**Entry of Appearance and Certificate of Interested Parties.** All parties are required to file an entry of appearance and certificate of interested parties. 10th Cir. R. 46.1(A) and (D). Pro se individuals must file the enclosed form **within 30 days** of the date of this letter. Counselled parties must file the form **within 14 days** of the date of this letter. Attorneys who do not enter an appearance within the specified time will be removed from the service list.

In addition to an entry of appearance, appellees who do not intend to participate in the appeal must promptly file a notice of non-participation and state whether they wish to continue receiving notice of the court's orders.

**Rule 26 Disclosure Statement.** All entities represented by counsel are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement **within 14 days** of the date of this letter. *See* 10th Cir. R. 26.1(A). Pro se individuals need not file a disclosure statement.

The district court has granted you leave to proceed without prepayment of fees in this appeal. As a result, nothing further is required from you at this time.

### Method of Receiving Service (Pro Se Parties)

The court will forward all forms, letters, and orders to you via US Mail. If you wish to change the method of service from US Mail to email, you must make that request in

writing by completing the enclosed "Consent to Electronic Service" form and returning to this office.

You will receive further instructions regarding prosecution of this appeal from the court within the next few weeks.

Please contact this office if you have questions.

        Sincerely,

        Christopher M. Wolpert
        Clerk of Court

cc:    Daniel J. Card
        Andrew C. Jayne
        Tara A. LaClair
        Jennifer N. Lamirand
        John K.F. Langford

CMW/djd

## Denise Ambrosio

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Tuesday, April 29, 2025 2:52 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 25-5063 Stephens v. Child Support Services of Oklahoma, et al "Civil case docketed" (4:24-CV-00216-JDR-CDL) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 04/29/2025 at 1:49:02 PM Mountain Daylight Time and filed on 04/29/2025

| | |
|---|---|
| **Case Name:** | Stephens v. Child Support Services of Oklahoma, et al |
| **Case Number:** | 25-5063 |
| **Document(s):** | Docket Entry #1 |

**Docket Text:**
[11177797] Civil case docketed. Preliminary record filed. DATE RECEIVED: 04/29/2025 Notice of appearance due on 05/13/2025 for Renee Banks, Charles Schwab & Co., Inc., Child Support Services of Oklahoma Department of Human Services, Cierra Freeman, Jason Hoenshell, Mary Johnmeyer and Emmalene Stringer. Disclosure statement due on 5/13/2025 for Charles Schwab & Co., Inc. Notice of appearance due on 05/29/2025 for Linh Tran Stephens. [25-5063]

**Notice will be electronically mailed to:**

Mr. Daniel J. Card: dcard@grsm.com, cdmitchell@grsm.com
Mr. Andrew C. Jayne: ajayne@bgjclaw.com, jgambill@bgjclaw.com, kafisher@bgjclaw.com
Mrs. Tara A. LaClair: tlaclair@bressler.com, sbowers@bressler.com, kwebb@bressler.com, dstoy@bressler.com
Ms. Jennifer N. Lamirand: jlamirand@bressler.com
Mr. John K.F. Langford: john.langford@okdhs.org, cynthia.keirsey@okdhs.org

**Notice will not be electronically mailed to the following as the Court does not have a valid email**

address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:

Linh Tran Stephens
1964 Ashley River Road, Suite B Unit 80112
Houston, TX 29407

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** Stephens prelim record.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=04/29/2025] [FileNumber=11177797-0]
[d6446e25cf132b24b4f49cfd9ba783b1bfab96aed4966a3bad2d1bddb5b702afbe0cd9cc215044654746f9ecffaf1c0ec9b588ae4e561947721579d0586e8817]]

**Document Description:** Case Opening Pro Civil/Habeas
**Original Filename:** /opt/ACECF/live/forms/255063_11177797_538.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=04/29/2025] [FileNumber=11177797-1]
[1a2c8580be463f4195d67ff97e1fbe77adddf525b5b5113396cde5123a535c0578766c00c2a34b82931ede59e5108c91eba13377aa822a6bbf24ce4c8f72a959]]
**Recipients:**

- Mr. Daniel J. Card
- Mr. Andrew C. Jayne
- Mrs. Tara A. LaClair
- Ms. Jennifer N. Lamirand
- Mr. John K.F. Langford
- Linh Tran Stephens