**RENEWED REVOCATION OF ALLEGED POWERS OF ATTORNEY**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA
Case No. 24-CV-216-JDR-CDL

Affidavit and Notice to All Financial Institutions and Alleged Interested Parties

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents

Affiant: Linh-Tran:Stephens a/k/a LINH TRAN STEPHENS©®, sui juris, a natural living woman sentient being, one of We the People

Location:                                **Rural Free Delivery, Non-Domestic 00000,**
                                         PO Box 80112
                                         Charleston, South Carolina [29416]
                                         Without the United States D.C.
Date: June 24, 2025                      Email: LinhStephens7@gmail.com

**Affidavit of Truth and Revocation of Presumed Powers of Attorney**

1. I am the sole living principal and executor over all legal and equitable titles to all accounts, assets, and instruments bearing any variation of my name, including but not limited to the all-capitals nom de guerre (e.g., LINH TRAN STEPHENS©®).

2. I have never knowingly, willingly, voluntarily, or intentionally granted any lawful or valid power of attorney (POA), agency, or fiduciary authority to any bank, corporation, agency, officer, or third-party entity, whether public, private, or quasi-governmental.

3. Any such alleged POA, mandate, or agency presumption derived from signatures on bank documents, account agreements, applications, or instruments were obtained without full disclosure, under coercion, misrepresentation, or fraudulent inducement, and are hereby revoked ab initio and nunc pro tunc.

4. Any fiduciary or third-party activity claimed on my behalf, including endorsement, suretyship, representation, underwriting, or conveyance, is unauthorized and done in violation of my rights and without my informed consent.

5. I hereby give lawful notice to all financial institutions, banking corporations, and presumed agents that:
- All presumed Powers of Attorney are hereby revoked.
- You are to immediately cease and desist from any further action under any presumption of authority.

- Any further use of such presumption will be deemed willful fraud, misrepresentation, conversion, or impersonation.

6. Pursuant to 15 U.S. Code § 1692e (False or misleading representations), 18 U.S. Code § 1341 (Frauds and swindles), and Uniform Commercial Code § 1-308 (Reservation of rights), I reserve all natural rights and do not waive any lawful protections.

7. This affidavit stands as lawful rebuttal to any presumption of agency or POA claimed by any bank or financial entity or governmental agencies or public and private corporations. Any silence, non-response, or failure to rebut this affidavit within 10 (ten) days of receipt constitutes acquiescence, confession, and tacit agreement.

Private sector autograph;
**WITHOUT RECOURSE**

*without prejudice*
*linh-tran: stephens/Agent*

By one–and-only beneficiary:
All Rights Reserved None Waived, **Without Prejudice** *UCC 1-308 & 1-103*,
**Non-Assumpsit**, one-and-only Grantor & Authorized Agent & Beneficiary
for LINH TRAN STEPHENS©® ens legis and all its derivatives thereof including Cestui Que Trust a.k.a. "Fide Commissary Trust",
sui juris, Ambassador of Messiah Yahusha, Heir of the Creator,
A natural living woman breathing with a living soul and the Holy Spirit of YAHUAH,
natural people with hands legs, Alive-on-the-land, Plenary mind body soul/spirit,
unlimited, non-incorporated, non-sole-proprietor,
**stateless** "**freeman of the Union**" per Honorable Mr. Justice MILLER on April 14th, 1983, in the Slaughter-House cases, 83 US 36 (a SCOTUS case specifically mentioned in 8 FAM 102.3),
full capacity and competency with postgraduate level of education,
living on the land of the republic, with God-given rights pursuant to Bills of Rights,
NOT a "pro se"/"person"/"pauper"/"indigent"/"slave"/"public servant"/"government employee"/"ward of State"/"U.S. citizen"/"minor" in your dictionary; i reject your 12 legal presumptions, other presumptions/assumptions/double-speaking/implied or undisclosed contracts;
Article IV Section 2 Citizens of each State shall be entitled to all Privileges & Immunities of Citizens in several States;

## Notary as JURAT CERTIFICATE

STATE OF <u>MINNESOTA</u>      )
                              ) *ss*
COUNTY OF <u>SHERBURNE</u>     )

On this <u>24th</u> day of <u>June</u>, 20<u>25</u> before me, <u>Melissa K. Vagle</u>, a Notary Public, personally appeared a living woman <u>Linh Tran Stephens</u> ( the Authorized Representative and Beneficiary for Legal Fiction LINH TRAN STEPHENS©® ), who electronically (remotely) proved to me on the basis satisfactory evidence to be the woman whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her autograph(s) on the instrument the woman executed, the instrument.

i certify under PENALTY OF PERJURY under the lawful laws of Minnesota State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Melissa K. Vagle*

Signature of Notary/Jurat



MELISSA K VAGLE
Notary Public
State of Minnesota
My Commission Expires
January 31, 2028

Notary Public's Commission Expires: 01/31/2028

## Certificate of Service

I, Linh Stephens, certify that a copy of this affidavit will be served to:
- Charles Schwab Legal Department (e-served U.S. District Court Northern District of Oklahoma case No. 24-CV-216-JDR-CDL and 10th circuit Appeal Court case No. 25-5063) and all banks
- Tulsa County Court of Oklahoma; Oklahoma Supreme Court;
- Federal Reserve Bank;
- Credit Report Agencies;
- Recorder Office of Tulsa, Oklahoma;